**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-30107-hcm |
| PDG Prestige, Inc., | § | (Chapter 11) |
| *Debtor* | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO THE HONORABLE H. CHRISTOPHER MOTT, U. S. BANKRUPTCY JUDGE:

Pursuant to Bankruptcy Rule 9010(b), please take notice that the undersigned firm is appearing for City Bank, in the above-referenced bankruptcy proceeding.

City Bank is a secured creditor and a party in interest in this case. Pursuant to Bankruptcy Rules 2002, 3017, and 9007 of the Rules of Bankruptcy Procedure, the undersigned, on behalf of the named party hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully Submitted,

MULLIN HOARD & BROWN, LLP
Brad W. Odell, SBN: 24065839
P. O. Box 2585
Lubbock, Texas 79408-2585
Tel: (806) 765-7491
Fax: (806) 765-0553
Email: bodell@mhba.com

By: /s/ Brad W. Odell
    Brad W. Odell, SBN: 24065839
    *Attorneys for City Bank*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice was sent first-class, U.S. Mail, postage prepaid, on this 16th day of February, 2021 to the following listed parties in interest:

1. PDG Prestige, Inc.
   780 N. Resler Drive, Suite B
   El Paso, TX 79912
   *Debtor*

2. Jeff Carruth
   WEYCER KAPLAN PULASKI
     & ZUBER, P.C.
   3030 Matlock Rd., Ste 201
   Arlington, TX 76015
   *Attorney for Debtor*

3. United States Trustee
   P.O. 1539
   San Antonio, TX 78295
   *U.S. Trustee*

4. City Bank
   Attn: Morris Wilcox
   5219 City Bank Parkway
   Lubbock, Texas 79407
   *Creditor*

5. To all other parties requesting ECF notification.

/s/ Brad W. Odell
Brad W. Odell