

**Extension granted ONLY through March 11, 2021, which is 7 days prior to creditors meeting. If additional time is required, any future motion for extension should include certificate of conference with US Trustee.**

**The relief described hereinbelow is SO ORDERED.**

**Signed March 04, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-30107 |
| PDG PRESTIGE INC., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION OF DEBTOR TO EXTEND TIME FOR FILING CERTAIN LISTS, SCHEDULES, AND STATEMENTS PURSUANT TO BANKRUPTCY RULE 1007 (RE: DOCKET NO. 7)**

On this day came on for consideration the *Motion of Debtor to Extend Time for Filing Certain Lists, Schedules, and Statements Pursuant to Bankruptcy Rule 1007* (Docket No. 17) filed herein on March 3, 2021 by PDG Prestige Inc., debtor and debtor in possession ("PDG-P" or the "Debtor"). The Court finds and concludes that upon review of the record of this case that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedures and/or the Local Bankruptcy Rules and with respect to the Motion to Extend Time (Schedules) that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT** the deadline under Fed. R. Bankr. P. 1007 for the Debtor to file the schedules, statement of financial affairs, and other remaining lists due under Rule 1007 is extended to **March 15, 2021.**

###