# United States Bankruptcy Court
## Western District of Texas

In re  **PDG Prestige, Inc.**                             Case No.  **21-30107**
                         Debtor(s)                         Chapter   **11**

# AMENDED
# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 11, 2021**          /s/ Michael Dixson
                                   **Michael Dixson**/**President**
                                   Signer/Title

.

CityBank
c/o Brad O'Dell
Mullin Hoard Brown
1500 Broadway St #700
Lubbock, TX 79401


Dennis Crimmins et al.
c/o Casey S. Stevenson
Scott Hulse
201 East Main Drive #1100
El Paso, TX 79901


Gallardo
2701 W Picacho Ave, Ste 6
Las Cruces, NM 88007


HD Lending LLC
c/o Clyde Pine, Esq
Mounce, Green, Myers, Safi, Paxson & Gal
P.O. Drawer 1977
El Paso, TX 79950-1977


Internal Revenue Service
Special Procedures Staff - Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346


New Mexico Real Estate Advisors Inc d/b/
5051 Journal Center Boulevard NE
Suite 200
Albuquerque, NM 87109


PDG Inc.
780 N. Resler Drive Suite B
El Paso, TX 79912


Springer Management
c/o Tom Springer
500 S. Telshor Blvd.
Las Cruces, TX 88011


1931158.PDF