UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case Number 21-30107-hcm |
| | ) | |
| PDG PRESTIGE, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND BANKRUPTCY RULE 2002 REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS, COPIES AND PLEADINGS

TO THE CLERK OF THE COURT, THE DEBTOR,
ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that James W. Brewer of the law firm of **Kemp Smith LLP**, El Paso, Texas, hereby enters an appearance in this chapter 11 case as the attorney for New Mexico Real Estate Advisors, Inc. d/b/a Colliers International, a creditor in this case. Colliers International requests that copies of all notices, filings and papers filed or served in this case be given to and served upon:

James W. Brewer
KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
(915) 533-4424
(915) 546-5360 (FAX)

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001, or 9007 of the Bankruptcy Rules; including without limitation, notices and copies of any orders, motions, demands, complaints, pleadings, papers, requests, applications, answers, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telecopiers,

1

40S0764.DOC

telegraph, telex or otherwise, which affects or seeks to affect the above-captioned case.

>Respectfully submitted,
>
>KEMP SMITH LLP
>P.O. Box 2800
>El Paso, Texas 79999-2800
>915.533.4424
>915.546.5360 (FAX)
>Attorneys for New Mexico Real Estate Advisors, Inc. d/b/a Colliers International
>
>By: _____
>James W. Brewer
>State Bar No. 02965200
>james.brewer@kempsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice was delivered by first class U.S. mail to the parties listed below and by ECF notification to all parties who are registered in this case to receive electronic notification, on March 18, 2021.

_____
James W. Brewer

PDG Prestige, Inc.
780 N. Resler Dr., Ste. B
El Paso, Texas 79912

Jeff Carruth
Weycer, Kaplan, Pulaski & Zuber, P.C.
25 Greenway Plaza #2050
Houston, Texas 77046

United States Trustee
615 E. Houston, Ste. 533
San Antonio, Texas 78295

2

40S0764.DOC