## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| PDG PRESTIGE, INC | § | |
| | § | CASE NO. 21-30107-HCM |
| DEBTOR | § | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

NOW COMES the City of El Paso, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. The City of El Paso filed its secured claim on February 25, 2021, in the amount of $654.08, which claim is designated as claim number 1 on the claims register. The property subject to the tax claim is non-owned property of the Debtor or its estate. Therefore, the City of El Paso hereby withdraws its claim number 1.

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2021, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties hereto.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By: ___/s/ Don Stecker___
    David G. Aelvoet (SBN 00786959)
    Don Stecker (SBN 19095300)
    Bradley S. Balderrama (SBN 24040464)
    Attorney for the City of El Paso

1