UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: PDG Prestige, Inc.

CASE NO. 21-30107-HCM
CHAPTER 11

PROCEEDING MEMO - §341 MEETING ON 3/18/21, AT 9:00 a.m.

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b): YES

2. Debtor(s) appeared: YES

3. Counsel for debtor(s) appeared: YES

4. Meeting adjourned to _____, at _____ a.m.

OR

Meeting concluded: YES

5. Notes of Presiding Officer:

   1. Debtors needs to provide proof of insurance and add the UST for notice.
   2. Debtor needs to provide proof of opening DIP account and provide voided permanent check.
   3. Debtor needs to amend schedules to disclose number of gorund leases.
   4. Debtor needs to amend SOFA question 30 to disclosure payments to insiders.
   5. Debtor needs to file application to employ accountant.

DATE PETITION FILED: 2/15/21
BAR DATE: 6/16/21
PLUS DAYS:

CREDITORS' COMMITTEE FORMED: NO    NOTICE OF APPOINTMENT FILED:

/s/ James W. Rose, Jr.
Presiding Officer

REV 7/1/2003