**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**JAMES W. ROSE, JR.**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PDG PRESTIGE, INC.,** | § | **CASE NO.  21-30107-HCM** |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTOR IN POSSESSION** | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1.      The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on February 15, 2021.

2.      The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3.      The United States Trustee has attempted to solicit creditors interested in serving on a Creditors' Committee from the 20 largest unsecured creditors.  The United States Trustee, however, has not received sufficient interest from creditors to form a Creditors' Committee.

THEREFORE, the United States Trustee has been unable to appoint a Creditors' Committee as contemplated by 11 U.S.C. § 1102.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
Region 7
Southern and Western Districts of Texas

By: //s//James W. Rose, Jr.
      James W. Rose, Jr.
      Trial Attorney
      Texas Bar No. 17251900
      615 E. Houston, Rm. 533
      San Antonio, TX 78205
      (210) 472-4640
      (210) 472-4649 Fax
      James.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was served upon the parties on the attached list by United States Mail, first class, postage prepaid and/or by electronic means for all Pacer System participants, on the 19th day of March, 2021.

      //s//James W. Rose, Jr.
      James W. Rose, Jr.

Label Matrix for local noticing
0542-3
Case 21-30107-hcm
Western District of Texas
El Paso
Fri Mar 19 07:21:09 CDT 2021

PDG Prestige, Inc.
780 N Resler Drive, Suite B
El Paso, TX 79912-7196

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

City Bank
c/o Brad W. Odell
Mullin Hoard and Brown, LLP
P.O. Box 2585
Lubbock, Texas 79408-2585

City of El Paso
c/o Don Stecker
112 E. Pecan St. Suite 2200
San Antonio, TX 78205-1588

CityBank
c/o Brad O'Dell
Mullin Hoard Brown
1500 Broadway St #700
Lubbock, TX 79401-3111

Dennis Crimmins
c/o Casey S. Stevenson
Scott Hulse
201 East Main Drive #1100
El Paso, TX 79901-1340

Dona Ana County Treasurer
845 N Motel Blvd.
Las Cruces, TX 88007-8100

Gallardo
2701 W Picacho Ave, Ste 6
Las Cruces, NM 88007-4732

HD Lending, LLC
c/o Clyde A. Pine, Jr.
Mounce, Green, Myers
P.O. Box 1977
El Paso, Texas 79999-1977

Internal Revenue Service
Special Procedures Staff - Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346

Michael Dixson
780 N. Resler Drive Suite B
El Paso, TX 79912-7196

New Mexico Real Estate Advisors Inc d/b/
5051 Journal Center Boulevard NE
Suite 200
Albuquerque, NM 87109-5914

New Mexico Real Estate Advisors, Inc.
d/b/a Colliers International
c/o Kemp Smith LLP
Attn:  James W. Brewer
221 N. Kansas, Ste. 1700
El Paso, TX 79901-1401

PDG Inc.
780 N. Resler Drive Suite B
El Paso, TX 79912-7196

Springer Management
c/o Tom Springer
500 S. Telshor Blvd.
Las Cruces, TX 88011-4613

TEXAS WORKFORCE COMMISSION
OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co
PO BOX 12548 - MC-008
AUSTIN, TX 78711-2548

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)TEXAS WORKFORCE COMMISSION
OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co
PO BOX 12548 - MC-008
AUSTIN, TX 78711-2548

End of Label Matrix
Mailable recipients     18
Bypassed recipients      1
Total                   19