IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| PDG PRESTIGE, INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |
| | § | |

## CERTIFICATE OF SERVICE (RE: DOCKET NO. 16)

The undersigned certifies that the *Motion to Employ Weycer, Kaplan, Pulaski & Zuber, P.C. as Attorneys for the Debtor* (Docket No. 16) was served March 18, 2021 by the means and to the parties listed below.

| Exhibit | Means of Service | Parties |
|---|---|---|
| 001 | ECF notification | All registered ECF users. |
| 002 | Regular paper mail | All parties on matrix download from PACER |

Dated: March 23, 2021

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
 JEFF CARRUTH (TX SBN:. 24001846)
 3030 Matlock Rd., Suite 201
 Arlington, Texas 76105
 Telephone: (713) 341-1158
 Fax: (866) 666-5322
 E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
PDG PRESTIGE, INC.
DEBTOR AND DEBTOR IN POSSESSION

## EXHIBIT 001

**21-30107-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com,
memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

## EXHIBIT 002

```
Label Matrix for local noticing         PDG Prestige, Inc.                      U.S. BANKRUPTCY COURT
0542-3                                  780 N Resler Drive, Suite B             511 E. San Antonio Ave., Rm. 444
Case 21-30107-hcm                       El Paso, TX 79912-7196                  EL PASO, TX 79901-2417
Western District of Texas
El Paso
Thu Mar 18 08:55:20 CDT 2021

City Bank                               City of El Paso                         CityBank
c/o Brad W. Odell                       c/o Don Stecker                         c/o Brad O'Dell
Mullin Hoard and Brown, LLP             112 E. Pecan St. Suite 2200             Mullin Hoard Brown
P.O. Box 2585                           San Antonio, TX 78205-1588              1500 Broadway St #700
Lubbock, Texas 79408-2585                                                       Lubbock, TX 79401-3111

Dennis Crimmins                         Dona Ana County Treasurer               Gallardo
c/o Casey S. Stevenson                  845 N Motel Blvd.                       2701 W Picacho Ave, Ste 6
Scott Hulse                             Las Cruces, TX 88007-8100               Las Cruces, NM 88007-4732
201 East Main Drive #1100
El Paso, TX 79901-1340

HD Lending, LLC                         Internal Revenue Service                Michael Dixson
c/o Clyde A. Pine, Jr.                  Special Procedures Staff - Insolvency   780 N. Resler Drive Suite B
Mounce, Green, Myers                    P. O. Box 7346                          El Paso, TX 79912-7196
P.O. Box 1977                           Philadelphia, PA 19101-7346
El Paso, Texas 79999-1977

New Mexico Real Estate Advisors Inc d/b/ New Mexico Real Estate Advisors, Inc.  PDG Inc.
5051 Journal Center Boulevard NE        d/b/a Colliers International            780 N. Resler Drive Suite B
Suite 200                               c/o Kemp Smith LLP                      El Paso, TX 79912-7196
Albuquerque, NM 87109-5914              Attn:  James W. Brewer
                                        221 N. Kansas, Ste. 1700
                                        El Paso, TX 79901-1401

Springer Management                     TEXAS WORKFORCE COMMISSION              United States Trustee - EP12
c/o Tom Springer                        OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co U.S. Trustee's Office
500 S. Telshor Blvd.                    PO BOX 12548 - MC-008                   615 E. Houston, Suite 533
Las Cruces, TX 88011-4613               AUSTIN, TX 78711-2548                   P.O. Box 1539
                                                                                San Antonio, TX 78295-1539

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)TEXAS WORKFORCE COMMISSION           End of Label Matrix
OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co Mailable recipients    18
PO BOX 12548 - MC-008                   Bypassed recipients      1
AUSTIN, TX 78711-2548                   Total                   19
```