IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PDG PRESTIGE, INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |
| | § | |

**MOTION FOR EXPEDITED CONSIDERATION REGARDING MOTION OF DEBTOR TO (I) ENTER INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) PROVIDE RELATED RELIEF (RE: DOCKET NO. 24)**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

PDG-Prestige, Inc., debtor and debtor in possession (the "Debtor" or "PDG-P"), files this *Motion for Expedited Consideration Regarding Motion to (I) Enter into Debtor Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(d), and (III) Provide Related Relief* and in support thereof would show the Court the following.

1. **Underlying motion.** *Motion for Expedited Consideration Regarding Motion to (I) Enter into Debtor Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(d), and (III) Provide Related Relief* (Docket No. 24) (the "DIP Motion") filed contemporaneously herewith.

2. **Basis for expedited consideration.** Expedited consideration of the DIP Motion is necessary to provide the Debtor with financing necessary to continue timely development of the real property that is the subject of this case in order to meet the contingencies contained in one or more ground leases, meet the conditions imposed by the DIP lender to promptly obtain a

DIP financing order, and to resolve the lien claims of the first lien holder, City Bank and second lien holder New Mexico Real Estate Advisors, Inc.

3. PDG-P seeks entry of a final order at the expedited hearing.

4. **Certificate of Conference.** A certificate of conference appears below. The two lien holders involved with the Debtor's deal property, City Bank and New Mexico Real Estate Advisors, Inc, both consent to expedited consideration of the DIP Motion.

5. **Time estimate for hearing.** Thirty (30) minutes or less.

6. **Deadline for when hearing is needed:** A hearing is needed by April 12, 2021 or April 13, 2021 in order to provide the Debtor with opportunity to close at the earliest date possible after providing at least 14 days of notice, and thereby provide the financing necessary to continue the development of the property, and to resolve the liens of City Bank and New Mexico Real Estate Advisors, Inc at the earliest date possible. April 12, 2021 or April 13, 2021 possibly also would coincide with the next available El Paso docket and hearing dates.

7. **Date when all parties are available:** Counsel for City Bank, New Mexico Real Estate Advisors, Inc., and the undersigned are available April 12, 2021 or April 13, 2021.

8. A proposed form of order accompanies this motion.

*{continued on following page}*

Dated: March 26, 2021        Respectfully submitted:

                                               WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                               By: /s/ Jeff Carruth
                                                      JEFF CARRUTH (TX SBN:. 24001846)
                                                       3030 Matlock Rd., Suite 201
                                                       Arlington, Texas 76105
                                                       Telephone: (713) 341-1158
                                                       Fax: (866) 666-5322
                                                       E-mail: jcarruth@wkpz.com

                                               PROPOSED ATTORNEYS FOR
                                               PDG PRESTIGE, INC.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he communicated with counsel for City Bank and New Mexico Real Estate Advisors, Inc. prior to the filing of the Motion for Expedited Hearing. Both parties consent to expedited consideration on April 12, 2021 or April 13, 2021.

                                             */s/ Jeff Carruth*
                                             JEFF CARRUTH

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 26, 2021 (1) by electronic notice to all ECF users who have appeared in this case to date (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility. A separate certificate of service with copies of this lists will be filed.

                                             */s/ Jeff Carruth*
                                             JEFF CARRUTH

**MOTION FOR EXPEDITED CONSIDERATION REGARDING MOTION FOR EXPEDITED CONSIDERATION REGARDING MOTION TO (I) ENTER INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) PROVIDE RELATED RELIEF — Page 3**

1937411.DOCX [1]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PDG PRESTIGE, INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION REGARDING MOTION OF DEBTOR TO (I) ENTER INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) PROVIDE RELATED RELIEF (RE: DOCKET NO. 24, 25)**

On this day came on for consideration *Motion for Expedited Consideration Regarding Motion for Expedited Consideration Regarding Motion to (I) Enter into Debtor Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(d), and (III) Provide Related Relief* (Docket No. 25) (the "Motion to Expedite") regarding the *Motion to (I) Enter into Debtor Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(D), and (III) Provide Related Relief* (Docket No. 24) (the "DIP Motion") filed herein on March 26, 2021 by PDG-Prestige, Inc., Debtor and Debtor in Possession herein. The Court finds and concludes that the Motion to Expedite should be granted.

**IT IS THEREFORE ORDERED THAT the Court shall conduct an expedited hearing on the DIP Motion at the date and time entered on the docket for this case. Movant shall be responsible for notice.**

### 

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION REGARDING MOTION OF DEBTOR TO (I) ENTER INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) PROVIDE RELATED RELIEF — Page 1** 1937411.DOCX [2]