# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30107−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **PDG Prestige, Inc.** , Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

Create − Declaration for Electronic Filing Due To Court On: −Declaration for Electronic Filing due by 3/18/2021 (Hardage, Bridget) (related document(s): 15 Amended Verification of Matrix filed by Jeff Carruth for Debtor PDG Prestige, Inc..)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **April 8, 2021**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated:  3/25/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]

United States Bankruptcy Court

Western District of Texas

In re:

PDG Prestige, Inc.

    Debtor

Case No. 21-30107-hcm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

**Recip ID           Recipient Name and Address**
db           + PDG Prestige, Inc., 780 N Resler Drive, Suite B, El Paso, TX 79912-7196

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Creditor City bank bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| James W. Brewer | on behalf of Creditor New Mexico Real Estate Advisors Inc. d/b/a Colliers International jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Jeff Carruth | on behalf of Debtor PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| United States Trustee - EP12 | |

District/off: 0542-3                              User: admin                                  Page 2 of 2
Date Rcvd: Mar 25, 2021                        Form ID: 234                              Total Noticed: 1

                       USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 6