**Expedited hearing shall be held on 4/12/2021 at 12:30 PM in us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed March 29, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PDG PRESTIGE, INC., | § § | Case No. 21-30107 |
| Debtor. | § § § | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION REGARDING MOTION OF DEBTOR TO (I) ENTER INTO DEBTOR POSSESSION CREDIT AGREEMENT, (II) GRANT PRIMING LIENS UNDER CODE SEC. 364(D), AND (III) PROVIDE RELATED RELIEF (RE: DOCKET NO. 24, 25)**

On this day came on for consideration *Motion for Expedited Consideration Regarding Motion for Expedited Consideration Regarding Motion to (I) Enter into Debtor Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(d), and (III) Provide Related Relief* (Docket No. 25) (the "Motion to Expedite") regarding the *Motion to (I) Enter into Debtor Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(D), and (III) Provide Related Relief* (Docket No. 24) (the "DIP Motion") filed herein on March 26, 2021 by PDG-Prestige, Inc., Debtor and Debtor in Possession herein. The Court finds and concludes that the Motion to Expedite should be granted.

**IT IS THEREFORE ORDERED THAT** the Court shall conduct an expedited hearing on the DIP Motion at the date and time entered on the docket for this case. Movant shall be responsible for notice.

###