IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| PDG PRESTIGE, INC., | § § | Case No. 21-30107 |
| Debtor. | § § | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the following items were served March 29, 2021 by the means and to the parties listed below.

| Date | Docket # | Description |
|---|---|---|
| 3/26/2021 | 24 | Motion to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) filed by Jeff Carruth for Debtor PDG Prestige, Inc. (Attachments: # 1 Proposed Order)(Carruth, Jeff) |
| 3/26/2021 | 25 | Motion to Expedite Hearing filed by Jeff Carruth for Debtor PDG Prestige, Inc. (Attachments: # 1 Proposed Order)(Carruth, Jeff) (Related Document(s): 24 Motion to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) filed by Jeff Carruth for Debtor PDG Prestige, Inc. (Attachments: # 1 Proposed Order)) |
| 3/29/2021 | 30 | Order Regarding (related document(s): 25 Motion to Expedite Hearing filed by Jeff Carruth for Debtor PDG Prestige, Inc. (Attachments: # 1 Proposed Order)(Carruth, Jeff) (Related Document(s): 24 Motion to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) filed by Jeff Carruth for Debtor PDG Prestige, Inc. (Attachments: # 1 Proposed Order))) (Order entered on 3/29/2021) (Stephens, Deborah) |
| 3/29/2021 | 33 | Notice of Expedited Hearing |

| Exhibit | Means of Service | Parties |
|---|---|---|
| 001 | ECF notification | All registered ECF users. |
| 002 | Regular paper mail | All parties on matrix download from PACER |

Dated: March 31, 2021  Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   3030 Matlock Rd., Suite 201
   Arlington, Texas 76105
   Telephone: (713) 341-1158
   Fax: (866) 666-5322
   E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
PDG PRESTIGE, INC.
DEBTOR AND DEBTOR IN POSSESSION

## EXHIBIT 001

**21-30107-hcm Notice will be electronically mailed to:**

James W. Brewer on behalf of Creditor New Mexico Real Estate Advisors, Inc. d/b/a Colliers International
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

**21-30107-hcm Notice will not be electronically mailed to:**

## EXHIBIT 002

```
Label Matrix for local noticing      PDG Prestige, Inc.                    U.S. BANKRUPTCY COURT
0542-3                               780 N Resler Drive, Suite B           511 E. San Antonio Ave., Rm. 444
Case 21-30107-hcm                    El Paso, TX 79912-7196                EL PASO, TX 79901-2417
Western District of Texas
El Paso
Mon Mar 29 10:37:26 CDT 2021

City Bank                            City of El Paso                       CityBank
c/o Brad W. Odell                    c/o Don Stecker                       c/o Brad O'Dell
Mullin Hoard and Brown, LLP          112 E. Pecan St. Suite 2200            Mullin Hoard Brown
P.O. Box 2585                        San Antonio, TX 78205-1588            1500 Broadway St #700
Lubbock, Texas 79408-2585                                                  Lubbock, TX 79401-3111

Dennis Crimmins                      Dona Ana County Treasurer             Gallardo
c/o Casey S. Stevenson               845 N Motel Blvd.                     2701 W Picacho Ave, Ste 6
Scott Hulse                          Las Cruces, TX 88007-8100             Las Cruces, NM 88007-4732
201 East Main Drive #1100
El Paso, TX 79901-1340

HD Lending, LLC                      Internal Revenue Service              Michael Dixson
c/o Clyde A. Pine, Jr.               Special Procedures Staff - Insolvency 780 N. Resler Drive Suite B
Mounce, Green, Myers                 P. O. Box 7346                        El Paso, TX 79912-7196
P.O. Box 1977                        Philadelphia, PA 19101-7346
El Paso, Texas 79999-1977

New Mexico Real Estate Advisors Inc d/b/   New Mexico Real Estate Advisors, Inc.   PDG Inc.
5051 Journal Center Boulevard NE           d/b/a Colliers International            780 N. Resler Drive Suite B
Suite 200                                  c/o Kemp Smith LLP                      El Paso, TX 79912-7196
Albuquerque, NM 87109-5914                 Attn:  James W. Brewer
                                           221 N. Kansas, Ste. 1700
                                           El Paso, TX 79901-1401

Springer Management                  TEXAS WORKFORCE COMMISSION            United States Trustee - EP12
c/o Tom Springer                     OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co   U.S. Trustee's Office
500 S. Telshor Blvd.                 PO BOX 12548 - MC-008                 615 E. Houston, Suite 533
Las Cruces, TX 88011-4613            AUSTIN, TX 78711-2548                 P.O. Box 1539
                                                                           San Antonio, TX 78295-1539

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046


                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)TEXAS WORKFORCE COMMISSION         End of Label Matrix
OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co   Mailable recipients    18
PO BOX 12548 - MC-008                 Bypassed recipients     1
AUSTIN, TX 78711-2548                 Total                  19
```

**CERTIFICATE OF SERVICE — Page 1**                                                                                            1937734.DOCX