**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case 21-30107 |
| | § | |
| **PDG PRESTIGE INC** | § | |
| | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

**WITHDRAWAL OF CLAIM**

**TO: CLERK OF THE COURT**

The Texas Workforce Commission hereby withdraws its Secured Proof of Claim No. 2 in the amount of $1,308.62, dated March 3, 2021, which was filed with the Court on March 3, 2021, for Texas Workforce Commission Account No. XX-XXX479-0.

Respectfully submitted, this 2nd day of April, 2021.

                                                                 By: /s/ Leslie Janega
                                                                      Leslie Janega
                                                                      Account Examiner
                                                                      Texas Workforce Commission

                                         ###