UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

## WITNESS AND EXHIBIT LIST

| Main Case No: 21-30107 | Name of Debtor: | PDG Prestige, Inc. |
|---|---|---|
| **WITNESSES:** | | |
| 1. Any witnesses designated by any other party | Judge: | Christopher Mott |
| 2. Any rebuttal witnesses as may be necessary. | Courtroom Deputy: | |
| 3. Michael Dixson, President, PDG-Prestige, Inc. | Hearing Date: | April 12, 2021 |
| 4. | Hearing Time: | 1:30 p.m. |
| 5. | Party's Name: | PDG Prestige, Inc. |
| 6. | Attorney's Name: | Jeff Carruth |
| 7. | Attorney's Phone: | 713-341-1158 |
| 8. | Attorney's email: | jcarruth@wkpz.com |
| 9. | Nature of Proceeding: | *See list below.* |
| 10. | | |
| **EXHIBITS** | | |
| *See attached list* | | |

**List regarding Nature of the Proceeding:**

*Motion of Debtor to (I) Enter into Debtor Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(D), and (III) Provide Related Relief* (Docket No. 24)

*{continued on following sheet}*

**WITNESS AND EXHIBIT LIST — Page 1**   1942150.DOCX

Dated: April 7, 2021

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   24 Greenway Plaza Suite 2050
   Houston TX 77046
   Telephone: (713) 341-1158
   Fax: (866) 666-5322
   E-mail: jcarruth@wkpz.com

1942150.DOCX

ATTORNEYS FOR PDG PRESTIGE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties receiving the Court's ECF e-mail notification for this case on April 7, 2021, including the parties on the attached service list.

                                                */s/ Jeff Carruth*
                                                JEFF CARRUTH

| | **EXHIBITS** | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Offer** | **Object** | **Admit** |
| PDG001 | DIP Credit Agreement (see Docket No. 24) | | | |
| PDG001 | DIP Order Checklist (see Docket No. 24) | | | |
| PDG003 | DIP Order (see Docket No. 24) | | | |
| PDG004 | [reserved] | | | |
| PDG005 | [reserved] | | | |
| PDG006 | [reserved] | | | |
| PDG007 | [reserved] | | | |
| PDG008 | NMREA Collier's Listing Agreement (see Docket No. ____) | | | |
| PDG009 | NMREA lien filings to date (see Docket No. ____) | | | |
| PDG110 | Certificate of Service + proof of service (Docket No. 34) | | | |
| PDG111 | [reserved] | | | |
| | Any exhibits designated by any other party | | | |
| | Rebuttal exhibits as necessary | | | |