UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case Number 21-30107-hcm |
| | ) | |
| PDG PRESTIGE, INC., | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## WITNESS AND EXHIBIT LIST

Following is a list of the New Mexico Real Estate Advisors, Inc. d/b/a Colliers International ("*Colliers*") may introduce and witnesses it may call at the hearing on the Motion of Debtor to (I) Enter Into Debtor Possession Credit Agreement, (II) Grant Priming Liens Under Code Sec. 364(D), and (III) Provide Related Relief scheduled for April 12, 2021:

### I. WITNESSES

1. Tom Jones

    The Prestige Companies
    c/o Kemp Smith LLP
    221 N. Kansas, Suite 1700
    El Paso, Texas 79901

2. Any witnesses designated or called by any other party and any rebuttal witnesses

### II. Exhibits

R-1. Exclusive Right to Listing Agreement

R-2. Summary of Commissions

R-3. Ground Lease Agreement dated November 7, 2019

R-4. Lease dated September 9, 2019

R-5. Restaurant Lease dated September 25, 2020

R-6. Lease dated January 21, 2021(excerpts)

40U8389.DOCX

R-7. Lease dated March 3, 2021

R-8. Claim and Notice of Lien recorded at Instrument No. 2102432, Real Property Records, Dona Ana County, New Mexico

R-9. Claim and Notice of Lien recorded at Instrument No. 2102433, Real Property Records, Dona Ana County, New Mexico

R-10. Claim and Notice of Lien recorded at Instrument No. 2102434, Real Property Records, Dona Ana County, New Mexico

R-11. Claim and Notice of Lien recorded at Instrument No. 2102435, Real Property Records, Dona Ana County, New Mexico

KEMP SMITH LLP
P.O. Box 2800
El Paso, Texas 79999-2800
915.533.4424
915.546.5360 (FAX)
Attorneys for New Mexico Real Estate Advisors, Inc.

By: _____
James W. Brewer
State Bar No. 02965200
James.brewer@kempsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Exhibit List and the referenced exhibits were delivered by email to Jeff Carruth, jcarruth@wkpz.com; 25 Greenway Plaza #2050, Houston, Texas 77046 and the United States Trustee, USTPRegion07.SN.ECF@usdoj.gov; E. Houston, Ste. 533, San Antonio, Texas 78295 on April 8, 2021.

_____
James W. Brewer

40U8389.DOCX