**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-30107-hcm |
| PDG Prestige, Inc., | § | (Chapter 11) |
| *Debtor* | § | |

## WITNESS AND EXHIBIT LIST OF DEBTORS FOR HEARING SCHEDULED FOR APRIL 12, 2021

TO THE HONORABLE H. CHRISTOPHER MOTT, U. S. BANKRUPTCY JUDGE:

COMES NOW City Bank, a secured creditor and a party in interest in this case, and files this Witness & Exhibit List For Hearing Scheduled for April 12, 2021.

### WITNESSES

City Bank discloses that it may call the following individuals to provide testimony:

1. Morris Wilcox, Senior Vice President – Special Assets Manager, City Bank.

City Bank reserves the right to supplement or amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. City Bank also reserves the right to call any witnesses designated or called by any other party to these proceedings.

### EXHIBITS

City Bank discloses that it may introduce the following exhibits:

| TAB | DESCRIPTION |
|---|---|
| 1. | Promissory Note dated July 13, 2018 in the original sum of $2,600,000.00 |
| 2. | Deed of Trust dated July 13, 2018 |
| 3. | Modification of Mortgage dated April 13, 2020 |

City Bank reserves the right to supplement or amend this Exhibit List in order to supplement the list of documents that may be introduced. City Bank also reserves the right to introduce other exhibits as may be necessary for impeachment purposes. City Bank also reserves the right to introduce exhibits designated by any other party to these proceedings.

Respectfully Submitted,

By: /s/ Brad W. Odell
    Brad W. Odell, SBN: 24065839

MULLIN HOARD & BROWN, LLP
Brad W. Odell, SBN: 24065839
P. O. Box 2585
Lubbock, Texas 79408-2585
Tel: (806) 765-7491
Fax: (806) 765-0553
bodell@mhba.com
*Attorneys for City Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of April, 2021, a copy of City Bank's Witness & Exhibit List was served upon the following parties listed below by the Court's ECF notification system and/or U.S. Mail:

1. PDG Prestige, Inc.
   780 N. Resler Drive, Suite B
   El Paso, TX  79912
   *Debtor*

2. Jeff Carruth
   WEYCER KAPLAN PULASKI & ZUBER, P.C.
   3030 Matlock Rd., Ste 201
   Arlington, TX  76015
   *Attorney for Debtor*

3. United States Trustee
   P.O. Box 1539
   San Antonio, TX  78295
   *U.S. Trustee*

4. City Bank
Attn: Morris Wilcox
5219 City Bank Parkway
Lubbock, Texas 79407
***Creditor***

5. To all other parties requesting ECF notification.

/s/ Brad W. Odell
Brad W. Odell