IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PDG PRESTIGE, INC., | § § | Case No. 21-30107-hcm |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

COMES NOW counsel for Suresh Kumar ("Kumar"), a secured creditor and party in interest in the above Chapter 11 case, and requests that copies of all motions, pleadings, orders, proposed orders, proposed disclosure statements and plans be sent to:

>Harrel L. Davis
>State Bar No. 05567560
>GORDON DAVIS JOHNSON & SHANE P.C.
>P.O. BOX 1322
>El Paso, Texas 79947-1322
>(915) 545-1133
>(915) 545-4433 (fax)
>hdavis@eplawyers.com

Kumar further requests that the Clerk of the above-named Court mail to Harrel Davis copies of all notices to parties-in-interest hereinafter given in the case in accordance with Bankruptcy Rule 2002, or otherwise, and specifically, but without limitation, request is hereby made that all notices required by clauses (1), (2), (3), (5), (6), (7) and (8) of Subdivision (a), 2002(b), 3020, 6004 and 9013, be mailed to Harrel Davis.

PLEASE TAKE FURTHER NOTICE that Kumar intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the rights of Kumar to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the rights of Kumar to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to these cases; (iii) the right of Kumar to have the District

{11751.3/HDAV/06816553.1}

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Kumar is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoff, and recoupments the undersigned expressly reserves on behalf of Kumar.

DATED this 14 day of April, 2021.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

By: _____
Harrel L. Davis III
State Bar No. 05567560
Attorneys for Suresh Kumar

## CERTIFICATE OF SERVICE

I certify that on the 14 day of April, 2021, a true and correct copy of the above and foregoing was served upon the attached list of parties via electronic means as listed on the court's ECF noticing system or by regular first-class mail:

_____
Harrel L. Davis

{11751.3/HDAV/06816553.1}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 21-30107-hcm<br>Western District of Texas<br>El Paso<br>Tue Apr 13 10:57:18 CDT 2021 | PDG Prestige, Inc.<br>780 N Resler Drive, Suite B<br>El Paso, TX 79912-7196 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 |
| City Bank<br>c/o Brad W. Odell<br>Mullin Hoard and Brown, LLP<br>P.O. Box 2585<br>Lubbock, Texas 79408-2585 | City of El Paso<br>c/o Don Stecker<br>112 E. Pecan St. Suite 2200<br>San Antonio, TX 78205-1588 | CityBank<br>c/o Brad O'Dell<br>Mullin Hoard Brown<br>1500 Broadway St #700<br>Lubbock, TX 79401-3111 |
| Dennis Crimmins<br>c/o Casey S. Stevenson<br>Scott Hulse<br>201 East Main Drive #1100<br>El Paso, TX 79901-1340 | Dona Ana County Treasurer<br>845 N Motel Blvd.<br>Las Cruces, TX 88007-8100 | Gallardo<br>2701 W Picacho Ave, Ste 6<br>Las Cruces, NM 88007-4732 |
| HD Lending, LLC<br>c/o Clyde A. Pine, Jr.<br>Mounce, Green, Myers<br>P.O. Box 1977<br>El Paso, Texas 79999-1977 | Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Michael Dixson<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 |
| New Mexico Real Estate Advisors Inc d/b/<br>5051 Journal Center Boulevard NE<br>Suite 200<br>Albuquerque, NM 87109-5914 | New Mexico Real Estate Advisors, Inc.<br>d/b/a Colliers International<br>c/o Kemp Smith LLP<br>Attn: James W. Brewer<br>221 N. Kansas, Ste. 1700<br>El Paso, TX 79901-1401 | PDG Inc.<br>780 N. Resler Drive Suite B<br>El Paso, TX 79912-7196 |
| Springer Management<br>c/o Tom Springer<br>500 S. Telshor Blvd.<br>Las Cruces, TX 88011-4613 | TEXAS WORKFORCE COMMISSION<br>OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co<br>PO BOX 12548 - MC-008<br>AUSTIN, TX 78711-2548 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>25 Greenway Plaza, #2050<br>Houston, TX 77046 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)TEXAS WORKFORCE COMMISSION<br>OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co<br>PO BOX 12548 - MC-008<br>AUSTIN, TX 78711-2548 | End of Label Matrix<br>Mailable recipients     18<br>Bypassed recipients      1<br>Total                   19 | |