UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO 21-30107 |
| PDG PRESTIGE, INC., | | |
| Debtor. | | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EMPLOY WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS ATTORNEYS FOR THE DEBTOR (RE: DOCKET NO. 16)**

The undersigned certifies that as of April 15, 2021 no objection and no request for hearing have been filed on the docket of this case or otherwise received by the undersigned regarding the above-captioned motion which was filed on March 17, 2020. The latest possible day for the filing of an objection and/or request for hearing was April 7, 2020 under 21-day notice and April 10, 2020 under 24-day notice.

Dated: April 15, 2021       Respectfully submitted:

  WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

  By:   /s/ Jeff Carruth
  JEFF CARRUTH
  State Bar No. 24001846
  3030 Matlock Rd., Suite 201
  Arlington, Texas 76015
  Phone: (713) 341-1158
  Facsimile: (866) 666-5322
  jcarruth@wkpz.com

  **ATTORNEYS FOR DEBTOR PDG PRESTIGE, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 15, 2021 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

  /s/ Jeff Carruth
  Jeff Carruth