IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-30107-hcm |
| PDG PRESTIGE, INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

Pursuant to Bankruptcy Rule 9010(b), please take notice that the undersigned firm is appearing for DENNIS CRIMMINS, a creditor and party in interest in the above-referenced bankruptcy.

Pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002, 3017, and 9007, DENNIS CRIMMINS requests to receive copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, as follows:

**Dennis Crimmins**
**c/o Casey S. Stevenson**
**James M. Feuille**
**ScottHulse PC**
**P.O. Box 99123**
**El Paso, Texas 79999-9123**

Please take further notice that pursuant to Bankruptcy Code §1109(b), the foregoing request includes the notice and papers referred to in the rules specified above and also includes, without limitation, schedules of assets and liabilities, statement of affairs, notice of any orders, proposed orders, conformed copies of orders, applications, complaints, demands, hearings, motions, reports, petitions, pleadings or requests, operating reports, disclosure statements, or any other documents before the Court in this case, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, or otherwise.

1202272.1

Respectfully submitted,

**ScottHulse PC**
One San Jacinto Plaza
201 E. Main Dr., Suite 1100
El Paso, Texas 79901
(915) 533-2493
(915) 546-8333 (Facsimile)

By: */s/ James M. Feuille*
    **CASEY S. STEVENSON**
    State Bar No. 24041975
    **JAMES M. FEUILLE**
    State Bar No. 24082989
    Attorneys for Dennis Crimmins

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I have sent a copy of the foregoing to Debtor's counsel, on this the 20th day of April, 2021.

    Jeff Carruth
    WEYCER, KAPLAN, PULASKI, & ZUBER, PC
    3030 Matlock Road, Suite 201
    Arlington, Texas 76105
    jcarruth@wkpz.com

    David P. Lutz
    Martin & Lutz, P.C.
    P.O. Drawer 1837
    Las Cruces, NM 88004-1837
    dplutz@qwestoffice.net
    State Court Counsel

    */s/ James M. Feuille*
    **JAMES M. FEUILLE**

1202272.1