# REGISTER OF ACTIONS
## CASE NO. D-307-CV-2020-01698

| | | |
|---|---|---|
| Dennis Crimmins v. Michael J. Dixson, et. al. | § § § § § | Case Type: **Other**<br>Date Filed: **08/14/2020**<br>Location: **3rd District**<br>Judicial Officer: **Martin, James T.** |

### PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **Defendant** | **Dixson, Michael J.** | | **David Price Lutz**<br>*Retained*<br>575-526-2449(W) |
| | 708 N. Resler Dr.<br>El Paso, TX 79912 | | |
| | | | Pro Se |
| **Defendant** | **PDG Prestige Inc.** | | **David Price Lutz**<br>*Retained*<br>575-526-2449(W) |
| | 780 N. Resler Dr.<br>Ste. B<br>El Paso, TX 79912 | | |
| | | | Pro Se |
| **Defendant** | **PDG, Inc.** | | **Pro Se** David Price Lutz<br>*Retained*<br>575-526-2449(W) |
| | 141 N. Roadrunner Pkwy.<br>Suite 137<br>Las Cruces, NM 88011 | | |
| **Plaintiff** | **Crimmins, Dennis** | | **Casey S. Stevenson**<br>*Retained*<br>915-533-2493(W) |
| | 201 E. Main Dr.<br>Suite 1100<br>El Paso, TX 79901 | | |

### EVENTS & ORDERS OF THE COURT

|  |  |
|---|---|
| | **DISPOSITIONS** |
| 02/23/2021 | **Dismiss/Decided By Dispositive Motion/Dismiss by Judge/Party** (Judicial Officer: Martin, James T.)<br>   Comment () |
| | **OTHER EVENTS AND HEARINGS** |
| 08/14/2020 | **Cause Of Actions**      Breach of Contract<br>Action Type                Action |
| 08/14/2020 | **OPN: PETITION**<br>   *Plaintiff's Original Complaint* |
| 08/19/2020 | **Summons** |
| |    Dixson, Michael J.      Served      08/26/2020 |
| |                                     Response Due    09/25/2020 |
| |    PDG, Inc.      Served      08/26/2020 |
| |                                     Response Due    09/25/2020 |
| |    PDG Prestige Inc.      Served      08/26/2020 |
| |                                     Response Due    09/25/2020 |
| 08/21/2020 | **DCM (Differentiated Case Management) Scheduling Order** (Judicial Officer: Martin, James T.)<br>   *Order Requiring Scheduling Reports, A Discovery Plan, Expert Witness Disclosure, and Limiting Stipulations to Enlarge Time for Responsive Pleadings* |
| 08/27/2020 | **SUMMONS RETURN**<br>   *Summons Return on Wednesday August 26th, 2020 RE: PDG, Inc.* |
| 08/27/2020 | **SUMMONS RETURN**<br>   *Summons Return served by Individual/Personally on Wednesday August 26th, 2020 RE: PDG Prestige* |
| 08/27/2020 | **SUMMONS RETURN**<br>   *Summons Return served by Individual/Personally on August 26th, 2020 to Defendant: Dixson* |
| 09/22/2020 | **ANSWER** (Judicial Officer: Martin, James T.)<br>   *Defendants' Answer to Plaintiff's Original Complaint* |
| 09/22/2020 | **MTN: MOTION** (Judicial Officer: Martin, James T.)<br>   *Defendants' Partial Motion for Judgment on the Pleadings (attorney Fees)* |
| 09/22/2020 | **MTN: MOTION** (Judicial Officer: Martin, James T.)<br>   *Defendants' Expedited Motion to Cancel Lis Pendens* |
| 10/01/2020 | **REQUEST FOR HEARING/ SETTING** (Judicial Officer: Martin, James T.)<br>   *Re: Defendants Expedited Motion to Cancel Lis Pendens* |
| 10/07/2020 | **OBJECTION/OPPOSITION**<br>   *Plaintiff's Opposition to Defendants' Expedited Motion to Cancel Lis Pendens* |

