FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
10/23/2020 12:06 PM
DAVID S. BORUNDA
CLERK OF THE COURT
Ashley Barreras

**STATE OF NEW MEXICO**
**COUNTY OF DOÑA ANA**
**THIRD JUDICIAL DISTRICT**

DENNIS CRIMMINS, )
)
Plaintiff, )
)
v. ) Case No: D-307-CV-2020-01698
) The Honorable James T. Martin
MICHAEL J. DIXSON, )
PDG, INC., and PDG PRESTIGE INC., )
)
Defendants. )

## ORDER DENYING DEFENDANTS' EXPEDITED MOTION TO CANCEL LIS PENDENS

THIS MATTER comes before the Court on Defendants' Expedited Motion to Cancel Lis Pendens ("Motion"); Plaintiff, Dennis Crimmins, by and through his attorneys, ScottHulse, PC (Casey S. Stevenson); Defendants, Michael J. Dixson, PDG, Inc., and PDG Prestige, Inc., by and through their attorneys, Martin & Lutz, P.C. (David P. Lutz); and the Court being advised in the premises FINDS the Motion is not well-taken and should be DENIED.

**IT IS THEREFORE ORDERED THAT:**

Defendants' Expedited Motion to Cancel Lis Pendens is hereby DENIED in all respects.

JAMES T. MARTIN
DISTRICT COURT JUDGE

1189576.1

SUBMITTED AND APPROVED BY:

# ScottHulse PC

P. O. Box 99123
One San Jacinto Plaza
201 E. Main Dr., Suite 1100
El Paso, Texas 79999-9123
(915) 533-2493
(915) 546-8333 (Facsimile)
Casey.Stevenson@ScottHulse.com

By: _/s/ Casey S. Stevenson_
**CASEY S. STEVENSON**
State Bar No. 127736
**ATTORNEY FOR PLAINTIFF**

**MARTIN & LUTZ, P.C.**
P.O. Drawer 1837
Las Cruces, New Mexico 88004-1837
(575) 526-2449
(575) 526-0946 (Facsimile)
dplutz@qwestoffice.net

By: _Approved Electronically on 10/21/2020_
**DAVID P. LUTZ**
**ATTORNEY FOR DEFENDANTS**