**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30107 |
| PDG PRESTIGE INC., | § | |
| | § | |
| | § | |
| Debtor. | § | |

**FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION**

---

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN <u>TWENTY ONE (21) DAYS</u> FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

---

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ") files this *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to the Debtor and Debtor in Possession* (the "Application"), relating to the role of WKPZ as counsel to PDG Prestige, Inc., Debtor and Debtor in Possession ("PDG-P" or the "Debtor") and in support thereof would show the Court the following.

## FEE APPLICATION SUMMARY
### (Appendix L-2016-a-2)

| Case No. | 21-30107 | | | |
|---|---|---|---|---|
| **Case Name** | **In re: PDG-Prestige Inc.** | | | |
| | | | | |
| **1. CLIENT** | PDG-Prestige Inc. | | | |
| **2. APPLICANT** | Weycer, Kaplan, Pulaski & Zuber, P.C. Attorneys for Debtor, Debtor in Possession | | | |
| **3. TOTAL FEES REQUESTED** | | | | |
| A. Fees. | 27,839.00 | | | |
| B. Expenses. | 183.49 | | | |
| C. 1 Pre-Petition retainer | 0.00 | | | |
| C. 2 Post-Petition retainer | 47,500.00 | | | |
| D. Time period covered | Feb. 2 2021 - April 25, 2021 | | | |
| **4. BREAKOUT OF CURRENT APPLICATION** | | | | |
| Timekeeper analysis | **Name** | **Total Hours** | **Rate** | **Total Fees** |
| *(Note 1)* | Jeff Carruth (JDC) | 61.80 | 485.00 | 27,839.00 |
| | | | | |
| Minimum Fee Increments | 0.10 | | | |
| Blended rate | 450.47 | | | |
| Expenses | 183.49 | | | |
| Amount allocated for fee application preparation *(Note 2)* | 921.50 | | | |
| **5. PRIOR APPLICATIONS** | None. | | | |
| **6. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMS** | **Name** | **Party Represented** | | |
| | *None known to date.* | | | |
| **7. RESULTS OBTAINED** | Filed case and stabilized Debtor. Completed initial case events (schedules, meeting of creditors, etc.). Resolved litigation and lis pendens on property from adjoining property owner Springer. Secured DIP financing and paid off fist lien of City Bank, began payment of second lien of brokers (NMREA). See Exhibit PDG200. | | | |
| | | | | |
| Note 1 | Includes at least 4.40 hours of no bill and/or $0.00 charge time. | | | |
| Note 2 | This amount for purposes of this first, interim fee application includes (1) motion practice to employ WKPZ, and (2) some work during the Application Period on this application. Most of the work on this application occurred in the May, 2021 billing cycle of WKPZ (on and after April 26, 2021). | | | |

## INTRODUCTION

1.      WKPZ seeks interim approval of its fees and expenses for the period of February 15, 2021 through and including April 25, 2021[1] (the "Application Period") and an order authorizing WKPZ to apply any retainer on hand to the fees and/or expenses awarded herein and otherwise directing the Debtor to pay the amounts awarded herein.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction to consider this Application under the provisions of 28 U.S.C. §§ 1334 and 157.

3.      This matter involves the administration of a bankruptcy estate and, thus, is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

4.      Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The Court has constitutional authority to decide this matter under *Stern v. Marshall*, 564 U.S. 462 (2011) and its progeny.

## FACTUAL BACKGROUND

**The identify and background of the Debtors and Debtors in Possession.**

6.      PDG-P is a real estate development enterprise which owns a ± 3.29acre tract of real property in Las Cruces, Dona Ana County, New Mexico and sometimes referred to as Mesilla Valley Mall Subdivision, Replat No. 5 (the "Property").

7.      PDG-P also owns the majority of the equity interest in a second real estate development entity, The Gateway Ventures, LLC, which is the subject of a separate bankruptcy case currently pending in this Court.

---

[1] The normal month-end date at WKPZ is the 25th of each month.

**The Commencement of the Bankruptcy Cases.**

8. On February 15, 2021, PDG-P filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. (the "Code" or the "Bankruptcy Code").

9. The purpose of the commencement of this case was the prevention of a nonjudicial foreclosure scheduled for February 16, 2021 by City Bank of Lubbock, Texas.

10. The Debtor is operating as debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

11. No trustee, examiner, or statutory creditors' committee has been appointed in this Chapter 11 case.

**Retention of WKPZ.**

12. On February 15, 2021, PDG-P retained WKPZ as counsel for the Debtor and Debtor-in-Possession.

13. On April 16, 2021, the Court entered an Order (Docket No. 47) approving the employment application (Docket No. 13) (the "Employment Application") and retention of WKPZ by PDG-P.

**Details of the fees and expenses.**

14. During the Application Period, WKPZ expended a total of at least 61.80 hours, which amount of time included at least 4.40 hours not billed, resulting in an estimated hourly blended rate in the amount of approximately $450.47 per hour for the professional(s) and paraprofessionals working on these cases.

15. The rates charged are the normal hourly billing rates of WKPZ in effect during the Application Period.

16. During the Application Period, WKPZ earned fees in the total amount of not less than $27,839.00 and incurred expenses in the total amount of $183.49.

17.     The following exhibits described the fees and expenses incurred by WKPZ during the Application Period.

| Exhibit No. | Description |
|---|---|
| PDG200[2] | WKPZ Fee Statements (Fee Invoices) |
| PDG201 | Summary of fees by task code category |
| PDG202 | List of expenses |

18.     The following professionals are included in the Fee Statements.

| Professional | Hourly rate | Experience |
|---|---|---|
| Jeff Carruth | $485 | Licensed since 1997.  Primary practice area: Bankruptcy |
| | | |

19.     WKPZ maintained written records of the time expended by attorneys and paraprofessionals in the rendition of professional services to PDG-P.  **Exhibit PDG200** contains the supporting detail of the hours, hourly rates, and fees attributable to the professionals and paraprofessionals who performed services on behalf of PDG-P during the Application Period. (The data in this exhibit is an export of the time entries from WKPZ's fee statements to PDG-P.)

20.     In addition, WKPZ has categorized these services by task.  **Exhibit PDG201** contains a breakdown of the total fees by task code category and contains a breakdown of fees recorded by each timekeeper allocated according to each task category.

21.     The expenses incurred by WKPZ during the Application Period are detailed in **Exhibit PDG202**.

22.     WKPZ currently possesses retainer (received post-petition) in the amount of $47,500.00 ($7,500 prior to the DIP funding, and $40,000 as part of the DIP funding), which amounts will be applied to the fees and expenses allowed in this interim Application, with any

---

[2] Exhibits for PDG-P are numbered consecutively and/or uniquely throughout this case and for fee application related exhibits will be numbered PDG200 et seq.

amounts over such retainer to be paid by the Debtor, on an interim basis, upon entry of an order approving this Application.

## RELIEF REQUESTED

23.     WKPZ seeks interim approval of its fees earned and expenses incurred for the Application Period, and, accordingly, the payment of such fees and expenses from any retainer previously provided by the Debtor and otherwise Debtor and/or the estate with authorization for the Debtor to make such payment upon entry of an Order approving this Application.

24.     A proposed form of Order is submitted with this Application and is incorporated by reference herein.

## BASIS OF RELIEF

25.     During the time that WKPZ served as counsel to the Debtor, WKPZ performed the services essential to the role and function of the Debtor as debtor-in-possession.

26.     WKPZ represents that, to the best of its knowledge, it has complied with Code §§ 330 and/or 331, the Bankruptcy Rules, the Local Rules, and the Guidelines adopted by the Executive Office for the United States Trustee.

27.     All legal services performed by WKPZ were performed for and on the behalf of PDG-P and not on behalf of any other individual or entity.  These services were rendered in discharge of WKPZ's professional responsibilities as counsel to PDG-P.  WKPZ's services were reasonable and necessary for the functioning of PDG-P, and the fulfillment of the fiduciary duties of PDG-P as Debtor-in-Possession.

28.     No payments have been made or promised to date except as set forth in the WKPZ Employment Application and/or as sought in this Application.

