# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30107−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **PDG Prestige, Inc.**, Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*1* − Voluntary Petition under Chapter 11 (Non−Individual) Without Schedules, Without Statement of Financial Affairs, With Attorney Disclosure of Compensation ( Filing Fee: $ 1738, ) Filed By PDG Prestige, Inc.. −Declaration for Electronic Filing due by 02/22/2021 (Carruth, Jeff)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **May 24, 2021**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 5/10/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]