# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30107 |
| PDG PRESTIGE, INC., | § | |
| | § | |
| | § | |
| Debtor. | § | |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 51)**

The undersigned certifies that as of May 27, 2021 no objection and no request for hearing have been filed on the docket of this case or otherwise received by the undersigned regarding the above-captioned motion or item which was filed on May 5, 2021. The latest possible day for the filing of an objection and/or request for hearing was May 26, 2021 under 21-day notice.

Dated: May 27, 2021

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
JEFF CARRUTH
State Bar No. 24001846
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Phone: (713) 341-1158
Facsimile: (866) 666-5322
jcarruth@wkpz.com

**ATTORNEYS FOR DEBTOR PDG PRESTIGE, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2021 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

/s/ Jeff Carruth
Jeff Carruth