**The relief described hereinbelow is SO ORDERED.**

**Signed May 28, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30107 |
| PDG PRESTIGE INC., | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 51)**

On this day came on for consideration the *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 51) (the "WKPZ Fee Application") filed herein on May 27, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1. The WKPZ Fee Application is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

      3.    WKPZ is awarded on an <u>INTERIM</u> basis fees in the total amount of **$27,839.00** and expenses in the total amount of **$183.49** for the representation of PDG-P by WKPZ during the Application Period, subject to later and final approval of the Court.

      4.    WKPZ is authorized to deduct from any retainer on hand from PDG-P the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30107-hcm |
| PDG Prestige, Inc. | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: jcarruth@wkpz.com | May 28 2021 22:41:00 | Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., 3030 Matlock Rd. Suite 201, Arlington, TX 76015-2936 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021           Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Creditor City bank bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Harrel L. Davis, III | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | on behalf of Creditor Dennis Crimmins jfeu@scotthulse.com tmar@scotthulse.com |

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: pdfintp | Total Noticed: 1 |

James Michael Feuille
 on behalf of Plaintiff Dennis Crimmins jfeu@scotthulse.com tmar@scotthulse.com

James W. Brewer
 on behalf of Creditor New Mexico Real Estate Advisors Inc. d/b/a Colliers International jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth
 on behalf of Debtor PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

United States Trustee - EP12
 USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 9