# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30107−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **PDG Prestige, Inc.** , Debtor(s)

## NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

Notice is hereby given that the following document was filed:

96 − 95  **95** − Disclosure Statement filed by Jeff Carruth for Debtor PDG Prestige, Inc.. (Carruth, Jeff)

A hearing will be held

    at    us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

    on    **12/16/21 at 10:00 AM**

to consider and to rule on the adequacy of the information contained in such proposed Disclosure Statement and to consider any other matter that may properly come before the Court at that time.

1. Any Objections to the Disclosure Statement shall be filed with the Court and served on the Debtor(s), Trustee, if by any, to any Committee appointed pursuant to the Bankruptcy Code, and to such other entity as may be designated by the Court by **12/09/21** .

2. A copy of the Disclosure Statement is available on the Court's electronic docket and may be viewed through *Public Access to Court Electronic Records* at www.pacer.gov. The Disclosure Statement in electronic format may also be viewed at any office of the Clerk of the Court during the Clerk's business hours.

The hearing may be adjourned from time to time by announcement made in open Court without further notice.

Dated: 11/4/21

                                                      Barry D. Knight
                                                      Clerk, U. S. Bankruptcy Court