# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30107−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **PDG Prestige, Inc.** , Debtor(s)

## NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

Notice is hereby given that the following document was filed:

96 − 95   **95** − Disclosure Statement filed by Jeff Carruth for Debtor PDG Prestige, Inc.. (Carruth, Jeff)

A hearing will be held

    at    us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

    on    **12/16/21 at 10:00 AM**

to consider and to rule on the adequacy of the information contained in such proposed Disclosure Statement and to consider any other matter that may properly come before the Court at that time.

1. Any Objections to the Disclosure Statement shall be filed with the Court and served on the Debtor(s), Trustee, if by any, to any Committee appointed pursuant to the Bankruptcy Code, and to such other entity as may be designated by the Court by **12/09/21** .

2. A copy of the Disclosure Statement is available on the Court's electronic docket and may be viewed through *Public Access to Court Electronic Records* at www.pacer.gov. The Disclosure Statement in electronic format may also be viewed at any office of the Clerk of the Court during the Clerk's business hours.

The hearing may be adjourned from time to time by announcement made in open Court without further notice.

Dated: 11/4/21

                                                                  Barry D. Knight
                                                                   Clerk, U. S. Bankruptcy Court

[Approval of Disclosure Statement Hearing Notice] [Ntchrgdsapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30107-hcm |
| PDG Prestige, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 04, 2021 | Form ID: 135 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PDG Prestige, Inc., 780 N Resler Drive, Suite B, El Paso, TX 79912-7196 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | City bank, c/o Brad Odell, Mullin Hoard & Brown, LLP, P. O. Box 2585, Lubbock, TX 79408-2585 |
| cr | + | Dennis Crimmins, c/o ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | HD Lending, LLC, P.O. Box 1977, El Paso, TX 79999-1977 |
| cr | + | New Mexico Real Estate Advisors, Inc. d/b/a Collie, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste,. 1700, El Paso, TX 79901-1401 |
| 18140498 | + | City Bank, c/o Brad W. Odell, Mullin Hoard and Brown, LLP, P.O. Box 2585, Lubbock, Texas 79408-2585 |
| 18190202 | + | City Bay Capital LLC, Benjamin Joelson, Esq., Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, NY 10020-1104 |
| 18143284 | + | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18140478 | + | CityBank, c/o Brad O'Dell, Mullin Hoard Brown, 1500 Broadway St #700, Lubbock, TX 79401-3169 |
| 18170893 | | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 18167751 | | DENNIS CRIMMINS, c/o CASEY S STEVENSON & JAMES M FEUILLE, SCOTTHULSE PC, PO BOX 99123, EL PASO TX 79999-9123 |
| 18140479 | + | Dennis Crimmins, c/o Casey S. Stevenson, Scott Hulse, 201 East Main Drive #1100, El Paso, TX 79901-1340 |
| 18140480 | + | Dona Ana County Treasurer, 845 N Motel Blvd., Las Cruces, TX 88007-8100 |
| 18150895 | + | Gallardo, 2701 W Picacho Ave, Ste 6, Las Cruces, NM 88007-4732 |
| 18147564 | + | HD Lending, LLC, c/o Clyde A. Pine, Jr., Mounce, Green, Myers, P.O. Box 1977, El Paso, Texas 79999-1977 |
| 18140482 | + | Michael Dixson, 780 N. Resler Drive Suite B, El Paso, TX 79912-7196 |
| 18150896 | + | New Mexico Real Estate Advisors Inc d/b/, 5051 Journal Center Boulevard NE, Suite 200, Albuquerque, NM 87109-5914 |
| 18152268 | + | New Mexico Real Estate Advisors, Inc., d/b/a Colliers International, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700 El Paso, TX 79901-1401 |
| 18150897 | + | PDG Inc., 780 N. Resler Drive Suite B, El Paso, TX 79912-7196 |
| 18140483 | + | Springer Management, c/o Tom Springer, 500 S. Telshor Blvd., Las Cruces, TX 88011-4613 |
| 18164605 | | Suresh Kumar, c/o Harrel L. Davis, P.O. Box 1322, El Paso, TX 79947-1322 |
| 18167698 | + | Suresh Kumar, c/o Harrel Davis, 4695 North Mesa, El Paso, TX 79912-6150 |
| 18146641 | + | TEXAS WORKFORCE COMMISSION, OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co, PO BOX 12548 - MC-008, AUSTIN, TX 78711-2548 |
| 18197788 | | Westar Investors Group LLC, c/o Michael R. Nevarez, The Nevarez Law Firm, P.C., P.O. Box 12247, El Paso, TX 79913-0247 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jcarruth@wkpz.com | Nov 04 2021 21:51:00 | Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., 3030 Matlock Rd. Suite 201, Arlington, TX 76015-2936 |
| 18143284 | + | Email/Text: sanantonio.bankruptcy@publicans.com | Nov 04 2021 21:51:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18140481 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2021 21:51:00 | Internal Revenue Service, Special Procedures Staff - Insolvency, P. O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3

| District/off: 0542-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: 135 | Total Noticed: 27 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18143285 | *+ | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205-1588 |
| 18150898 | *+ | TEXAS WORKFORCE COMMISSION, OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co, PO BOX 12548 - MC-008, AUSTIN, TX 78711-2548 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 06, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Creditor City bank bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Casey Scott Stevenson | on behalf of Plaintiff Dennis Crimmins cste@scotthulse.com cmac@scotthulse.com |
| Casey Scott Stevenson | on behalf of Plaintiff Crimmins Family Limited Partnership cste@scotthulse.com cmac@scotthulse.com |
| Casey Scott Stevenson | on behalf of Creditor Dennis Crimmins cste@scotthulse.com cmac@scotthulse.com |
| Casey Scott Stevenson | on behalf of Plaintiff White Sands Construction Inc. cste@scotthulse.com, cmac@scotthulse.com |
| Casey Scott Stevenson | on behalf of Plaintiff MDDC Investments LLC cste@scotthulse.com, cmac@scotthulse.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Harrel L. Davis, III | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | on behalf of Plaintiff MDDC Investments LLC jfeu@scotthulse.com, tmar@scotthulse.com |
| James Michael Feuille | on behalf of Plaintiff Crimmins Family Limited Partnership jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Plaintiff White Sands Construction Inc. jfeu@scotthulse.com, tmar@scotthulse.com |
| James Michael Feuille | on behalf of Plaintiff Dennis Crimmins jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | |

21-30107-hcm Doc#97 Filed 11/06/21 Entered 11/06/21 23:17:42 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: 135 | Total Noticed: 27 |

| | |
|---|---|
| | on behalf of Creditor Dennis Crimmins jfeu@scotthulse.com tmar@scotthulse.com |
| James W Rose, Jr | |
| | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov brian.r.henault@usdoj.gov;carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov |
| James W. Brewer | |
| | on behalf of Creditor New Mexico Real Estate Advisors Inc. d/b/a Colliers International jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Jeff Carruth | |
| | on behalf of Debtor PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Michael R. Nevarez | |
| | on behalf of Interested Party Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| United States Trustee - EP12 | |
| | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 19