**The relief described hereinbelow is SO ORDERED.**

**Signed November 16, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30107 |
| PDG PRESTIGE INC., | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 91)**

On this day came on for consideration the *Second Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 91) (the "WKPZ Fee Application") filed herein on October 22, 2021 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1.  The WKPZ Fee Application is granted as set forth herein.

2.  All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

3. WKPZ is awarded on an <u>INTERIM</u> basis fees in the total amount of **$15,762.00** and expenses in the total amount of **$262.50** for the representation of PDG-P by WKPZ during the Application Period, subject to later and final approval of the Court.

4. WKPZ is authorized to deduct from any retainer on hand from PDG-P the amounts awarded herein, and otherwise the Debtor is authorized and directed to pay to WKPZ from funds of the estate the fees and expenses awarded in this Order.

###