IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PDG PRESTIGE, INC., | § § | Case No. 21-30107 |
| Debtor. | § § § | |

**MOTION TO WITHDRAW DOCUMENT NOS. 92 AND 93**

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

PDG-Prestige, Inc., debtor and debtor in possession (the "Debtor" or "PDG") files this *Motion to Withdraw Document Nos. 92 and 93* (the "Motion") and in support thereof would show the Court the following.

1. PDG seeks entry of an order withdrawing the erroneous items filed at Docket Nos. 92 and 93 (together the "Documents") on November 3, 2021 due to the malfunction of the newly-installed document management system at the firm of the undersigned.

2. Specifically, on November 3, 2021, the undersigned sought to file the Plan and Disclosure Statement for this case. However, due to the firm-wide, simultaneously occurring, software installation and updating, the Documents were submitted to the Court instead of the Plan and/or Disclosure Statement.

WHEREFORE, PDG-Prestige, Inc., debtor and debtor in possession, respectfully requests that the Court grant this Motion and withdraw the Documents from the Court's Docket. Movant respectfully requests such other and further relief to which Movant is entitled at law or in equity.

Dated: December 10, 2021    Respectfully submitted:

                WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                By: */s/ Jeff Carruth*
                    JEFF CARRUTH (TX SBN:. 24001846)
                    3030 Matlock Rd., Suite 201
                    Arlington, Texas 76105
                    Telephone: (713) 341-1158
                    Fax: (866) 666-5322
                    E-mail: jcarruth@wkpz.com

                ATTORNEYS FOR PDG PRESTIGE, INC.,
                DEBTOR AND DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on December 10, 2021 by electronic notice to all ECF users who have appeared in this case to date.

                                */s/ Jeff Carruth*
                              JEFF CARRUTH

**21-30107-hcm Notice will be electronically mailed to: (DUPLICATES DELETED)**

James W. Brewer on behalf of Creditor New Mexico Real Estate Advisors, Inc. d/b/a Colliers International
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com

David P. Lutz on behalf of Debtor PDG Prestige, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant PDG Prestige, Inc.
dplutz@qwestoffice.net

Michael R. Nevarez on behalf of Interested Party Westar Investors Group, LLC
MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

James W Rose, Jr on behalf of U.S. Trustee United States Trustee - EP12
james.rose@usdoj.gov,
brian.r.henault@usdoj.gov;carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov

Donald P. Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

Casey Scott Stevenson on behalf of Plaintiff Dennis Crimmins
cste@scotthulse.com, svar@scotthulse.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PDG PRESTIGE, INC., | § § | Case No. 21-30107 |
| Debtor. | § § § | |

### ORDER GRANTING MOTION TO WITHDRAW DOCUMENT NOS. 92 AND 93

On this day came on for consideration the *Motion to Withdraw Document Nos. 92 and 93* (the "Motion") filed herein on December 10, 2021 by PDG-Prestige, Inc., Debtor and Debtor in Possession herein. The Court finds and concludes that the Motion should be granted.

**IT IS THEREFORE ORDERED THAT** the items filed at Docket Nos. 92 and 93 is hereby withdrawn.

### END OF ORDER ###