IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PDG PRESTIGE, INC., | § § | Case No. 21-30107 |
| Debtor. | § § § | |

**ORDER GRANTING MOTION TO WITHDRAW DOCUMENT NOS. 92 AND 93**

On this day came on for consideration the *Motion to Withdraw Document Nos. 92 and 93* (the "Motion") filed herein on December 10, 2021 by PDG-Prestige, Inc., Debtor and Debtor in Possession herein. The Court finds and concludes that the Motion should be granted.

**IT IS THEREFORE ORDERED THAT** the items filed at Docket Nos. 92 and 93 is hereby withdrawn.

### END OF ORDER ###