| Date | Event | |
|---|---|---|
| 10/07/2020 | **OBJECTION/OPPOSITION** | |
| | *Plaintiff's Opposition to Defendants' Partial Motion for Judgment on the Pleadings (Attorney Fees)* | |
| 10/15/2020 | **NTC: HEARING** (Judicial Officer: Martin, James T. ) | |
| | *Notice of Hearing: October 20 1:30 PM* | |
| 10/19/2020 | **REPLY** | |
| | *Defendants' Reply in Support of Partial Motion for Judgment on the Pleadings (Attorney Fees)* | |
| 10/19/2020 | **REPLY** | |
| | *Defendants' Reply in Support of Expedited Motion to Cancel Lis Pendens* | |
| 10/20/2020 | **MOTION HEARING** (1:30 PM) (Judicial Officer Martin, James T.) | |
| | DEFENDANTS' PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS & DEFENDANTS' EXPEDITED MOTION TO CANCEL LIS PENDENS - 45 MINUTES 1-314-833-7105 PIN: 604 852 588?# | |
| | Result: Held | |
| 10/23/2020 | **ORD: ORDER DENYING** (Judicial Officer: Martin, James T. ) | |
| | ORDER DENYING DEFENDANTS' EXPEDITED MOTION TO CANCEL LIS PENDENS | |
| 11/04/2020 | **CERTIFICATE OF SERVICE** | |
| | *Crimmins-PDG, Inc.-COS* | |
| 11/04/2020 | **CERTIFICATE OF SERVICE** | |
| | *Crimmins-PDG Prestige-COS* | |
| 11/04/2020 | **CERTIFICATE OF SERVICE** | |
| | *Crimmins v Dixson-COS* | |
| 11/10/2020 | **MTN: FOR LEAVE** | |
| | *Plaintiff's Unopposed Motion for Leave to File First Amended Complaint* | |
| 11/13/2020 | **ORD: GRANTING LEAVE** (Judicial Officer: Martin, James T. ) | |
| | AGREED ORDER FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT | |
| 11/13/2020 | **AMENDED COMPLAINT** (Judicial Officer: Martin, James T. ) | |
| | *First Amended Complaint* | |
| 11/30/2020 | **ANSWER** (Judicial Officer: Martin, James T. ) | |
| | DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT | |
| 12/14/2020 | **COURT'S NOTICE** | |
| | NOTICE OF INTENT TO DISMISS | |
| 12/22/2020 | **DCM (Differentiated Case Management) SCHEDULING REPORT** | |
| | *Joint Scheduling Report* | |
| 01/06/2021 | **MTN: FOR SUMMARY JUDGMENT** | |
| | *Defendants' Motion For Summary Judgment -* | |
| 01/06/2021 | **REQUEST FOR HEARING/ SETTING** | |
| | *Request for Setting* | |
| 01/25/2021 | **RESPONSE** (Judicial Officer: Martin, James T. ) | |
| | *Plaintiff's Memorandum in Opposition* | |
| 02/02/2021 | **REPLY** | |
| | *Reply in Support of Defendants' Motion for Summary Judgment* | |
| 02/04/2021 | **NTC: HEARING (MOTION)** (Judicial Officer: Martin, James T. ) | |
| | *02/23/2021 @ 11:00am* | |
| 02/18/2021 | **NTC: NOTICE OF BANKRUPTCY** (Judicial Officer: Martin, James T. ) | |
| | *Defendant PDG Prestige, Inc.'s Suggestion of Bankruptcy* | |
| 02/23/2021 | CANCELED **MOTION HEARING** (11:00 AM) (Judicial Officer Martin, James T.) | |
| | Other- Comments Required | |
| | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 30 MINUTES 1-650-449-9359 PIN: 313 485 758# | |
| 02/23/2021 | **CLS: FINAL DECREE/ORDER/JUDGMENT** (Judicial Officer: Martin, James T. ) | |
| | *BANKRUPTCY ORDER - PDG* | |

**FINANCIAL INFORMATION**

| | | |
|---|---|---:|
| **Plaintiff** Crimmins, Dennis | | |
| Total Financial Assessment | | 132.00 |
| Total Payments and Credits | | 132.00 |
| **Balance Due as of 04/20/2021** | | **0.00** |
| 08/14/2020 | Transaction Assessment | 132.00 |
| 08/14/2020 | File & Serve Payment    Receipt # LCRD-2020-5941    Crimmins, Dennis | (132.00) |