29.     No compensation has been shared by WKPZ with any other entity.

30.     No agreements to share compensation exist between WKPZ and any other person.

## SUMMARY OF SERVICES PERFORMED.

31.     WKPZ tracked the time billed in this case by certain categories, which totals by category are set forth in **Exhibit PDG200** and **Exhibit PDG201**.   The categories utilized by WKPZ are based upon and expand upon the Guidelines, and the time spent with respect to each category, are described below.

a.     **B110 Case Administration**

This task category includes fees applicable to a broad scope of services, including, without limitation: (i) the initial review of the case and pleadings, (ii) preparing and filing various pleadings, responses, and objections, (iii) preparing materials for hearings, meetings and conferences and attending same, (iv) maintaining calendars and service lists, (v) general communications with the Debtors and creditors, (vi) addressing paperwork requirements, deliverables, and communications with the U.S. Trustee and/or other parties, and/or (vii) matters not otherwise readily assignable to another category.

b.     **B111 – U.S. Trustee compliance**

This task category involves matters such as the initial debtor interview, DIP bank accounts, insurance, monthly operating reports, and other compliance matters associated with the U.S. Trustee guidelines.

c.     **B112 – Schedules**

This task category involves the Debtor's schedules, initial lists, and statement of financial affairs, and requests for extension of time to file same, and any amendments of any of the foregoing.  This task category would include any preparatory work related to the foregoing.

d.     **B115 First Days**

This task category involves various "first days" motions prosecuted by the Debtor, including motion practice related to joint administration, use of bank accounts, adequate assurance and deposits for utilities, and other matters not separately addressed in other task categories (such as B230 Financing and Cash Collateral).

e.     **B116 Budgeting**

This task category includes review, analysis, and/or negotiation of the Debtor's cash collateral budget, source documents related thereto, and/or variance reports, and that which generally occurs after the entry of the final cash collateral order and the time spent under task category B230 Financing and Cash Collateral.

f.     **B130 Asset Sales**

This task category includes work related to the sale of the assets of the Debtor.

g.     **B140 Automatic Stay**

This task category includes implementation of the automatic stay, and particularly making sure that the City Bank foreclosure sale did not proceed.

h.     **B150 Meeting of creditors.**

This task category includes preparations for and participation in the meeting of creditors.

i.     **B151 Creditor Inquiry**

This task category includes inquiries made by creditors of the Debtor regarding notice of the case, confirming case status, where to file a claim, requesting information and deliverables from the Debtor, and similar inquiries.

j.     **B160 Employment and/or Fee Applications Objections**

This task category relates to the preparation and prosecution of applications to employ WKPZ and any financial advisors, review of employment applications with respect to the Debtor's professionals, the review of interim compensation procedures and the like, and the preparation of fee applications of WKPZ and any financial advisors.

k.     **B170 Employment and/or Fee Objections**

This task category relates to any objections related to any employment or fee applications.

l.     **B180 Avoidance Action Analysis**

This task category relates to the identification and review of information related to potential avoidance actions that could be prosecuted by the estate.

m.     **B190 Litigation/Other Contested Matters**

This category includes work associated with addressing other litigation matters aside from the core proceedings occurring in the main case.  For this case and this Debtor, this task category captured time relating to address the litigation and lis pendens from the neighboring property owner Springer over a parking easement.

n.     **B195 Nonworking travel**

This task category involves non-working travel time, for which WKPZ charges no fees.

o.     **B200 Committee Communications**

This task category involves the preparation of written reports to or for the Committee (if one is appointed), update conference calls with the Committee, and other update communications (calls and emails) with personnel related to the Committee.

p.     **B230 Financing / Cash Collateral**

This task category involves the Debtor's use of cash collateral or other sources of financing, including the review and/or negotiation of the Debtor's cash collateral budget and interim and final financing orders. The category also includes any efforts by the Debtor to secure and obtain approval of DIP financing.  This category also includes evaluation and resolution of objections filed by any parties to the foregoing.  This category includes the acquisition and prosecution of the

motion practice to approve the DIP financing with Legalist, including the resolution of objections from the broker NMREA and a last minute issue with City Bank over language in the proposed order which consumed the weekend before the DIP hearing.

q.    **B310 Claims**

This task category captures time spent investigating the nature, validity, and extent of the liens and claims asserted against the Debtor and/or property of the estate.

r.    **B320 Plan and Disclosure Statement.**

This task category captures all plan and disclosure related matters including, without limitation: (1) time spent formulating, consultation of various sources documents, and preparing the disclosure statement and Chapter plan, (2) motion practice and other activities relating to filing and preparing for solicitation, (3) conducting solicitation, (4) addressing objections to the disclosure statement and/or plan and if necessary litigating same, (5) preparing for and conducting the confirmation hearing, (6) work on orders and notices relating to the forgoing, and (7) communications relating to the foreign.

s.    **B400 Bankruptcy related advice.**

This task category captures time related to evaluating, discussing, and communicating with the Debtor regarding the overall status, course of, and strategy involved in the overall bankruptcy case.

## SUMMARY OF EXPENSES

32.    It has been necessary for WKPZ to incur and to pay in advance out-of-pocket expenses in connection with its representation of PDG-P during the Application Period. Careful records of these expenses have been maintained by WKPZ.   As can be seen from **Exhibit PDG202**, to date during the period, those expenses totaled $183.49.

33.    The expenses primarily consist of printing and postage for noticing.

34.    The filing fees pertain to adding creditors to the mailing matrix.

## JUSTIFICATION FOR AWARD

35.    In an attempt to establish an objective basis for determining the amount of compensation that is reasonable for attorneys' services pursuant to Code § 330, the Fifth Circuit has instructed the lower courts that they must explain the findings and reasons on which an award of professional fees is based.[3]

---

[3] *See In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977).

36. To aid the lower courts, the First Colonial court applied the factors originally set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974). The *Johnson* factors to be considered in determining the "reasonableness" of attorneys' fees are delineated below, and WKPZ's compliance therewith, if applicable, is described following each factor:

a. <u>Time and Labor Required.</u> **Exhibit PDG200** delineates all of the work performed by WKPZ for which compensation is requested during the Application Period. WKPZ submits that the information contained in the exhibit supports the fees requested and reflects the reasonableness of such fees.

b. <u>Novelty and/or Difficulty.</u> The issues presented in this case were not novel or difficult. The case was not difficult per se, but did require substantial attention in a compressed amount of time at the beginning of the representation and has required almost daily attention in one form or fashion.

c. <u>Skill Requisite to Perform the Legal Service Properly.</u> The attorney(s) and paralegal(s) primarily working on this matter are primarily engaged in bankruptcy practice with significant experience Chapter 11 debtor representations.

d. <u>Preclusion of Other Employment.</u> The time demands of the general representation of PDG-P resulted in some disruption of other employment engagements undertaken by the bankruptcy practice of WKPZ during the Application Period.

e. <u>Customary Fee.</u> The hourly rates charged for each professional and paraprofessional performing services for these estates are summarized in the table above and appear in the Fee Statements, **Exhibit PDG200**. These rates are no greater, and in some instances, may be lower, than those being charged by professionals with similar qualifications and experience. The rates used in these cases are the same as those customarily charged by WKPZ for Chapter 11 and Chapter 7 bankruptcy clients. The hourly rates requested herein compare favorably with average costs for similar legal services being provided by national and regional law firms that regularly appear in the Northern, Southern, Eastern, and/or Western Districts of Texas.

f. <u>Whether the Fee is Fixed or Contingent.</u> WKPZ's fees are neither fixed nor contingent other than on the contingency of allowance by the Court and availability of assets for payment. Fees are based on the actual total number of hours worked, less hours written off, plus actual expenses incurred.

g. <u>Time Limitations.</u> This representation to date did not present unusual time limitations to date, with the exception of time to file the case with no advanced preparation, and the case does require almost daily attention in one form or fashion.

h.      <u>Amount Involved and Results Obtained.</u>  The fees incurred are very reasonable in relation to the issues arising and work performed to date.  The work performed to date has stabilized the Debtor and built the foundation for an exit from this case.  The results obtained in during the Application Period include the DIP financing which has in many regards resolved the fundamental issue in this case.  The results also included resolution of the Springer lis pendens and related litigation over a parking dispute at the Development.

i.      <u>Experience, Reputation, and Ability of the Attorneys.</u>  WKPZ's primary attorney assigned to this matter has appeared regularly in significant bankruptcy representations since 1997 across Texas and from time to time in other bankruptcy courts across the United States.

j.      <u>Undesirability of Cases.</u>  WKPZ initially has not found these cases to be undesirable, but rather, considers the issues that have been raised in these cases to be of the type that WKPZ is trained to adequately address.

k.      <u>Nature and Length of Professional Relationship with Client.</u>  WKPZ possessed no prior relationship to PDG-P prior to the filing of this case except for the role of WKPZ as counsel for related debtor The Gateway Ventures LLC, in Case No. 21-30071 also pending in this Court. WKPZ possessed no relationship with the parties prior to Case No. 21-30071.

l.      <u>Awards in Similar Cases.</u>  Based on WKPZ's experience, the fees requested herein are commensurate with fees allowed in proceedings of similar scope for the services rendered.

## RESERVATION OF RIGHTS

37.      WKPZ reserves the right to amend, and/or supplement this Application.

## NOTICE

38.      Notice of this Application is served upon all parties which appear in the mailing matrix / creditors list available for this case and all registered ECF users who have appeared to date.

## CONCLUSION AND PRAYER

WHEREFORE, Weycer, Kaplan, Pulaski & Zuber, P.C., respectfully requests interim approval and allowance of fees in the total amount of $27,839.00 and expenses in the total amount of $183.49 with the payment of such fees and expenses from any retainer previously

provided by the Debtor and otherwise Debtor and/or the estate with authorization for the Debtor to make such payment upon entry of an Order approving this Application.  WKPZ respectfully requests such other and further relief to which WKPZ otherwise is entitled at law or in equity.

*{continued on following sheet}*

Dated:  May 5, 2021

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:___*/s/ Jeff Carruth*_____
     JEFF CARRUTH (TX SBN:. 24001846)
     3030 Matlock Rd., Suite 201
     Arlington, Texas 76105
     Telephone: (713) 341-1158
     Fax: (866) 666-5322
     E-mail:  jcarruth@wkpz.com

COUNSEL FOR PDG PRESTIGE INC., DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on May 5, 2021 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility.  *A copy of the service lists was not served with the regular mail service set but is available by contacting the undersigned.*

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

        */s/ Jeff Carruth*_____
        JEFF CARRUTH

**1-30107-hcm Notice will be electronically mailed to:**

James W. Brewer on behalf of Creditor New Mexico Real Estate Advisors, Inc. d/b/a Colliers International
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

```
Label Matrix for local noticing      PDG Prestige, Inc.                    U.S. BANKRUPTCY COURT
0542-3                               780 N Resler Drive, Suite B           511 E. San Antonio Ave., Rm. 444
Case 21-30107-hcm                    El Paso, TX 79912-7196                EL PASO, TX 79901-2417
Western District of Texas
El Paso
Wed May  5 23:39:09 CDT 2021

City Bank                            City of El Paso                      CityBank
c/o Brad W. Odell                    c/o Don Stecker                      c/o Brad O'Dell
Mullin Hoard and Brown, LLP          112 E. Pecan St. Suite 2200          Mullin Hoard Brown
P.O. Box 2585                        San Antonio, TX 78205-1588           1500 Broadway St #700
Lubbock, Texas 79408-2585                                                 Lubbock, TX 79401-3111

Comptroller of Public Accounts       DENNIS CRIMMINS                      Dennis Crimmins
C/O Office of the Attorney General   c/o CASEY S STEVENSON & JAMES M FEUILLE  c/o Casey S. Stevenson
Bankruptcy - Collections Division MC-008  SCOTTHULSE PC                   Scott Hulse
PO Box 12548                         PO BOX 99123                         201 East Main Drive #1100
Austin TX  78711-2548                EL PASO TX 79999-9123                El Paso, TX 79901-1340

Dona Ana County Treasurer            Gallardo                             HD Lending, LLC
845 N Motel Blvd.                    2701 W Picacho Ave, Ste 6            c/o Clyde A. Pine, Jr.
Las Cruces, TX 88007-8100            Las Cruces, NM 88007-4732            Mounce, Green, Myers
                                                                          P.O. Box 1977
                                                                          El Paso, Texas 79999-1977

Internal Revenue Service             Michael Dixson                       New Mexico Real Estate Advisors Inc d/b/
Special Procedures Staff - Insolvency 780 N. Resler Drive Suite B         5051 Journal Center Boulevard NE
P. O. Box 7346                       El Paso, TX 79912-7196               Suite 200
Philadelphia, PA 19101-7346                                               Albuquerque, NM 87109-5914

New Mexico Real Estate Advisors, Inc. PDG Inc.                            Springer Management
d/b/a Colliers International         780 N. Resler Drive Suite B          c/o Tom Springer
c/o Kemp Smith LLP                   El Paso, TX 79912-7196               500 S. Telshor Blvd.
Attn:  James W. Brewer                                                    Las Cruces, TX 88011-4613
221 N. Kansas, Ste. 1700
El Paso, TX 79901-1401

Suresh Kumar                         Suresh Kumar                         TEXAS WORKFORCE COMMISSION
c/o Harrel Davis                     c/o Harrel L. Davis                  OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co
4695 North Mesa                      P.O. Box 1322                        PO BOX 12548 - MC-008
El Paso, TX 79912-6150               El Paso, TX 79947-1322               AUSTIN, TX 78711-2548

United States Trustee - EP12         Jeff Carruth                         Jeff Carruth
U.S. Trustee's Office                Weycer Kaplan Pulaski & Zuber, P.C.  Weycer, Kaplan, Pulaski & Zuber, P.C.
615 E. Houston, Suite 533            24 Greenway Plaza, #2050             3030 Matlock Rd. Suite 201
P.O. Box 1539                        Houston, TX 77046-2445               Arlington, TX 76015-2936
San Antonio, TX 78295-1539


             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)TEXAS WORKFORCE COMMISSION         End of Label Matrix
OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co  Mailable recipients      23
PO BOX 12548 - MC-008                 Bypassed recipients       1
AUSTIN, TX 78711-2548                 Total                    24
```

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 4 | **B110 - CASE ADMINISTRATION** | | | | | | | | |
| 5 | 00002 | 2/16/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Attention to notice to creditors of bankruptcy case. | B110 |
| 6 | 00002 | 2/22/2021 | JDC | 207713 | 0.20 | 485 | 97.00 | PDG-P - Case administration - Prepared correspondence and documents to M. Dixson regarding ▮▮▮▮▮. | B110 |
| 7 | 00002 | 2/24/2021 | JDC | 207713 | 0.20 | 485 | 97.00 | PDG Prestige - Case administration - Attention to and worked on MS Teams site access for this property / case. | B110 |
| 8 | 00002 | 2/24/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Reviewed docket regarding case status, filing of new items, NOAs, etc. | B110 |
| 9 | 00002 | 2/24/2021 | JDC | 207713 | 0.20 | 485 | 97.00 | PDG Prestige - Case administration - Worked on / attention to Declaration of Electronic filing compliance, correspondence with M. Dixson regarding ▮▮▮. | B110 |
| 10 | 00002 | 3/2/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Case administration - Telephone conference with M. Dixson regarding ▮▮▮▮▮▮▮▮. | B110 |
| 11 | 00002 | 3/2/2021 | JDC | 208546 | 0.30 | 485 | 145.50 | PDG Prestige - Case administration - Telephone conference with (inbound call from) opposing counsel B. O'Dell (City Bank) regarding all pending issues. | B110 |
| 12 | 00002 | 3/7/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Attention to / processed original signatures, electronic signature verification on petition. Case Administration | B110 |
| 13 | 00002 | 3/11/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Worked on / fulfilled declaration electronic filing for petition. | B110 |
| 14 | 00002 | 3/11/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Telephone conference with M. Dixson regarding ▮▮▮▮. | B110 |
| 15 | 00002 | 3/11/2021 | JDC | 208546 | 0.50 | 485 | 0.00 | PDG Prestige - Case administration - Drive to, from FedEx regarding send declaration electronic filing regarding petaton (no charge). | B110 |
| 16 | 00002 | 3/15/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Received and reviewed correspondence M. Dixson regarding ▮▮▮▮. | B110 |

1953510, 5/5/2021, 10:45 PM

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT PDG200** | | |
| 2 | **Client: PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 17 | 00002 | 3/17/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Reviewed docket regarding overall status, items filed, status of wet signatures + declaration electronic filing needed. | B110 |
| 18 | 00002 | 3/17/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Prepared correspondence to M. Dixson + documents regarding ▮▮▮▮▮▮. | B110 |
| 19 | 00002 | 3/17/2021 | JDC | 208528 | 0.20 | 485.00 | 0.00 | PDG Prestige- Case administration - Telephone conference with M. Dixson regarding ▮▮▮▮▮▮ (no charge). | B110 |
| 20 | 00002 | 3/19/2021 | JDC | 208546 | 0.20 | 485 | 0.00 | PDG Prestige - Case administration - Attention to collection, filing, organization of source documents, email attachments (no charge). | B110 |
| 21 | 00002 | 3/26/2021 | JDC | 209696 | 0.10 | 380 | 0.00 | PDG Prestige - Case administration - Attention to deficiency notice (no charge). | B110 |
| 22 | 00002 | 3/28/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Case administration - Further attention to clerk's office declaration electronic filing requirements, fate of wet signatures previously sent to clerk, and e-filed scanned wet signatures, attention to / coordinated call by staff on March 29 to ensure compliance | B110 |
| 23 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Prepared and filed corrected declaration electronic filingx2 (petition + schedules set). | B110 |
| 24 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration -- Further worked on dec elec, communicated with clerk. | B110 |
| 25 | 00002 | 4/5/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Correspondence with M. Dixson regarding ▮▮▮▮▮▮. Case Administration | B110 |
| 26 | 00002 | 4/5/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Telephone conference with and correspondence with B. O'Dell regarding adds to 364.d order. Case Administration | B230 |
| 27 | 00002 | 4/6/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Correspondence with M. Dixson and opposing counsel J. Brewer regarding Kemp Smith conflict of interest. Case Administration | B110 |
| 28 | 00002 | 4/22/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Prepared correspondence to M. Dixson regarding ▮▮▮▮▮▮. Case Administration | B110 |
| 29 | **TOTAL** | | | | **3.80** | | **1,358.00** | | |
| 30 | | | | | | | | | |

1953510, 5/5/2021, 10:45 PM

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client: PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 31 | | | | | | | | | |
| 32 | **B111 - UST COMPLIANCE** | | | | | | | | |
| 33 | 00002 | 2/17/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Received and reviewed Initial Debtor Interview notice, attention to calendaring / scheduling of Initial Debtor Interview. | B111 |
| 34 | 00002 | 3/9/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Trustee compliance - Reporting and UST Compliance | B111 |
| 35 | 00002 | 3/10/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - UST compliance - Correspondence with CPA B. Henault at UST regarding Initial Debtor Interview (no charge). Reporting and UST Compliance | B111 |
| 36 | 00002 | 3/10/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - UST compliance - Attention to Initial Debtor Interview, worked on materials / questionnaire. Reporting and UST Compliance | B111 |
| 37 | 00002 | 3/10/2021 | JDC | 208546 | 0.30 | 485 | 145.50 | PDG Prestige - UST compliance - Attention to Initial Debtor Interview, worked on materials / questionnaire. | B111 |
| 38 | 00002 | 3/11/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - UST compliance - Attention to Initial Debtor Interview matters; correspondence with CPA at UST. | B111 |
| 39 | 00002 | 3/12/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG-p - UST compliance - Correspondence with J. Rose and CPA (no charge). | B111 |
| 40 | 00002 | 3/17/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestige - UST compliance - Worked on Initial Debtor Interview report and disclosure form. | B111 |
| 41 | 00002 | 3/17/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - UST compliance - Prepared correspondence to M. Dixson regarding ▬▬▬▬▬. | B111 |
| 42 | 00002 | 3/17/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - UST compliance - Prepared separate correspondence to M. Dixson regarding ▬▬▬▬▬. | B111 |
| 43 | 00002 | 3/18/2021 | JDC | 208546 | 0.30 | 485 | 145.50 | PDG Prestige - UST diligence - Prepared correspondence and documents to J. Rose to fulfill pending disclosure, compliance, and signature requirements. | B111 |
| 44 | 00002 | 3/24/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - UST compliance - Received and reviewed / attention to insurance docs from M. Dixson. | B111 |
| 45 | **TOTAL** | | | | **2.00** | | **824.50** | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | **B112 - SCHEDULES AND SOFA** | | | | | | | | |

1953510, 5/5/2021, 10:45 PM

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 49 | 00002 | 2/18/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Schedules - Received and reviewed correspondence and source documents from M. Dixson regarding ▓▓▓. | B112 |
| 50 | 00002 | 2/18/2021 | JDC | 207707 | 0.10 | 485.00 | 48.50 | PDG Prestige - Schedules - Received and reviewed correspondence and source documents from M. Dixson regarding ▓▓▓. | B112 |
| 51 | 00002 | 3/3/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Schedules - Correspondence with C. Tompkins at UST regarding schedules. | B112 |
| 52 | 00002 | 3/3/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Schedules Attention to calendaring / scheduling of target date regarding file schedules. | B112 |
| 53 | 00002 | 3/3/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestige - Schedules - Prepared and filed motion extend time file schedules. | B112 |
| 54 | 00002 | 3/4/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Schedules - Received and reviewed order extending time. | B112 |
| 55 | 00002 | 3/4/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Schedules - Correspondence with UST regarding Top 20 list (no charge). | B112 |
| 56 | 00002 | 3/10/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Schedules - Correspondence with UST, J. Rose, regarding Top 20 list (no charge). | B112 |
| 57 | 00002 | 3/11/2021 | JDC | 208546 | 3.00 | 485 | 1,455.00 | PDG Prestige - Schedules - Sustained attention to, reviewed source docs, and worked on schedules, SOFA, initial lists; sustained / multiple calls and correspondence with M. Dixson regarding ▓▓ (3.0 hours total, less 0.5 hours regarding work allocation) | B112 |
| 58 | 00002 | 3/11/2021 | JDC | 208546 | 0.50 | 485 | 0.00 | PDG Prestige - Schedules - Administrative entry - no charge time for: - Sustained attention to, reviewed source docs, and worked on schedules, SOFA, initial lists; sustained / multiple calls and correspondence with M. Dixson regarding ▓▓ (no charge) Schedules  SOFA  Disclosures | B112 |
| 59 | 00002 | 3/12/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Schedules - Received and reviewed correspondence with from court clerk regarding additional filing / designation. | B112 |
| 60 | **TOTAL** | | | | **4.80** | | **1,988.50** | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | **B130- ASSET SALE** | | | | | | | | |
| 64 | 00002 | 2/18/2021 | JDC | 207713 | 0.20 | 485 | 97.00 | PDG Prestige - Asset sale - Telephone conference with R. Dixson regarding ▓ ▓▓▓ | B130 |

1953510, 5/5/2021, 10:45 PM

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | Client:  PDG001-PDG PRESTIGE, INC. | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 65 | 00002 | 2/25/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Asset Sale - Reviewed sales contract regarding Lot 3A regarding EvCap Manager, LLC and correspondence with M. Dixson regarding ▮▮. | B130 |
| 66 | 00002 | 2/25/2021 | JDC | 207713 | 0.20 | 485 | 97.00 | PDG Prestige Asset sale - Prepared correspondence to opposing counsel Casey Stevenson (Dennis Crimmins) regarding contract for sale Lot 3A. Asset disposition | B130 |
| 67 | 00002 | 2/25/2021 | JDC | 207713 | 0.60 | 485 | 291.00 | PDG Prestige - Asset sale - Revised Lot 3A sales contract. | B130 |
| 68 | 00002 | 2/25/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Asset sale - Telephone conference with M. Dixson regarding ▮▮▮. | B130 |
| 69 | 00002 | 2/25/2021 | JDC | 207713 | 0.10 | 0 | 0.00 | PDG Prestige - Asset sale - Attention to message from M. Dixson regarding ▮▮▮ (no charge). | B130 |
| 70 | 00002 | 2/25/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Asset sale - Correspondence with M. Dixson regarding Lot ▮▮▮. | B130 |
| 71 | 00002 | 2/25/2021 | JDC | 207713 | 0.30 | 485 | 145.50 | PDG Prestige - Asset sale - Correspondence with M. Dixson and D. Lutz ▮▮▮▮. | B130 |
| 72 | **TOTAL** | | | | **1.70** | | **776.00** | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | B140 - AUTOMATIC STAY / ADEQUATE PROTECTION | | | | | | | | |
| 76 | 00002 | 3/5/2021 | JDC | 208546 | 1.00 | 485 | 485.00 | PDG Prestige - Stay - Telephone conference with opposing counsel B. O'Dell regarding timing of City Bank action; telephone conference with M. Dixson regarding ▮▮▮; worked on document asks from City Bank and correspondence with M. Dixson and B. O'Dell regarding same. Relief from stay/adequate protection proceedings. | B140 |
| 77 | 00002 | 3/8/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Lift stay - Telephone conference with opposing counsel B. O'Dell regarding City Bank intentions. | B140 |
| 78 | 00002 | 3/8/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Lift stay - Correspondence with B. O'Dell regarding send appraisal. | B140 |
| 79 | 00002 | 3/8/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Lift stay - Telephone conference with M. Dixson regarding ▮▮▮. | B140 |

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 80 | **TOTAL** | | | | **1.30** | | **630.50** | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | **B150 - MEETING OF CREDITORS** | | | | | | | | |
| 84 | 00002 | 3/18/2021 | JDC | 208546 | 0.70 | 485 | 339.50 | PDG Prestige - Section 341 meeting of creditors - Participated in first session of Section 341 meeting of creditors. | B150 |
| 85 | 00002 | 3/18/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestige - Section 341 meeting of creditors - Participated in second session of Section 341 meeting of creditors. | B150 |
| 86 | 00002 | 3/18/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Section 341 meeting of creditors - Telephone conference with M. Dixson prior to Section 341 meeting of creditors. | B150 |
| 87 | 00002 | 3/18/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Section 341 meeting of creditors - Telephone conference with M. Dixson regarding _____. | B150 |
| 88 | **TOTAL** | | | | **1.50** | | **727.50** | | |
| 89 | | | | | | | | | |
| 90 | | | | | | | | | |
| 91 | **B160 - PROFESSIONAL EMPLOYMENT + FEE APPLICATIONS** | | | | | | | | |
| 92 | 00002 | 3/17/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Employment - Prepared correspondence with to M. Dixson regarding _____ (no charge). | B160 |
| 93 | 00002 | 3/17/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Employment - Finalized and filed application to employ WKPZ regarding PDG Prestige case work and additional disclosures quired by Code ?327. | B160 |
| 94 | 00002 | 3/17/2021 | JDC | 208546 | 0.70 | 485 | 339.50 | PDG Prestige - Employment - Prepared motion to employ WKPZ. | B160 |
| 95 | 00002 | 3/18/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Employment - Attention to / prepared COS regarding application to employ WKPZ, per local rules, coordinated service of same. | B160 |
| 96 | 00002 | 3/23/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Employment - Correspondence with court regarding COS on motion to employ WKPZ, finalized and filed same, per local requirements. | B160 |
| 97 | 00002 | 3/28/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Employment - Worked on task code completion + verification + edit, regarding fee guidelines of UST. | B160 |
| 98 | 00002 | 4/9/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Employment - Worked on task code entries for fee applications, per UST Guidelines. | B160 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **EXHIBIT PDG200** | | |
| 2 | Client: PDG001-PDG PRESTIGE, INC. | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 99 | 00002 | 4/15/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Employment - Attention to certificate of no response, order submission regarding motion employ WKPZ. | B160 |
| 100 | 00002 | 4/16/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Employment - Attention to call from Clerk's office; received and reviewed order employ WKPZ. | B160 |
| 101 | TOTAL | | | | 2.00 | | 921.50 | | |
| 102 | | | | | | | | | |
| 103 | | | | | | | | | |
| 104 | B185 - EXECUTORY CONTRACTS + LEASES | | | | | | | | |
| 105 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 0.00 | PDG Prestige - Executory contracts and leases - Substantive telephone conference with M. Dixson ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (NO CHARGE). | B185 |
| 106 | TOTAL | | | | 0.10 | | 0.00 | | |
| 107 | | | | | | | | | |
| 108 | | | | | | | | | |
| 109 | B190 - OTHER LITIGATION + CONTESTED MATTERS | | | | | | | | |
| 110 | 00002 | 2/17/2021 | JDC | 207713 | 0.20 | 485 | 97.00 | PDG Prestige - Telephone conference with allied counsel David Lutz regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | B190 |
| 111 | 00002 | 2/18/2021 | JDC | 207713 | 0.70 | 485 | 339.50 | PDG Prestige - Litigation - Received and reviewed correspondence and source documents from allied counsel David Lutz, prepared for call, correspondence with D. Lutz. | B190 |
| 112 | 00002 | 2/18/2021 | JDC | 207713 | 0.60 | 485 | 291.00 | PDG Prestige - Litigation - Telephone conference with M. Dixson and allied counsel D. Lutz regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | B190 |
| 113 | 00002 | 2/18/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Telephone conference with M. Dixson and allied counsel D. Lutz regarding ▓▓▓▓▓▓▓▓▓▓▓▓. | B190 |
| 114 | 00002 | 2/23/2021 | JDC | 207713 | 0.40 | 485 | 194.00 | PDG Prestige - Telephone conference with M. Dixson regarding ▓▓▓▓▓▓▓. | B190 |
| 115 | 00002 | 2/24/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige Litigation - Prepared correspondence to opposing counsel Patrick Griebel regarding Springer et al. | B190 |

1953510, 5/5/2021, 10:45 PM

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | Client:  PDG001-PDG PRESTIGE, INC. | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 116 | 00002 | 2/24/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige Litigation - Call to opposing counsel Patrick Griebel regarding Springer et al. | B190 |
| 117 | 00002 | 2/24/2021 | JDC | 207713 | 0.20 | 485 | 97.00 | PDG Prestige Litigation - Telephone conference with M. Dixson regarding ▓▓▓. | B190 |
| 118 | 00002 | 2/25/2021 | JDC | 207713 | 0.20 | 485 | 97.00 | PDG Prestige - Litigation - Telephone conference with opposing counsel Patrick Griebel (Springer et al.) regarding resolution of Lot 3A lis pendens. | B190 |
| 119 | 00002 | 2/25/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Prepared correspondence to M. Dixson regarding ▓▓▓ | B190 |
| 120 | 00002 | 2/25/2021 | JDC | 207713 | 0.50 | 485 | 242.50 | PDG Prestige - Litigation - Reviewed lis pendens documents and recent pleadings regarding Springer issue and evaluate remedies, correspondence with M. Dixson allied counsel D. Lutz ▓▓▓ | B190 |
| 121 | 00002 | 2/25/2021 | JDC | 207713 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Correspondence with allied counsel D. Lutz regarding ▓▓▓. | B190 |
| 122 | 00002 | 3/1/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Inbound call / voicemail from M. Dixson regarding ▓▓▓. | B190 |
| 123 | 00002 | 3/2/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Litigation - Telephone conference with M. Dixson (call #1) regarding ▓▓▓ | B190 |
| 124 | 00002 | 3/2/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige -Litigation - Telephone conference with M. Dixson regarding ▓▓▓ | B190 |
| 125 | 00002 | 3/2/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Correspondence with opposing counsel P. Griebel regarding status of property and Crimmins lis pendens. | B190 |
| 126 | 00002 | 3/2/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Litigation - Received and reviewed correspondence from M. Dixson ▓▓▓ (no charge). Other contested matters (excluding assumption/ rejection motions) | B190 |
| 127 | 00002 | 3/2/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige -Litigation - Subsequent correspondence with and telephone conference with M. Dixson regarding ▓▓▓. | B190 |

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 128 | 00002 | 3/2/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige -Litigation - Prepared correspondence to opposing counsel P. Griebel regarding specific work on Lot 1A to resolve parking issue, site plan mark up and release of lis pendens. | B190 |
| 129 | 00002 | 3/2/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Litigation - Telephone conference with M. Dixson (call #2) regarding | B190 |
| 130 | 00002 | 3/3/2021 | JDC | 208546 | 1.50 | 485 | 727.50 | PDG Prestige - Litigation - Sustained correspondence throughout day with opposing counsel Michael Griebel and telephone conference with and correspondence with M. Dixson regarding | B190 |
| 131 | 00002 | 3/28/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Received and reviewed correspondence M. Dixson regarding parking | B190 |
| 132 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 0.00 | PDG Prestige - Litigation - Telephone conference with M. Dixson regarding (NO CHARGE). | B190 |
| 133 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Correspondence with opposing counsel P. Griebel regarding Springer parking construction, lis pendens status. | B190 |
| 134 | 00002 | 3/30/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Correspondence with opposing counsel P. Griebel regarding lis pendens removal. Other contested matters (excluding assumption/ rejection motions) | B190 |
| 135 | 00002 | 3/31/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Further correspondence opposing counsel P. Griebel regarding parking signs and lis pendens release. | B190 |
| 136 | 00002 | 3/31/2021 | JDC | 209696 | 0.10 | 485 | 0.00 | PDG Prestige - Litigation - Telephone conference with M. Dixson regarding (NO CHARGE). | B190 |
| 137 | 00002 | 4/6/2021 | JDC | 209696 | 0.10 | 485 | 0.00 | PDG Prestige - Litigation - Telephone conference with M. Dixson regarding | B190 |
| 138 | 00002 | 4/7/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Correspondence with David Lutz regarding . | B190 |

1953510, 5/5/2021, 10:45 PM

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 139 | 00002 | 4/8/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Litigation - Correspondence with allied counsel D. Lutz, correspondence with opposing counsel P. Griebel, regarding Springer lis pendens release. Other contested matters (excluding assumption/ rejection motions) | B190 |
| 140 | 00002 | 4/12/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Litigation - Correspondence with opposing counsel P. Griebel, M. Dixson regarding Springer release of lis pendens. | B190 |
| 141 | 00002 | 4/21/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Litigation - Reviewed source documents and correspondence with opposing counsel P. Griebel regarding dismiss Springer state court suit, correspondence with D. Lutz regarding | B190 |
| 142 | 00002 | 4/21/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Litigation - Received and reviewed Crimmins notice of removal. | B190 |
| 143 | 00002 | 4/21/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Litigation - Telephone conference with opposing counsel J. Fuielle regarding Crimmins notice of removal. | B190 |
| 144 | 00002 | 4/21/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Telephone conference with opposing counsel J. Fuielle regarding judgment lien parties, impact on 363.f sales.. | B190 |
| 145 | 00002 | 4/22/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Crimmins - Correspondence with D. Lutz | B190 |
| 146 | 00002 | 4/22/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Litigation - Crimmins - Received and reviewed notice of status conference from court, attention to calendaring / scheduling of regarding same. Other contested matters (excluding assumption/ rejection motions) | B190 |
| 147 | **TOTAL** | | | | **8.20** | | **3,783.00** | | |
| 148 | | | | | | | | | |
| 149 | | | | | | | | | |
| 150 | | | | | | | | | |
| 151 | **B230 - FINANCING** | | | | | | | | |
| 152 | 00002 | 3/3/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Telephone conference with and correspondence with Legalist representatives regarding potential DIP financing. | B230 |

1953510, 5/5/2021, 10:45 PM

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 153 | 00002 | 3/5/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Conducted + participated in all hands conference call (external) with Legalist regarding DIP financing. Financing/cash collateral | B230 |
| 154 | 00002 | 3/5/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Telephone conference with M. Dixson | B230 |
| 155 | 00002 | 3/8/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Telephone conference with M. Dixson regarding | B230 |
| 156 | 00002 | 3/8/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Edited DIP lender 001 term sheet, correspondence with M. Dixson regarding | B230 |
| 157 | 00002 | 3/10/2021 | JDC | 208546 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Received and reviewed correspondence from Legalist / Zach Campbell, correspondence with M. Dixson regarding | B230 |
| 158 | 00002 | 3/11/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Participated in all hands conference call with proposed DIP lender. | B230 |
| 159 | 00002 | 3/12/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Telephone conference with M. Dixson regarding . | B230 |
| 160 | 00002 | 3/15/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG - Financing - Correspondence with Leglaist personnel regarding approval. | B230 |
| 161 | 00002 | 3/17/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with opposing counsel B. O'Dell regarding status of financing. | B230 |
| 162 | 00002 | 3/22/2021 | JDC | 208546 | 0.30 | 485 | 145.50 | PDG Prestigerestige 0 Finacing  - Telephone conference with opposing counsel Jim Brewer for broker regarding lien release in 364 DIP transcation. Financing/cash collateral | B230 |
| 163 | 00002 | 3/22/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestigerestige - Finacing - Began drafting and preparation of motion + order to approve DIP Credit Agreement, motion + order to expeidte. Financing/cash collateral | B230 |
| 164 | 00002 | 3/22/2021 | JDC | 208546 | 1.50 | 485 | 727.50 | PDG Prestigerestige - Financing - Reviewed local rules regarding sec. 364 requirements, began preparation of DIP Loan Checklist for court. Financing/cash collateral | B230 |
| 165 | 00002 | 3/22/2021 | JDC | 208546 | 1.00 | 485 | 485.00 | PDG Prestigerestige - Finacing - Began work on form of order supplied by Legalist. Financing/cash collateral | B230 |

1953510, 5/5/2021, 10:45 PM

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 166 | 00002 | 3/23/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Further revised DIP Credit Agreement per telephone conference with M. Dixson. | B230 |
| 167 | 00002 | 3/23/2021 | JDC | 208546 | 0.40 | 485 | 194.00 | PDG Prestige - Financing - Worked on budget exhibit. | B230 |
| 168 | 00002 | 3/23/2021 | JDC | 208546 | 1.50 | 485 | 727.50 | PDG Prestige - Financing - Further reviewed and edited DIP Credit Agreement. | B230 |
| 169 | 00002 | 3/23/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Substantive telephone conference with M. Dixson regarding ███████████. | B230 |
| 170 | 00002 | 3/23/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Telephone conference with M. Dixson end of day regarding ████████████ (no charge). | B230 |
| 171 | 00002 | 3/23/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Telephone conference with M. Dixson regarding ████ (no charge). | B230 |
| 172 | 00002 | 3/23/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Correspondence with M. Dixson regarding ████ , send to Legalist (no charge). | B230 |
| 173 | 00002 | 3/23/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Correspondence with Zach at Legalist regarding status (no charge). | B230 |
| 174 | 00002 | 3/23/2021 | JDC | 208546 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Prepared correspondence to M. Dixson regarding ████ (no charge). | B230 |
| 175 | 00002 | 3/23/2021 | JDC | 208546 | 0.80 | 485 | 388.00 | PDG Prestige - Financing - Worked on motion + order and motion to expedite + order regarding approve DIP financing. | B230 |
| 176 | 00002 | 3/23/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Prepared correspondence to Zach and Nate at Legalist regarding revised DIP Credit Agreement and revised budget. | B230 |
| 177 | 00002 | 3/24/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Correspondence with opposing counsel B. O'Dell regarding status of DIP financing and timing. Financing/cash collateral | B230 |
| 178 | 00002 | 3/24/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Telephone conference with M. Dixson regarding ██████████████████████ . | B230 |
| 179 | 00002 | 3/24/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Received and reviewed comments from Zach (Legalist) on DIP Credit Agreement edits. | B230 |
| 180 | 00002 | 3/24/2021 | JDC | 208546 | 0.50 | 485 | 242.50 | PDG Prestige - Financing -Correspondence with Zach (Legalist regarding default provisions, other open issues. | B230 |

1953510, 5/5/2021, 10:45 PM

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 181 | 00002 | 3/25/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with Zach at Legalist regarding clarification of DIP terms, makewhole issues. | B230 |
| 182 | 00002 | 3/25/2021 | JDC | 208546 | 2.50 | 485 | 1,212.50 | PDG Prestige - Financing - Worked on motion and order, and expedite, regarding Legalist DIP financing. | B230 |
| 183 | 00002 | 3/25/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with opposing counsel B. O'Dell regarding timing of DIP hearing. | B230 |
| 184 | 00002 | 3/25/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Prepared correspondence to M. Dixson | B230 |
| 185 | 00002 | 3/25/2021 | JDC | 208546 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Revised DIP Credit Agreement per comments from Zach, correspondence with Zach regarding same. | B230 |
| 186 | 00002 | 3/25/2021 | JDC | 208546 | 0.30 | 485 | 0.00 | PDG Prestige - Financing - Telephone conference with M. Dixson regarding (no charge). | B230 |
| 187 | 00002 | 3/26/2021 | JDC | 209696 | 0.70 | 485 | 339.50 | PDG Prestige - Financing - Worked on / edited DIP Credit Agreement. | B230 |
| 188 | 00002 | 3/26/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Telephone conference with opposing counsel J. Brewer (NMREA) regarding payoff and lien release. | B230 |
| 189 | 00002 | 3/26/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Substantive telephone conference with M. Dixson | B230 |
| 190 | 00002 | 3/26/2021 | JDC | 209696 | 1.00 | 485 | 485.00 | PDG Prestige - Financing - Worked on / edited motion + order to approve DIP Loan, and motion to expedite + order | B230 |
| 191 | 00002 | 3/26/2021 | JDC | 209696 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Built final PDF documents for filing, finalized and filed motion + order regarding DIP Loan, motion + order to expedite. | B230 |
| 192 | 00002 | 3/26/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Prepared correspondence to Court regarding motion to expedite. | B230 |
| 193 | 00002 | 3/26/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Attention to compliance with local rules regarding expedited hearings, judge specific procedures. | B230 |
| 194 | 00002 | 3/26/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Correspondence with Zach (Legalist) regarding additional edits to loan docs and order. | B230 |
| 195 | 00002 | 3/26/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Correspondence with opposing counsel B. O'Dell regarding status, priming language in DIP Loan. | B230 |
| 196 | 00002 | 3/27/2021 | JDC | 209696 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Correspondence with M. Dixson regarding (NO CHARGE). | B230 |

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client: PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 197 | 00002 | 3/28/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Began preparation for supplemental COS regarding (1) 364 motion (2) expedite (3) notice of hearing anticipated March 29. | B230 |
| 198 | 00002 | 3/28/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Began preparation of notice of expedited hearing regarding 364 motion. | B230 |
| 199 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Prepared / worked on notice of hearing regarding 364 motion, finalized and filed same. | B230 |
| 200 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with court regarding setting of expedited hearing regarding 364 motion; attention to calendaring / scheduling of hearing date and time, received and reviewed order setting expedited hearing. | B230 |
| 201 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Prepared service set and corradiated service, correspondence with regarding mail vendor regarding service 364 motion package. | B230 |
| 202 | 00002 | 3/29/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Prepared / worked on transmittal memo regarding 364 motion package. | B230 |
| 203 | 00002 | 3/31/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Worked on, finalized, and filed COS regarding 364.d motion package. | B230 |
| 204 | 00002 | 4/5/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Case administration - Telephone conference with and prepared correspondence to opposing counsel J. Brewer regarding potential Kemp Smith conflict of interest. Financing/cash collateral | B230 |
| 205 | 00002 | 4/5/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Telephone conference with and correspondence with B. O'Dell regarding adds to 364.d order. Financing/cash collateral | B230 |
| 206 | 00002 | 4/7/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with Z. Campbell (lender Legalist) regarding status. Financing/cash collateral | B230 |
| 207 | 00002 | 4/7/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Telephone conference with opposing counsel J. Brewer regarding NMREA objection 364.d motion. | B230 |
| 208 | 00002 | 4/7/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Multiple substantive calls with M. Dixson regarding . | B230 |

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 209 | 00002 | 4/7/2021 | JDC | 209696 | 0.40 | 485 | 194.00 | PDG Prestige - Financing - Prepared and filed WE list regarding April 12 hearing. Financing/cash collateral | B230 |
| 210 | 00002 | 4/7/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with opposing counsel J. Brewer regarding WE list, exchange delayed. Financing/cash collateral | B230 |
| 211 | 00002 | 4/7/2021 | JDC | 209696 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Sustained correspondence opposing counsel B. O'Dell and M. Dixson regarding ＿＿＿＿＿＿＿. | B230 |
| 212 | 00002 | 4/7/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Received and reviewed objection by NMREA to 364.d motion, correspondence with M. Dixson regarding ＿＿＿. | B230 |
| 213 | 00002 | 4/8/2021 | JDC | 209696 | 3.00 | 485 | 1,455.00 | PDG Prestige - Financing - Sustained attention to and worked on throughout day to resolve 364.d motion and prepare for April 12 hearing including = Sustained substantive correspondence with and telephone conference with M. Dixson, opposing counsel J. Brewer throughout day regarding resolve NMREA objection, and other issues regarding 364.d motion, correspondence with UST James Rose; correspondence with Court (Mr. Lovett) regarding hearing issues, City Bank payoff and attorneys fee; worked on order fix for NMREA; worked on order fix for City Bank; correspondence with opposing counsel J. Brewer regarding order fi | B230 |
| 214 | 00002 | 4/9/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Substantive telephone conference with M. Dixson regarding ＿＿＿＿＿＿＿＿＿＿＿. | B230 |
| 215 | 00002 | 4/9/2021 | JDC | 209696 | 1.60 | 485 | 776.00 | PDG Prestige - Financing - Sustained correspondence and attention to lender objection to City Bank fix to DIP Order, and resulting rounds of correspondence with and calls with Legalist personnel, City Bank opposing counsel B. O'Dell, and M. Dixson. | B230 |
| 216 | 00002 | 4/9/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Received and reviewed objection to 364.d. motion filed by City Bank. | B230 |
| 217 | 00002 | 4/9/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Telephone conference with B. O'Dell regarding status of DIP motion and order. | B230 |
| 218 | 00002 | 4/9/2021 | JDC | 209696 | 0.60 | 485 | 291.00 | PDG Prestige - Financing - Worked on DIP Order regarding fixes for City Bank and NMREA. | B230 |

1953510, 5/5/2021, 10:45 PM

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client: PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 219 | 00002 | 4/9/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence all parties regarding early April 12 conference call. | B230 |
| 220 | 00002 | 4/9/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with Court regarding status of hearing on Monday. | B230 |
| 221 | 00002 | 4/9/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Exchanges of correspondence with J. Brewer regarding NMREA language, remaining dispute over confidentiality language, matching language to listing agreement. | B230 |
| 222 | 00002 | 4/9/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Received and reviewed NMREA objection to 364.d motion. | B230 |
| 223 | 00002 | 4/12/2021 | JDC | 209696 | 1.00 | 485 | 485.00 | PDG Prestige - Financing - Attended docket call and conducted hearing regarding Legalist financing and 364.d motion. | B230 |
| 224 | 00002 | 4/12/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Submitted further revised agreed order to Court. | B230 |
| 225 | 00002 | 4/12/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Received and reviewed entered agreed order regarding Legalist financing, correspondence with M. Dixson regarding �juliette. | B230 |
| 226 | 00002 | 4/12/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Finalized and submitted revised agreed order (post hearing). | B230 |
| 227 | 00002 | 4/12/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Worked further revised agreed order per court comments, correspondence with all parties. | B230 |
| 228 | 00002 | 4/12/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Prepared and filed notice of revised order, per Court instructions. | B230 |
| 229 | 00002 | 4/12/2021 | JDC | 209696 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Prepared for (materials, arguments, evidence, etc.) hearing regarding Legalist financing. | B230 |
| 230 | 00002 | 4/12/2021 | JDC | 209696 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Prepared redline of order with original filing of motion vs. April 12 morning changes, correspondence with Judge Mott chambers regarding same. | B230 |
| 231 | 00002 | 4/12/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Correspondence Mr. Lovett at Court regarding agreed order, telephone conference with regarding notice of agreed order. | B230 |
| 232 | 00002 | 4/12/2021 | JDC | 209696 | 0.20 | 485 | 0.00 | PDG Prestige - Financing - Telephone conference with M. Dixson regarding ▬▬▬ NO CHARGE). | B230 |

1953510, 5/5/2021, 10:45 PM

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 233 | 00002 | 4/12/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Received and reviewed entered agreed order regarding Legalist financing. | B230 |
| 234 | 00002 | 4/12/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Substantive telephone conference with M. Dixson regarding ▇▇▇▇▇ | B230 |
| 235 | 00002 | 4/12/2021 | JDC | 209696 | 0.50 | 485 | 242.50 | PDG Prestige - Financing - Conducted all hands conference call Legalist, City Bank, M. Dixson.. | B230 |
| 236 | 00002 | 4/12/2021 | JDC | 209696 | 0.60 | 485 | 291.00 | PDG Prestige - Financing - Worked on revised agreed order following all hands conference call, correspondence with all parties regarding same. | B230 |
| 237 | 00002 | 4/13/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Correspondence with Legalist, M. Dixson, City Bank regarding wires, entry of order, etc. to implement financing. | B230 |
| 238 | 00002 | 4/14/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Began work on NM releases. Financing/cash collateral | B230 |
| 239 | 00002 | 4/14/2021 | JDC | 209695 | 0.10 | 0.00 | 0.00 | PDG Prestige - Financing - Received and reviewed / attention to correspondence from Zach at Legalist regarding wire (payoff) (NO CHARGE). Financing/cash collateral | B230 |
| 240 | 00002 | 4/14/2021 | JDC | 209695 | 0.10 | 0.00 | 0.00 | PDG Prestige - Financing - Correspondence with M. Dixson regarding ▇▇▇ ▇▇▇ (NO CHARGE). Financing/cash collateral | B230 |
| 241 | 00002 | 4/14/2021 | JDC | 209695 | 0.10 | 485.00 | 48.50 | PDG Prestige - Financing - Correspondence with opposing counsel B. O?Dell regarding wire (payoff) and releases. Financing/cash collateral | B230 |
| 242 | 00002 | 4/14/2021 | JDC | 209695 | 0.50 | 485.00 | 242.50 | PDG Prestige - Financing - Reviewed source documents and prepared City Bank release. Financing/cash collateral | B230 |
| 243 | 00002 | 4/15/2021 | JDC | 209696 | 0.40 | 485 | 194.00 | PDG Prestige - Financing - Worked on City Bank release, correspondence with NM attorney D. Lutz regarding same. | B230 |
| 244 | 00002 | 4/15/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Reviewed source docs and prepared correspondence to M. Dixson regarding ▇▇▇▇▇▇▇. | B230 |
| 245 | 00002 | 4/15/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Correspondence with opposing counsel B. O'Dell regarding City Bank wire, amount and timing, releases. | B230 |
| 246 | 00002 | 4/15/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with Z. Campbell regarding Legalist wire. | B230 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client: PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 247 | 00002 | 4/15/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Case administration - Substantive telephone conference with M. Dixson regarding ▓▓▓▓▓▓ Financing/cash collateral | B230 |
| 248 | 00002 | 4/15/2021 | JDC | 209696 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Correspondence with opposing counsel J. Brewer regarding NMREA wire instructions (NO CHARGE). | B230 |
| 249 | 00002 | 4/16/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with D. Lutz regarding form of release, correspondence with B. O'Dell regarding same. | B230 |
| 250 | 00002 | 4/16/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Correspondence with opposing counsel B. O'Dell, M. Dixson regarding dismissal of NM state court litigation. | B230 |
| 251 | 00002 | 4/17/2021 | JDC | 209696 | 0.10 | 485 | 0.00 | PDG Prestige - Short correspondence with M. Dixson, correspondence with B. O'Dell regarding form of City Bank release (NO CHARGE). Financing/cash collateral | B230 |
| 252 | 00002 | 4/17/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Reviewed sale order and correspondence with M. Dixson and evaluated steps regarding ▓▓▓▓▓▓ Financing/cash collateral | B230 |
| 253 | 00002 | 4/19/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Correspondence with M. Dixson regarding ▓▓▓▓ ▓▓▓▓▓▓ | B230 |
| 254 | 00002 | 4/19/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Telephone conference with M. Dixson regarding budget, implementation. Financing/cash collateral | B230 |
| 255 | 00002 | 4/20/2021 | JDC | 209696 | 0.20 | 485 | 97.00 | PDG Prestige - Financing - Revised release for City Bank and correspondence with M. Dixson regarding ▓▓▓▓ ; correspondence with B. O'Dell regarding same. Financing/cash collateral | B230 |
| 256 | 00002 | 4/20/2021 | JDC | 209696 | 0.10 | 485 | 0.00 | PDG Prestige - Financing - Short telephone conference with M. Dixson (NO CHARGE). | B230 |
| 257 | 00002 | 4/21/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Attention to deliverables to Legalist, received and reviewed correspondence from M. Dixson. | B230 |
| 258 | 00002 | 4/21/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Financing - Follow up regarding performance and wires Week 1 budget. | B230 |
| 259 | **TOTAL** | | | | **35.50** | | **16,393.00** | | |
| 260 | | | | | | | | | |
| 261 | | | | | | | | | |

1953510, 5/5/2021, 10:45 PM

|  | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | **EXHIBIT PDG200** | |
| 2 | **Client:  PDG001-PDG PRESTIGE, INC.** | | | | | | | | |
| 3 | Code | Date | Tkeepr | Bill # | Hours On Bill | Rate On Bill | Amount On Bill | Narrative | Task Code |
| 262 | **B310 - CLAIMS** | | | | | | | | |
| 263 | 00002 | 3/18/2021 | JDC | 208546 | 0.10 | 485 | 48.50 | PDG Prestige - Claims - Correspondence with opposing counsel D. Stecker regarding El Paso gov entity tax claims in PDG Prestige case, basis for no claim, different entities - wrong debtor; received and reviewed withdrawal of Proof of Claim No. by City of El Paso et al. in this case | B310 |
| 264 | **TOTAL** | | | | **0.10** | | **48.50** | | |
| 265 | | | | | | | | | |
| 266 | | | | | | | | | |
| 267 | **B320 - PLAN + DISCLOSURE STATEMENT** | | | | | | | | |
| 268 | 00002 | 2/26/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Plan - Reviewed source documents and prepared first version of water fall. | B320 |
| 269 | 00002 | 2/26/2021 | JDC | 209696 | 0.10 | 485 | 48.50 | PDG Prestige - Plan - Correspondence with M. Dixson regarding first | B320 |
| 270 | **TOTAL** | | | | **0.20** | | **97.00** | | |
| 271 | | | | | | | | | |
| 272 | | | | | | | | | |
| 273 | **B400 - BANKRUPTCY RELATED ADVICE** | | | | | | | | |
| 274 | 00002 | 4/1/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Bankruptcy advice - Telephone conference with M. Dixson regarding | B400 |
| 275 | 00002 | 4/2/2021 | JDC | 209696 | 0.30 | 485 | 145.50 | PDG Prestige - Financing - Telephone conference with opposing counsel J. Brewer regarding issues with NMREA, reasoning for 1/2 payment in 364.d proposed order. Bankruptcy-related advice | B400 |
| 276 | | | | | 0.30 | | 145.50 | | |
| 277 | **TOTAL** | | | | **0.60** | | **291.00** | | |

1953510, 5/5/2021, 10:45 PM

## EXHIBIT PDG201

### TASK CATEGORY TOTALS

| TASK CODE CATEGORY | HOURS | FEES |
|---|---|---|
| Unless otherwise indicated below, all hours and fees are JDC. | | |
| B110 - CASE ADMINISTRATION | 3.80 | 1,358.00 |
| B111 - UST COMPLIANCE | 2.00 | 824.50 |
| B112 - SCHEDULES + SOFA | 4.80 | 1,988.50 |
| B130 - ASSET SALE | 1.70 | 776.00 |
| B140 - AUTOMATIC STAY | 1.30 | 630.50 |
| B150 - MEETING OF CREDITORS | 1.50 | 727.50 |
| B151 - CREDITOR INQUIRY | 0.00 | 0.00 |
| B160 - PROFESSIONAL EMPLOYMENT + FEE APPLICATIONS | 2.00 | 921.50 |
| B185 - EXECUTORY CONTRACTS + LEASES | 0.10 | 0.00 |
| B190 - CONTESTED MATTERS + OTHER LITIGATION | 8.20 | 3,783.00 |
| B230 - FINANCING | 35.50 | 16,393.00 |
| B310 - CLAIMS | 0.10 | 48.50 |
| B320 - PLAN + DISCLOSURE STATEMENT | 0.20 | 97.00 |
| B400 - BANKRUPTCY RELATED ADVICE | 0.60 | 291.00 |
| **TOTAL** | **61.80** | **27,839.00** |
| | | |

**EXHIBIT PDG202**

## EXPENSES

Client: **PDG001-PDG PRESTIGE, INC.**
Matter: **000000000002-CHAP 11 - LAS CRUCES PROJECT**

| Code | Date | Expense Code | Bill Number | Amount On Bill | Narrative |
|------|------|--------------|-------------|----------------|-----------|
| 00002 | 2/23/2021 | FDX | 209696 | $22.75 | FedEx |
| 00002 | 2/24/2021 | FDX | 208546 | $21.86 | FedEx |
| 00002 | 3/31/2021 | CLR | 209696 | $18.20 | PACER |
| 00002 | 3/19/2021 | PCM | 209696 | $1.90 | Postage/Certified Mail |
| 00002 | 3/31/2021 | 044 | 209696 | $29.64 | Printing/Copying - Elite Discovery |
| 00002 | 4/7/2021 | 044 | 209696 | $65.14 | Printing/Copying - Elite Discovery |
| 00002 | 3/8/2021 | 004 | 209696 | $1.00 | Secretary of State |
| 00002 | 3/10/2021 | 004 | 209696 | $7.00 | Secretary of State |
| 00002 | 3/11/2021 | 004 | 209696 | $6.00 | Secretary of State |
| 00002 | 3/11/2021 | 004 | 209696 | $7.00 | Secretary of State |
| 00002 | 3/12/2021 | 004 | 209696 | $2.00 | Secretary of State |
| 00002 | 3/31/2021 | 004 | 209696 | $1.00 | Secretary of State |

**TOTAL** **$183.49**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30107 |
| PDG PRESTIGE INC., | § | |
| | § | |
| | § | |
| Debtor. | § | |

## ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 51)

On this day came on for consideration the *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 51) (the "WKPZ Fee Application") filed herein on May 5, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession.  The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1.      The WKPZ Fee Application is granted as set forth herein.

2.      All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

---

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (Docket No. 51) — Page 1**                    1960530.DOCX]

3.      WKPZ is awarded on an <u>INTERIM</u> basis fees in the total amount of **$27,839.00** and expenses in the total amount of **$183.49** for the representation of PDG-P by WKPZ during the Application Period, subject to later and final approval of the Court.

4.      WKPZ is authorized to deduct from any retainer on hand from PDG-P the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###