# UNITED STATES BANKRUPTCY COURT

## WESTERN  DISTRICT OF  TEXAS

### EL PASO DIVISION

| Clear All Fields |

In Re. PDG Prestige, INC     §

    §

    §

Debtor(s)     §

Case No. 21-30071

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2021

Petition Date: 02/02/2021

Months Pending: 10

Industry Classification: | 2 | 3 | 6 | 2 |

Reporting Method:     Accrual Basis ⦿     Cash Basis ◯

Debtor's Full-Time Employees (current):     3

Debtor's Full-Time Employees (as of date of order for relief):     1

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

x    /s/ Michael Dixson

Signature of Responsible Party

12/20/2021

Date

Michael Dixson

Printed Name of Responsible Party

5996 OJO DE AGUA, El Paso, TX 79912

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name PDG Prestige, INC

Case No. 21-30071

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $70,495 | |
| b. Total receipts (net of transfers between accounts) | $45,017 | $6,277,629 |
| c. Total disbursements (net of transfers between accounts) | $117,719 | $6,288,139 |
| d. Cash balance end of month (a+b-c) | $-2,207 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $117,719 | $6,288,139 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. Inventory   (Book ○   Market ○   Other ⊙   (attach explanation)) | $402,618 |
| d. Total current assets | $5,291,982 |
| e. Total assets | $5,871,974 |
| f. Postpetition payables (excluding taxes) | $5,335,193 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,335,193 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $520,410 |
| n. Total liabilities (debt) (j+k+l+m) | $5,855,602 |
| o. Ending equity/net worth (e-n) | $16,372 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $907 | |
| e. General and administrative expenses | $20,586 | |
| f. Other expenses | $49,565 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $71,057 | $-251,305 |

UST Form 11-MOR (06/07/2021)          2

Debtor's Name  PDG Prestige, INC                                           Case No.  21-30071

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Weycer Kaplan Pulaski & Zui | Lead Counsel | $0 | $48,500 | $0 | $48,500 |
| Delete ii | | | | | $0 | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $10,000 | $54,146 | $10,461 | $64,146 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Ainsa Hutson Hester & Crews | Other | $0 | $26,683 | $0 | $26,683 |
| Delete ii | he law office of Michael Allis | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,767 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,767 | $38,175 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ●  No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ | |
| i. | Do you have:          Worker's compensation insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ (if no, see Instructions) | |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ (if no, see Instructions) | |

Debtor's Name  PDG Prestige, INC                                    Case No.  21-30071

| | | | |
|---|---|---|---|
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿ | No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ⦿ | No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ | No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

x    /s/ Michael Dixson                                    Michael Dixson
Signature of Responsible Party                             Printed Name of Responsible Party

President                                                  12/20/2021
Title                                                      Date

| Save | Generate PDF for Court Filing and Remove Watermark |
|---|---|

# Schedule A

**PDG Prestige**
**November-21**

## Part 1: Cash Receipts and Disbursements - Line d.

### ADJUSTMENT FOR INTERCOMPANY (CASH MANAGEMENT)

| RECEIPTS: | FILING DATE* | MONTH |
|---|---|---|
| 6. Other (Attach) | 2/2/2021 | Nov-21 |
| Mike Dixson - Payment on shareholder loan | | |
| Developer fees - Receivable Gateway | | |
| Debt Forgiveness PPP & SBA Loans | | |
| Intercompany Transfer from Prestige Star | | |
| Intercompany PPP loan forgivenss PDG Inc. | | |
| Intercompany Transfer from Gateway Ventures - | | |
| Partial payment on bill paid by PDPG in behalf of | | |
| Gateway | | |
| Wire reversal credit - Deposit from Christina | | |
| account, mistake | | |
| Total 6 Other Adjusted for Intercompany (Cash Management) | | - |

| DISBURSEMENTS: | FILING DATE* | MONTH |
|---|---|---|
| 18. Other (Attach) | 2/2/2021 | Nov-21 |
| Investment in Gateway Ventures | | |
| Intercompany Transfer to Prestige Star | | |
| Intercompany Transfer to PDG Inc | | |
| Debt Forgiveness PPP & SBA Loans | | |
| Other -Developer fee | | |
| Account Payable accrual | | |
| Funds Held in Escrow - WKPZ | | |
| Bills paid in behalf of Escondido at Alameda | | |
| Bill paid in Behalf of Abilene Village | | |
| Bill paid in Behalf of Gateway | | 11,813.22 |
| Credit card | | |
| Total 18 Other Adjusted for Intercompany (Cash Management) | - | 11,813.22 |

| | | |
|---|---|---|
| e - adjustment for intercompany (Cash Management) MOR 7 | - | (11,813.22) |

| | |
|---|---|
| Line d. Per MOR | (2,207.00) |
| Cash per Balance Sheet (line d. Per MOR + Adjustment for intercompany) | (14,020.22) |

PDG Prestige, Inc
MOR Nov 21
Statement (Part 2: Item C. Inventory)

**Case Number: 21-30071**
**Case Name: PDG Prestige Inc**
**Reporting Period: November 2021**

### Statement 1 - Part 2: Assets and Liabilities Status, Item c., Inventory - Other

Other Current Assets:
    14059 WIP - Restaurant Row

| | | |
|---|---|---:|
| 14059-3 Soft Costs | $ | 211,459.53 |
| 14059-4 Land Development | $ | 106,544.67 |
| 14059-5 Construction | $ | 84,170.22 |
| 14059 WIP - Rest Row - Other | $ | - |
| **Total 13000 - Unallocated WIP** | **$** | **402,174.42** |
| | | |
| Other WIP - Rio Rancho | $ | - |
| 14501 WIP - San Juan Market | $ | 443.64 |
| 14802 WIP - Escondido Alem Ranc | $ | - |
| Total Work in Process | $ | 402,618.06 |

Explanation: In the field of development, all cost of the project are held on the Companies Balance sheet under differently categories of unallocated WIP, these include:

    Land and Lot Costs - This will have the raw cost of the land or property
    Land Develop Cost - This will have the cost of developing the land it's self
    for example: clearing, leveling, etc.
    Soft Costs - this section has the cost for legal, engineering, advertising,
    all none hard project costs.
    Construction Costs - this is the cost of constructing the buildings.
    Developer Costs - These are the costs for the onsite management and or
    outside developer Partner.

Every 6 months the unallocated WIP is Cleared out and deducted from the stabilized value of the property, this is why you don't see the original cost of the land or any other costs that were moved to the stabilized value.. When the property or a piece of the property is sold the amount of these costs are allocated as costs of good on the income statement. If a portion is sold then the costs are allocated to the portion sold. Therefore the income or loss is not realized until the project or development is sold. The WIP above has not been cleared to the stabilized value yet, this is why it is still listed, and changes in the balance effect the Cash flow statement.

2:48 PM

12/20/21

# PDG Prestige, Inc
## Statement of Cash Flows
### November 2021

|  | Nov 21 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -71,057.31 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 12500 - Work In Process:13000 - Allocated WIP:14059 WIP - Restaurant Row:14059-3 Soft Costs | -205,684.83 |
| 12500 - Work In Process:13000 - Allocated WIP:14059 WIP - Restaurant Row:14059-4 Land Development | -24,971.91 |
| 12500 - Work In Process:13000 - Allocated WIP:14059 WIP - Restaurant Row:14059-5 Construction | -1,562.01 |
| Intercompany Transfers:Intercompany Due to From | 305,753.06 |
| Intercompany Transfers:12209 -Due to/From Gateway Vent | -4,472.13 |
| Accounts Payable | 67,226.73 |
| Credit Cards:Apple Credit card | -1,195.00 |
| Credit Cards:Credit Card | 5,023.35 |
| Intercompany Due to/Due From | -321,755.82 |
| Legalist DIP Fund I, LP -:Accrued Interest | 169,901.07 |
| Legalist DIP Fund I, LP -:Accrued Fees | -1,032.50 |
| **Net cash provided by Operating Activities** | **-83,827.30** |
| **INVESTING ACTIVITIES** | |
| Shareholder Loan | -687.90 |
| **Net cash provided by Investing Activities** | **-687.90** |
| **Net cash increase for period** | **-84,515.20** |
| **Cash at beginning of period** | **70,495.20** |
| **Cash at end of period** | **-14,020.00** |

## RECEIPTS:

| | FILING DATE* | MONTH |
|---|---|---|
| **4. Loans & Advances (Attach)** | 2/2/2021 | Nov-21 |
| Kabbage PPP Loan - PDG Prestige | | |
| ALC PPP Fund - PDG | | |
| ALC PPP Fund - PDG Prestige | | |
| Legalist DIP Loan - City Bank Payoff | | |
| Legalist DIP Loan - development expenses | | |
| **Total Line 4 Loans and Advances** | | - |

| | | |
|---|---|---|
| **6. Other (Attach)** | | |
| Mike Dixson - Payment on shareholder loan | | 4,500.00 |
| Intercompany Transfer from Prestige Star | | 40,500.00 |
| Intercompany Transfer from PDG Inc. | | |
| Intercompany PPP loan forgivenss PDG Inc. | | |
| Debt Forgiveness PPP & SBA Loans | | |
| Developer Fee | | |
| credit on purchase | | 17.24 |
| Escondido payment of their half of engineering fees with Souder Miller | | |
| **Total line 6 Other Receipts** | | 45,017.24 |

## DISBURSEMENTS:

| | FILING DATE* | MONTH |
|---|---|---|
| **18. Other (Attach)** | 2/2/2021 | Nov-21 |
| Advertising/Promotion | | 1,563.08 |
| Dues and Subscriptions | | |
| Cost of goods | | |
| Donations | | |
| Legal Fees | | 10,000.00 |
| Employee Benefits | | 715.44 |
| Investment in Gateway Ventures | | |
| Intercompany Transfer to Prestige Star | | |
| Intercompany Transfer to PDG Inc. | | - |
| Intercompany Transfer to PDG Fox | | |
| Intercompany Transfer to JFAL | | |
| Bill paid in Behalf of Abilene Village | | |
| Bill paid in Behalf of Gateway | | |
| Accounts Payable | | |
| Shareholder Loan | | 5,187.90 |
| Escondido Loan | | |
| Studio D Architects | | |
| Area Iron Steel Works | | |
| Gallardo Construction - WIP | | |

| | |
|---|---:|
| Miller Engineers | |
| Sam InFante | |
| Design Technology | |
| Intercompany PPP loan forgivenss PDG Inc. | |
| Kalisch Steel Corp | |
| Makens Consulting | |
| WIP - Soft Cost | 20,965.88 |
| WIP - Land Development | 31,991.11 |
| WIP - Construction | - |
| Other -Developer fee | |
| Arturo Miramontes | |
| Double K Construction | |
| Tim Fenwick | |
| Payoff West Texas / City Bank Construction Loan | |
| Collier International - NMREA | |
| Credit Card | 1,195.00 |
| **Total 18. Other (Attach)** | **70,423.41** |

2:47 PM
12/20/21
Accrual Basis

## PDG Prestige, Inc
## Balance Sheet
### As of November 30, 2021

|  | Nov 30, 21 | Oct 31, 21 | $ Change |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| **10000 - Accounts (Checking)** | | | |
| PDG Prestige Inc - Chase 5229 | -14,020.00 | 70,495.20 | -84,515.20 |
| **Total 10000 - Accounts (Checking)** | -14,020.00 | 70,495.20 | -84,515.20 |
| **Total Checking/Savings** | -14,020.00 | 70,495.20 | -84,515.20 |
| **Accounts Receivable** | | | |
| Accounts Receivable | 77,061.67 | 77,061.67 | 0.00 |
| Gateway Dveloper Fees | 540,000.00 | 540,000.00 | 0.00 |
| **Total Accounts Receivable** | 617,061.67 | 617,061.67 | 0.00 |
| **Other Current Assets** | | | |
| **12500 - Work In Process** | | | |
| **13000 - Allocated WIP** | | | |
| **14059 WIP - Restaurant Row** | | | |
| 14059-3 Soft Costs | 211,459.53 | 5,774.70 | 205,684.83 |
| 14059-4 Land Development | 106,544.67 | 81,572.76 | 24,971.91 |
| 14059-5 Construction | 84,170.22 | 82,608.21 | 1,562.01 |
| **Total 14059 WIP - Restaurant Row** | 402,174.42 | 169,955.67 | 232,218.75 |
| 14501 WIP - San Juan Market | 443.64 | 443.64 | 0.00 |
| **Total 13000 - Allocated WIP** | 402,618.06 | 170,399.31 | 232,218.75 |
| **Total 12500 - Work In Process** | 402,618.06 | 170,399.31 | 232,218.75 |
| Earnest Money Held | 83,769.82 | 83,769.82 | 0.00 |
| Due from Escondido at Alameda | 4,350.00 | 4,350.00 | 0.00 |
| **Intercompany Transfers** | | | |
| Intercompany Due to From | 161,442.07 | 467,195.13 | -305,753.06 |
| 12209 -Due to/From Gateway Vent | 29,100.13 | 24,628.00 | 4,472.13 |
| **Total Intercompany Transfers** | 190,542.20 | 491,823.13 | -301,280.93 |
| **Interest Reserve** | | | |
| DIP Loan Interest Reserve | 107,660.00 | 107,660.00 | 0.00 |
| **Total Interest Reserve** | 107,660.00 | 107,660.00 | 0.00 |
| **Total Other Current Assets** | 788,940.08 | 858,002.26 | -69,062.18 |
| **Total Current Assets** | 1,391,981.75 | 1,545,559.13 | -153,577.38 |
| **Fixed Assets** | | | |
| **Furniture and Equipment** | | | |
| Vehicles | 144,105.77 | 144,105.77 | 0.00 |
| **Total Furniture and Equipment** | 144,105.77 | 144,105.77 | 0.00 |
| **Total Fixed Assets** | 144,105.77 | 144,105.77 | 0.00 |
| **Other Assets** | | | |
| **16000 - Stabilized Assets** | | | |
| **16006 - Restaurant Row** | | | |
| 16006-2 Rest Row Stabilized Val | 3,900,000.00 | 3,900,000.00 | 0.00 |
| **Total 16006 - Restaurant Row** | 3,900,000.00 | 3,900,000.00 | 0.00 |
| **Total 16000 - Stabilized Assets** | 3,900,000.00 | 3,900,000.00 | 0.00 |
| Shareholder Loan | 435,886.55 | 435,198.65 | 687.90 |
| **Total Other Assets** | 4,335,886.55 | 4,335,198.65 | 687.90 |
| **TOTAL ASSETS** | 5,871,974.07 | 6,024,863.55 | -152,889.48 |

2:47 PM

12/20/21

Accrual Basis

## PDG Prestige, Inc
## Balance Sheet
### As of November 30, 2021

|  | Nov 30, 21 | Oct 31, 21 | $ Change |
|---|---|---|---|
| **LIABILITIES & EQUITY** |  |  |  |
| **Liabilities** |  |  |  |
| **Current Liabilities** |  |  |  |
| **Accounts Payable** |  |  |  |
| Accounts Payable | 216,839.56 | 149,612.83 | 67,226.73 |
| **Total Accounts Payable** | 216,839.56 | 149,612.83 | 67,226.73 |
| **Credit Cards** |  |  |  |
| **Credit Cards** |  |  |  |
| Apple Credit card | -3,445.00 | -2,250.00 | -1,195.00 |
| Credit Card | 5,499.64 | 476.29 | 5,023.35 |
| **Total Credit Cards** | 2,054.64 | -1,773.71 | 3,828.35 |
| **Total Credit Cards** | 2,054.64 | -1,773.71 | 3,828.35 |
| **Other Current Liabilities** |  |  |  |
| Intercompany Due to/Due From | 6,226.18 | 327,982.00 | -321,755.82 |
| **Other Current Liabilities** |  |  |  |
| Gateway Developer Fees | 540,000.00 | 540,000.00 | 0.00 |
| **Total Other Current Liabilities** | 540,000.00 | 540,000.00 | 0.00 |
| **Payroll Liabilities** |  |  |  |
| Current Payroll Tax Liability | 6,313.54 | 6,313.54 | 0.00 |
| Payroll Liabilities - Other | 202,750.88 | 202,750.88 | 0.00 |
| **Total Payroll Liabilities** | 209,064.42 | 209,064.42 | 0.00 |
| **Legalist DIP Fund I, LP -** |  |  |  |
| Legalist DIP Fund - Mesilla Val | 3,300,870.33 | 3,300,870.33 | 0.00 |
| Legalist DIP Fund I, LLP | 1,399,129.67 | 1,399,129.67 | 0.00 |
| Accrued Interest | 295,811.00 | 125,909.93 | 169,901.07 |
| Accrued Fees | 272,155.00 | 273,187.50 | -1,032.50 |
| **Total Legalist DIP Fund I, LP -** | 5,267,966.00 | 5,099,097.43 | 168,868.57 |
| **Total Other Current Liabilities** | 6,023,256.60 | 6,176,143.85 | -152,887.25 |
| **Total Current Liabilities** | 6,242,150.80 | 6,323,982.97 | -81,832.17 |
| **Total Liabilities** | 6,242,150.80 | 6,323,982.97 | -81,832.17 |
| **Equity** |  |  |  |
| **31600-Stabilized Value AboveWIP** |  |  |  |
| 31606 - Restaurant Row | -386,548.53 | -386,548.53 | 0.00 |
| **Total 31600-Stabilized Value AboveWIP** | -386,548.53 | -386,548.53 | 0.00 |
| **Investments** |  |  |  |
| Alameda Land - Escondido at Alm | 38,792.53 | 38,792.53 | 0.00 |
| Investment in Gateway Ventures | 1,113,953.21 | 1,113,953.21 | 0.00 |
| **Total Investments** | 1,152,745.74 | 1,152,745.74 | 0.00 |
| **Additional Paid in Capital** | 631,974.28 | 631,974.28 | 0.00 |
| Capital Stock | 10,000.00 | 10,000.00 | 0.00 |
| Distribution | 3.72 | 3.72 | 0.00 |
| Owners Equity | -1,526,923.35 | -1,526,923.35 | 0.00 |
| Net Income | -251,428.59 | -180,371.28 | -71,057.31 |
| **Total Equity** | -370,176.73 | -299,119.42 | -71,057.31 |
| **TOTAL LIABILITIES & EQUITY** | 5,871,974.07 | 6,024,863.55 | -152,889.48 |

| | | | |
|---|---|---|---|
| 2:47 PM | **PDG Prestige, Inc** | | |
| 12/20/21 | **Profit & Loss** | | |
| Accrual Basis | **November 2021** | | |

| | Nov 21 | Oct 21 | $ Change |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Debit Forgiveness PPP & SBA Loa | 0.00 | 146,123.35 | -146,123.35 |
| Developer Fee | 0.00 | 25,000.00 | -25,000.00 |
| **Total Income** | 0.00 | 171,123.35 | -171,123.35 |
| **Cost of Goods Sold** | | | |
| **Cost of Goods Sold** | | | |
| Abandon Projects | 0.00 | -442.71 | 442.71 |
| **Total Cost of Goods Sold** | 0.00 | -442.71 | 442.71 |
| **Total COGS** | 0.00 | -442.71 | 442.71 |
| **Gross Profit** | 0.00 | 171,566.06 | -171,566.06 |
| **Expense** | | | |
| **60001 - Advertising/Promotion** | | | |
| Marketing Expense | 250.00 | 0.00 | 250.00 |
| 60001 - Advertising/Promotion - Other | 656.54 | 1,385.00 | -728.46 |
| **Total 60001 - Advertising/Promotion** | 906.54 | 1,385.00 | -478.46 |
| **60002 - Automobile Expense** | | | |
| 60002-1 Fuel Expense | 288.06 | 248.43 | 39.63 |
| 60002 - Automobile Expense - Other | 414.31 | 11,511.16 | -11,096.85 |
| **Total 60002 - Automobile Expense** | 702.37 | 11,759.59 | -11,057.22 |
| **60005 - Licenses/Permits** | 1,445.55 | 186.35 | 1,259.20 |
| **60007 - Computer/Internet Exp.** | | | |
| Internet Service | 652.85 | 360.44 | 292.41 |
| 60007 - Computer/Internet Exp. - Other | 1,439.65 | 712.41 | 727.24 |
| **Total 60007 - Computer/Internet Exp.** | 2,092.50 | 1,072.85 | 1,019.65 |
| **Dues and Subscriptions** | 1,194.17 | 0.00 | 1,194.17 |
| **Insurance Expense** | 131.64 | 62.87 | 68.77 |
| **Legal Fees** | 21,868.77 | 22,605.36 | -736.59 |
| **Meals and Entertainment** | 1,026.89 | 1,031.62 | -4.73 |
| **Office Expense** | | | |
| Office Equipment | 2,080.34 | 0.00 | 2,080.34 |
| Office Supplies | 1,258.97 | 0.00 | 1,258.97 |
| Office Expense - Other | 460.72 | 460.72 | 0.00 |
| **Total Office Expense** | 3,800.03 | 460.72 | 3,339.31 |
| **Payroll Expenses** | | | |
| Employee Benefits | 715.44 | 51.12 | 664.32 |
| Payroll - Office Administrative | 6,099.42 | 4,028.44 | 2,070.98 |
| Payroll - Officer | 11,796.76 | 5,651.25 | 6,145.51 |
| **Total Payroll Expenses** | 18,611.62 | 9,730.81 | 8,880.81 |
| **Payroll Tax Expense** | | | |
| Federal | 3,536.39 | 3,254.78 | 281.61 |
| State | 230.32 | 0.00 | 230.32 |
| **Total Payroll Tax Expense** | 3,766.71 | 3,254.78 | 511.93 |
| **Printing and Reproduction** | 293.43 | 0.00 | 293.43 |
| **Professional Fees** | 10,610.85 | 5,192.14 | 5,418.71 |
| **Rent Expense** | 2,224.40 | 2,093.43 | 130.97 |
| **Repairs and Maintenance** | 746.01 | 801.12 | -55.11 |

2:47 PM
12/20/21
Accrual Basis

# PDG Prestige, Inc
## Profit & Loss
### November 2021

|  | Nov 21 | Oct 21 | $ Change |
|---|---|---|---|
| **Telephone Expense** | | | |
| Telephone - Office | 19.99 | 313.58 | -293.59 |
| **Total Telephone Expense** | 19.99 | 313.58 | -293.59 |
| **Travel** | 1,615.84 | 0.00 | 1,615.84 |
| **Total Expense** | 71,057.31 | 59,950.22 | 11,107.09 |
| **Net Ordinary Income** | -71,057.31 | 111,615.84 | -182,673.15 |
| **Net Income** | -71,057.31 | 111,615.84 | -182,673.15 |

Case Number: 21-30071
Case Name: PDG Prestige, Inc.
Reporting Period: Nov-21

## AGING OF POST-PETITION LIABILITIES

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 19,144.74 | 19,144.74 | | | | |
| 31-60 | 6,383.84 | 6,383.84 | | | | |
| 61-90 | 0.00 | 0.00 | | | | |
| 91+ | 0.00 | 0.00 | | | 0.00 | |
| TOTAL | 25,528.58 | 25,528.58 | 0.00 | 0.00 | 0.00 | 0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 2,000.00 | | | | | 20,000.00 |
| 31-60 DAYS | 0.00 | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | 597,061.67 | | | | | 597,061.67 |
| TOTAL | 599,061.67 | 0.00 | 0.00 | 0.00 | 0.00 | 617,061.67 |

2:49 PM
12/20/21

## PDG Prestige, Inc
## A/R Aging Summary
### As of November 30, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 288 - PDG Office | 0.00 | 0.00 | 0.00 | 0.00 | -6,835.18 | -6,835.18 |
| 329-Gateway | | | | | | |
| 329-Gateway | 0.00 | 0.00 | 0.00 | 0.00 | 34,960.18 | 34,960.18 |
| 329-Gateway - Other | 0.00 | 0.00 | 20,000.00 | 0.00 | 553,923.13 | 573,923.13 |
| Total 329-Gateway | 0.00 | 0.00 | 20,000.00 | 0.00 | 588,883.31 | 608,883.31 |
| Alameda Land Investment Corp | 0.00 | 0.00 | 0.00 | 0.00 | -18,954.69 | -18,954.69 |
| Enchantment Ventures, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 18,954.69 | 18,954.69 |
| Flap-Jack3 | 0.00 | 0.00 | 0.00 | 0.00 | 15,013.54 | 15,013.54 |
| TOTAL | 0.00 | 0.00 | 20,000.00 | 0.00 | 597,061.67 | 617,061.67 |

**Case Number:** 21-30071
**Case Name:** PDG Prestige, Inc.
**Reporting Period:** 21-Nov

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| | Filing Date* | MONTH Sept | MONTH Oct-21 | MONTH Nov-21 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **INSIDERS: NAME/POSITIONS/COMP TYPE** | | | | | | |
| 1. Michael Dixson - President | 0.00 | 12,093.00 | 5,651.25 | 11,796.76 | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| **TOTAL INSIDERS (MOR-1)** | 0.00 | 12,093.00 | 5,651.25 | 11,796.76 | 0.00 | 0.00 |
| | | | | | | |
| **PROFESSIONALS NAME/ORDER DATE** | | | | | | |
| 1. Weyecr Kaplan Pulaski & Zuber P.C. | | | | | | |
| 2. The law offices of Michael Allison | | | 10,000.00 | 10,000.00 | | |
| 3. Ahsa Hutson Hester & Crews LLP | | | | | | |
| 4. NMREA dba Colliers Int Lien | | | | | | |
| 5. BK Trustee Fee | | | | | | |
| 6. New Mexico Legal Group | | | | | | |
| **TOTAL PROFESSIONALS (MOR-1)** | 0.00 | 0.00 | 10,000.00 | 10,000.00 | 0.00 | 0.00 |

3:32 PM

12/17/21

# PDG Prestige, Inc
## Reconciliation Summary
### PDG Prestige Inc - ,   Period Ending 11/30/2021

|  | Nov 30, 21 |
|---|---|
| **Beginning Balance** | 94,635.70 |
| **Cleared Transactions** | |
| Checks and Payments - 189 Items | -136,610.94 |
| Deposits and Credits - 7 Items | 45,017.24 |
| **Total Cleared Transactions** | -91,593.70 |
| **Cleared Balance** | 3,042.00 |
| **Uncleared Transactions** | |
| Checks and Payments - 5 Items | -17,062.00 |
| **Total Uncleared Transactions** | -17,062.00 |
| **Register Balance as of 11/30/2021** | -14,020.00 |
| **New Transactions** | |
| Checks and Payments - 14 Items | -147,967.23 |
| **Total New Transactions** | -147,967.23 |
| **Ending Balance** | -161,987.23 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 30, 2021 through November 30, 2021

Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00008568 DRE 201 210 33721 NNNNNNNNNN  1 000000000 D2 0000

PDG PRESTIGE, INC
780 N RESLER DR STE B
EL PASO TX 79912



**Good news — we've made two changes to help simplify how overdraft fees work.**

We'll no longer charge:

1. Returned Item Fees when items are declined or returned unpaid because you don't have a sufficient balance in your account.

2. Insufficient Funds Fees when your account balance is overdrawn by $50 or less at the end of the business day. If you overdraw your account by more than that, we'll charge a $34 Insufficient Funds Fee per item, beginning with the first item that overdraws your account balance by more than $50 (maximum of 6 fees per business day, up to $204).

We pay overdrafts at our discretion so we don't guarantee that we will always pay any type of transaction. As a reminder, overdraft services are only available for qualifying checking accounts. For additional information, please visit **chase.com/overdraft.**

### CHECKING SUMMARY      Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $94,635.70 |
| Deposits and Additions | 7 | 45,017.24 |
| Checks Paid | 7 | -30,539.74 |
| ATM & Debit Card Withdrawals | 159 | -55,856.76 |
| Electronic Withdrawals | 22 | -47,814.44 |
| Other Withdrawals | 1 | -2,400.00 |
| Ending Balance | 196 | $3,042.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account — please refer to your Deposit Account Agreement for more information.



October 30, 2021 through November 30, 2021

Account Number:

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/08 | Card Purchase Return   11/06 The Home Depot 3505 Las Cruces NM Card 5616 | $17.24 |
| 11/17 | Online Transfer From Chk ...1990 Transaction#: 13037721279 | 22,000.00 |
| 11/22 | Online Transfer From Chk ...1990 Transaction#: 13073680485 | 5,000.00 |
| 11/23 | Online Transfer From Chk ...1990 Transaction#: 13080898592 | 5,500.00 |
| 11/26 | Online Transfer From Chk ...1990 Transaction#: 13100989308 | 5,000.00 |
| 11/29 | Transfer From Chk Xxxxx1709 | 4,500.00 |
| 11/29 | Online Transfer From Chk ...1990 Transaction#: 13115603450 | 3,000.00 |
| **Total Deposits and Additions** | | **$45,017.24** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 9102  ^ | | 11/02 | $488.92 |
| 9104  * ^ | | 11/23 | 1,732.00 |
| 9121  * ^ | | 11/03 | 1,773.82 |
| 9130  * ^ | | 11/09 | 1,400.00 |
| 9131  ^ | | 11/10 | 2,100.00 |
| 9132  ^ | | 11/15 | 845.00 |
| 9133  ^ | | 11/19 | 22,200.00 |
| **Total Checks Paid** | | | **$30,539.74** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01 | Recurring Card Purchase 10/28 Extra Space 1769 915-4710595 TX Card 5616 | $65.00 |
| 11/01 | Card Purchase          10/28 El Paso - County Cler 915-546-2071 TX Card 5616 | 58.00 |
| 11/01 | Card Purchase          10/28 El Paso - County Cler 615-730-6367 TN Card 5616 | 1.95 |
| 11/01 | Card Purchase          10/28 Coronado Country Club El Paso TX Card 5616 | 1,194.17 |
| 11/01 | Card Purchase          10/28 The Holy Grail El Paso TX Card 5616 | 76.03 |
| 11/01 | Card Purchase          10/28 Julio's Mexican Food El Paso TX Card 5616 | 72.25 |
| 11/01 | Card Purchase          10/29 Www.1And1.Com Chesterbrook PA Card 5616 | 9.27 |
| 11/01 | Card Purchase          10/29 Willscot Mobile Mini 480-894-6311 MD Card 5616 | 563.98 |
| 11/01 | Payment Sent          10/30 Apple Cash 1Infiniteloop CA Card 5616 | 850.00 |
| 11/01 | Card Purchase          10/30 Www.Cadcrowd.Com Calgary Ab Card 5616 | 325.00 |
| 11/01 | Card Purchase          10/30 Sq *The Blend El Paso TX Card 5616 | 29.73 |
| 11/01 | Card Purchase With Pin  10/31 Speedway 7001 South D El Paso TX Card 5616 | 74.00 |
| 11/02 | Card Purchase          10/31 Side Door Liquor Store El Paso TX Card 5616 | 101.91 |
| 11/02 | Card Purchase          11/02 Nna Services LLC 800-876-6827 CA Card 5616 | 312.19 |
| 11/02 | Card Purchase          11/01 Core & Main - TX002 San Marcos TX Card 5616 | 5,036.53 |
| 11/03 | Card Purchase          11/01 City of El Paso Parking El Paso TX Card 5616 | 2.03 |
| 11/03 | Card Purchase          11/01 Crave Kitchen And Bar El Paso TX Card 5616 | 95.50 |
| 11/03 | Card Purchase          11/02 Tst* Union Drafthouse S El Paso TX Card 5616 | 248.66 |
| 11/03 | Recurring Card Purchase 11/02 Apple.Com/Bill 866-712-7753 CA Card 5616 | 11.90 |
| 11/03 | Card Purchase          11/02 Gcc Sun City Las Cruce 915-5654681 TX Card 5616 | 357.05 |
| 11/03 | Card Purchase          11/02 Gcc Sun City Las Cruce 915-5654681 TX Card 5616 | 356.64 |

**CHASE ⬡**

October 30, 2021 through November 30, 2021
Account Number:

## ATM & DEBIT CARD WITHDRAWALS (continued)



| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 11/03 | Card Purchase | 11/02 Gcc Sun City Las Cruce 915-5654681·TX Card 5616 | 358.68 |
| 11/03 | Card Purchase | 11/02 Gcc Sun City Las Cruce 915-5654681 TX Card 5616 | 362.97 |
| 11/03 | Card Purchase | 11/02 Tceq Epayment Egov.Com TX Card 5616 | 230.32 |
| 11/03 | Card Purchase | 11/03 Tst* Champagne Villain El Paso TX Card 5616 | 1,634.46 |
| 11/03 | Card Purchase | 11/03 Tst* Champagne Villain El Paso TX Card 5616 | 6.66 |
| 11/03 | Card Purchase With Pin | 11/03 Eppd Abandoned Autos El Paso TX Card 5616 | 186.93 |
| 11/04 | Card Purchase | 11/02 Coconuts Bar & Grill El Paso TX Card 5616 | 125.00 |
| 11/04 | Card Purchase | 11/03 City of El Paso - Ecm 9155414324 TX Card 5616 | 1,372.65 |
| 11/05 | Card Purchase | 11/03 El Paso - County Cler 915-546-2071 TX Card 5616 | 11.00 |
| 11/05 | Card Purchase | 11/03 El Paso - County Cler 615-730-6367 TN Card 5616 | 1.95 |
| 11/05 | Card Purchase | 11/04 Village Inn Pancake Ho El Paso TX Card 5616 | 59.28 |
| 11/05 | Card Purchase | 11/04 Paddle.Net* Smashlogo Paddle.Com NY Card 5616 | 20.00 |
| 11/05 | Card Purchase | 11/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | 15.13 |
| 11/08 | Card Purchase | 11/04 3754 Kinective Fitness El Paso TX Card 5616 | 96.34 |
| 11/08 | Recurring Card Purchase 11/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 16.23 |
| 11/08 | Recurring Card Purchase 11/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 14.06 |
| 11/08 | Recurring Card Purchase 11/05 Apple.Com/Bill 866-712-7753 CA Card 5616 | | 9.73 |
| 11/08 | Card Purchase | 11/05 Gcc Sun City Las Cruce 915-5654681 TX Card 5616 | 358.07 |
| 11/08 | Card Purchase | 11/05 Gcc Sun City Las Cruce 915-5654681 TX Card 5616 | 360.31 |
| 11/08 | Card Purchase | 11/05 Gcc Sun City Las Cruce 915-5654681 TX Card 5616 | 361.34 |
| 11/08 | Card Purchase | 11/05 Gcc Sun City Las Cruce 915-5654681 TX Card 5616 | 362.76 |
| 11/08 | Recurring Card Purchase 11/06 Adobe Acropro Subs 408-536-6000 CA Card 5616 | | 16.23 |
| 11/08 | Card Purchase | 11/06 Paypal *Personalico 402-935-7733 CO Card 5616 | 2,157.85 |
| 11/08 | Card Purchase | 11/05 Bethlehem Land CO Inc 800-4472776 TX Card 5616 | 334.75 |
| 11/08 | Card Purchase | 11/05 Corralito Steak House El Paso TX Card 5616 | 333.48 |
| 11/08 | Card Purchase | 11/05 Mcdonald's M7651 of TX El Paso TX Card 5616 | 20.64 |
| 11/08 | Card Purchase | 11/06 Flix Brewhouse El Paso TX Card 5616 | 28.95 |
| 11/08 | Card Purchase | 11/06 Jimmy Johns - 2759 El Paso TX Card 5616 | 32.98 |
| 11/08 | Card Purchase | 11/06 Jimmy Johns - 2759 El Paso TX Card 5616 | 3.79 |
| 11/08 | Card Purchase | 11/06 The Home Depot #3505 Las Cruces NM Card 5616 | 17.24 |
| 11/08 | Card Purchase With Pin | 11/06 Harbor Freight Tools 2 Las Cruces NM Card 5616 | 4.11 |
| 11/08 | Card Purchase | 11/06 Harbor Freight Tools 23 Las Cruces NM Card 5616 | 8.22 |
| 11/08 | Card Purchase With Pin | 11/06 Tractor S 1440 West Pi Las Cruces NM Card 5616 | 7.57 |
| 11/08 | Card Purchase | 11/06 USA*Csc Tep CO Las Cruces NM Card 5616 | 2.00 |
| 11/08 | Card Purchase With Pin | 11/06 Sunland Rv Las Cruces NM Card 5616 | 0.28 |
| 11/08 | Card Purchase | 11/06 Flix Brewhouse El Paso TX Card 5616 | 97.32 |
| 11/08 | Card Purchase | 11/07 Apple.Com/Bill 866-712-7753 CA Card 5616 | 97.39 |
| 11/08 | Card Purchase With Pin | 11/07 Speedway  6700 Gateway El Paso TX Card 5616 | 164.87 |
| 11/08 | Card Purchase With Pin | 11/07 Speedway  1100 Airway El Paso TX Card 5616 | 7.78 |
| 11/08 | Card Purchase With Pin | 11/07 Speedway  6700 Gateway El Paso TX Card 5616 | 21.64 |
| 11/08 | Card Purchase With Pin | 11/07 Shell Service Station Vado NM Card 5616 | 15.40 |
| 11/08 | Card Purchase With Pin | 11/07 Shell Service Station Vado NM Card 5616 | 4.37 |
| 11/08 | Card Purchase W/Cash | 11/07 Wm Superc Wal-Mart Sup El Paso TX Card 5616<br>Purchase $26.38 Cash Back $100.00 | 126.38 |
| 11/09 | Card Purchase | 11/08 Teladoc 972-865-2647 TX Card 5616 | 45.00 |
| 11/09 | Recurring Card Purchase 11/08 Mcw#0352-Coronado 866-2543229 TX Card 5616 | | 69.99 |
| 11/09 | Card Purchase | 11/08 5Guys 0677 Qsr Santa Fe NM Card 5616 | 35.57 |
| 11/09 | Card Purchase | 11/09 Koze Teppan Grill El Paso TX Card 5616 | 6.33 |
| 11/09 | Card Purchase | 11/08 Walgreens #3570 El Paso TX Card 5616 | 71.28 |
| 11/10 | Card Purchase | 11/09 Right Networks 603-324-0400 NH Card 5616 | 38.27 |
| 11/10 | Card Purchase | 11/10 Apple.Com/Bill 866-712-7753 CA Card 5616 | 27.04 |



October 30, 2021 through November 30, 2021

Account Number:

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/10 | Card Purchase          11/09 Starbucks Store 09502 El Paso TX Card 5616 | 3.56 |
| 11/12 | Card Purchase          11/09 Mesa Street Grill El Paso TX Card 5616 | 63.42 |
| 11/12 | Card Purchase          11/10 Homedepot.Com 800-430-3376 GA Card 5616 | 259.79 |
| 11/12 | Card Purchase          11/10 Complete Reprographics 915-7795000 TX Card 5616 | 142.89 |
| 11/12 | Card Purchase          11/10 Fast Signs 915-532-2211 TX Card 5616 | 656.54 |
| 11/12 | Payment Sent           11/11 Apple Cash 1Infiniteloop CA Card 5616 | 25.00 |
| 11/12 | Payment Sent           11/11 Apple Cash 1Infiniteloop CA Card 5616 | 50.00 |
| 11/12 | Payment Sent           11/11 Apple Cash 1Infiniteloop CA Card 5616 | 50.00 |
| 11/12 | Card Purchase          11/11 Gcc Sun City Vado A206 915-5654681 TX Card 5616 | 2,375.67 |
| 11/15 | Card Purchase          11/11 Southwes    526145181 800-435-9792 TX Card 5616 | 403.96 |
| 11/15 | Card Purchase          11/11 Southwes    526145181 800-435-9792 TX Card 5616 | 403.96 |
| 11/15 | Card Purchase          11/11 Southwes    526145181 800-435-9792 TX Card 5616 | 403.96 |
| 11/15 | Card Purchase          11/11 Southwes    526145181 800-435-9792 TX Card 5616 | 403.96 |
| 11/15 | Card Purchase          11/12 Gcc Sun City Vado A206 915-5654681 TX Card 5616 | 3,621.38 |
| 11/15 | Card Purchase          11/12 The Pizza * The Pizza Stripe.Com TX Card 5616 | 99.82 |
| 11/15 | Card Purchase          11/13 Sq *David Brainard Las Cruces NM Card 5616 | 515.00 |
| 11/15 | Non-Chase ATM Withdraw  11/13 6331 Alabama El Paso TX Card 5616 | 203.00 |
| 11/15 | Card Purchase With Pin  11/13 The Home Depot #0523 El Paso TX Card 5616 | 202.03 |
| 11/15 | Card Purchase With Pin  11/13 Best Buy      00008292 El Paso TX Card 5616 | 2,080.34 |
| 11/15 | Payment Sent           11/14 Apple Cash 1Infiniteloop CA Card 5616 | 20.00 |
| 11/15 | Card Purchase          11/14 Subway 28508 El Paso TX Card 5616 | 40.79 |
| 11/15 | Card Purchase          11/14 Subway 28508 El Paso TX Card 5616 | 5.40 |
| 11/15 | Recurring Card Purchase 11/15 Apple.Com/Bill 866-712-7753 CA Card 5616 | 5.40 |
| 11/15 | Card Purchase With Pin  11/15 Best Buy      00008292 El Paso TX Card 5616 | 37.87 |
| 11/16 | Card Purchase          11/15 Target.Com  * 800-591-3869 MN Card 5616 | 85.47 |
| 11/16 | Card Purchase          11/15 Target.Com  * 800-591-3869 MN Card 5616 | 65.19 |
| 11/16 | Recurring Card Purchase 11/15 Ep Fitness Resler 915-760-4200 TX Card 5616 | 10.83 |
| 11/16 | Card Purchase          11/15 Ewing Irrigation Prd 575-647-9166 NM Card 5616 | 1,036.35 |
| 11/16 | Card Purchase          11/15 Sq *Mobile Wash & Detai Gosq.Com TX Card 5616 | 225.35 |
| 11/16 | Card Purchase          11/16 Target.Com  * 800-591-3869 MN Card 5616 | 167.90 |
| 11/16 | Card Purchase With Pin  11/16 Office De 801 Sunland El Paso TX Card 5616 | 48.69 |
| 11/17 | Card Purchase          11/17 Formswift.Com/Charge 888-311-2977 CA Card 5616 | 33.00 |
| 11/17 | Card Purchase          11/16 Target.Com  * 800-591-3869 MN Card 5616 | 201.14 |
| 11/17 | Card Purchase          11/16 Gcc Sun City Vado A206 915-5654681 TX Card 5616 | 4,733.92 |
| 11/18 | Card Purchase          11/15 Great American Steakhou El Paso TX Card 5616 | 167.32 |
| 11/18 | Payment Sent           11/17 Apple Cash 1Infiniteloop CA Card 5616 | 200.00 |
| 11/18 | Card Purchase          11/17 Onsiteview Dallas TX Card 5616 | 4,255.00 |
| 11/18 | Card Purchase          11/18 Thimble Insurance Thimble.Com NY Card 5616 | 71.58 |
| 11/18 | Card Purchase With Pin  11/18 Office De 801 Sunland El Paso TX Card 5616 | 190.96 |
| 11/18 | Card Purchase With Pin  11/18 Best Buy      00008292 El Paso TX Card 5616 | 216.47 |
| 11/19 | Recurring Card Purchase 11/19 Apple.Com/Bill 866-712-7753 CA Card 5616 | 7.57 |
| 11/19 | Recurring Card Purchase 11/19 Apple.Com/Bill 866-712-7753 CA Card 5616 | 21.42 |
| 11/19 | Card Purchase          11/19 Doordash*Corner Bake Www.Doordash. CA Card 5616 | 55.47 |
| 11/22 | Card Purchase          11/20 Top Golf Bay Reservat 800-453-0660 TX Card 5616 | 75.78 |
| 11/22 | Card Purchase          11/19 Target.Com  * 800-591-3869 MN Card 5616 | 105.14 |
| 11/22 | Card Purchase          11/19 Target.Com  * 800-591-3869 MN Card 5616 | 54.51 |
| 11/22 | Card Purchase          11/19 Fast Signs 915-532-2211 TX Card 5616 | 656.53 |
| 11/22 | Card Purchase          11/19 Top Golf El Paso 040-2 El Paso TX Card 5616 | 563.64 |
| 11/22 | Card Purchase          11/21 Paypal *Playstation 402-935-7733 CA Card 5616 | 19.99 |
| 11/22 | Card Purchase          11/22 Thimble Insurance Thimble.Com NY Card 5616 | 60.06 |
| 11/22 | Card Purchase          11/22 Sq *Troy C. Brown, Atto Gosq.Com TX Card 5616 | 200.00 |



October 30, 2021 through November 30, 2021

Account Number:



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/23 | Card Purchase          11/23 Target.Com  * 800-591-3869 MN Card 5616 | 199.50 |
| 11/23 | Recurring Card Purchase 11/23 Apple.Com/Bill 866-712-7753 CA Card 5616 | 9.73 |
| 11/24 | Card Purchase          11/23 El Paso Reprographics 915-5326255 TX Card 5616 | 105.54 |
| 11/24 | Card Purchase          11/23 Target.Com  * 800-591-3869 MN Card 5616 | 146.19 |
| 11/24 | Card Purchase          11/23 Target.Com  * 800-591-3869 MN Card 5616 | 22.21 |
| 11/24 | Card Purchase          11/23 Target.Com  * 800-591-3869 MN Card 5616 | 14.06 |
| 11/24 | Card Purchase          11/24 Apple.Com/Bill 866-712-7753 CA Card 5616 | 21.64 |
| 11/26 | Recurring Card Purchase 11/24 Apple.Com/Bill 866-712-7753 CA Card 5616 | 86.59 |
| 11/26 | Card Purchase          11/24 Sq *Vans #327 El Paso TX Card 5616 | 146.14 |
| 11/26 | Card Purchase          11/25 Iq Test Academy - Iq Paris Card 5616 | 19.90 |
| 11/26 | Recurring Card Purchase 11/25 Crexl Httpswww.Crex CA Card 5616 | 250.00 |
| 11/26 | Recurring Card Purchase 11/25 Paypal *Peoplelooke 402-935-7733 NY Card 5616 | 22.89 |
| 11/26 | Recurring Card Purchase 11/26 Adobe Acropro Subs 408-536-6000 CA Card 5616 | 16.23 |
| 11/26 | Non-Chase ATM Withdraw  11/26 11701 Gateway West Blvd El Paso TX Card 5616 | 209.95 |
| 11/26 | Non-Chase ATM Withdraw  11/26 11701 Gateway West Blvd El Paso TX Card 5616 | 209.95 |
| 11/26 | Non-Chase ATM Withdraw  11/26 11701 Gateway West Blvd El Paso TX Card 5616 | 209.95 |
| 11/29 | Recurring Card Purchase 11/26 Iiq*Identityiq.Com 877-8754347 NV Card 5616 | 28.99 |
| 11/29 | Card Purchase          11/26 Ph Akron El Paso TX Card 5616 | 1,135.95 |
| 11/29 | Card Purchase          11/26 Ph Akron El Paso TX Card 5616 | 102.17 |
| 11/29 | Card Purchase          11/26 Ph Akron El Paso TX Card 5616 | 829.18 |
| 11/29 | Card Purchase          11/26 Ph Akron El Paso TX Card 5616 | 764.40 |
| 11/29 | Card Purchase          11/26 Ph Akron El Paso TX Card 5616 | 881.92 |
| 11/29 | Card Purchase          11/26 Ph Akron El Paso TX Card 5616 | 705.12 |
| 11/29 | Card Purchase          11/26 Ph Akron El Paso TX Card 5616 | 30.42 |
| 11/29 | Card Purchase          11/26 Ph Akron El Paso TX Card 5616 | 12.48 |
| 11/29 | Card Purchase          11/27 Ph Akron El Paso TX Card 5616 | 1,410.24 |
| 11/29 | Card Purchase          11/27 Ph Akron El Paso TX Card 5616 | 250.64 |
| 11/29 | Card Purchase          11/27 Ph Akron El Paso TX Card 5616 | 1,080.56 |
| 11/29 | Card Purchase          11/27 Ph Akron El Paso TX Card 5616 | 705.12 |
| 11/29 | Card Purchase          11/27 Ph Akron El Paso TX Card 5616 | 846.56 |
| 11/29 | Recurring Card Purchase 11/27 Paypal *Beenverifie 402-935-7733 NY Card 5616 | 29.13 |
| 11/29 | Card Purchase          11/27 Flix Brewhouse-El Paso El Paso TX Card 5616 | 38.96 |
| 11/29 | Card Purchase          11/28 Paypal *Pokegens 07730165008 Card 5616 | 8.41 |
| 11/29 | Card Purchase          11/28 Www.1And1.Com Chesterbrook PA Card 5616 | 19.79 |
| 11/30 | Recurring Card Purchase 11/28 Extra Space 1769 915-4710595 TX Card 5616 | 65.00 |
| 11/30 | Card Purchase          11/28 Paypal *Pokegens 07730165008 Card 5616 | 8.33 |
| 11/30 | Card Purchase          11/28 Paypal *Pokegens 07730165006 Card 5616 | 9.72 |
| **Total ATM & Debit Card Withdrawals** | | **$55,856.76** |

## ATM & DEBIT CARD SUMMARY

Michael J Dixson  Card 5616

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $832.85 |
| | Total Card Purchases | $55,023.91 |
| | Total Card Deposits & Credits | $17.24 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $832.85 |
| | Total Card Purchases | $55,023.91 |
| | Total Card Deposits & Credits | $17.24 |



October 30, 2021 through November 30, 2021

Account Number:

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/02 | Orig CO Name:Quarterly Fee     Orig ID:1501000502 Desc Date:211101 CO Entry Descr:Payment Sec:CCD   Trace#:041036045081605 Eed:211102  Ind ID:0000 Ind Name:Pdg Prstige | $8,887.47 |
| 11/05 | 11/05 Online Transfer To Chk ...1709 Transaction#: 12957046932 | 2,989.00 |
| 11/05 | 11/05 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 1105B1Qgc08C026535 Trn: 3400771309Es | 946.42 |
| 11/05 | 11/05 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/107002192 Albuquerque NM 87103-1830 US Ben: Jasmine Esnayder Las Cruces NM 88005 US Ref:/Time/14:22 Imad: 1105B1Qgc01C007003 Trn: 3404361309Es | 1,338.00 |
| 11/05 | 11/05 Online Domestic Wire Transfer Via: Mtn Am CU Slc/324079555 A/C: Joseph Klamt Boise ID 83704 US Imad: 1105B1Qgc08C027032 Trn: 3407461309Es | 3,692.16 |
| 11/09 | Orig CO Name:Koshsolutions     Orig ID:3383693141 Desc Date:211108 CO Entry Descr:Webpaymentsec:Web  Trace#:091000010015029 Eed:211109  Ind ID: Ind Name:Prestige Development G | 712.48 |
| 11/10 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:111021 CO Entry Descr:Usataxpymtsec:CCD  Trace#:061036010142234 Eed:211110  Ind ID:270171441461804     Ind Name:Pdg Prestige Inc Trn: 3140142234Tc | 1,615.88 |
| 11/10 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:111021 CO Entry Descr:Usataxpymtsec:CCD  Trace#:061036010142231 Eed:211110  Ind ID:270171454624293     Ind Name:Pdg Prestige Inc Trn: 3140142231Tc | 4.62 |
| 11/12 | 11/12 Online Domestic Wire Transfer Via: First Community/107002312 A/C: The Allison Law Firm PC Albuquerque NM 87102 US Imad: 1112B1Qgc04C013164 Trn: 3732401316Es | 10,000.00 |
| 11/15 | Zelle Payment To Sergio Murillo 13022113485 | 550.00 |
| 11/16 | 11/16 Online Transfer To Chk ...1709 Transaction#: 13029106819 | 400.00 |
| 11/17 | 11/17 Online Transfer To Chk ...1709 Transaction#: 13037807041 | 500.00 |
| 11/19 | 11/19 Online Transfer To Chk ...1709 Transaction#: 13053187883 | 2,989.00 |
| 11/19 | Zelle Payment To Sergio Murillo 13054607906 | 1,500.00 |
| 11/19 | 11/19 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/107002192 Albuquerque NM 87103-1830 US Ben: Jasmine Esnayder Las Cruces NM 88005 US Ref:/Time/15:59 Imad: 1119B1Qgc08C034006 Trn: 3470351323Es | 1,540.00 |
| 11/19 | 11/19 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 1119B1Qgc03C007047 Trn: 3472671323Es | 1,540.00 |
| 11/23 | 11/23 Online Domestic Wire Transfer Via: ID Cent CU Chubbuc/324173626 A/C: Joseph Klamt Chubbuck ID 83202 US Ref:/Bnf/Joseph Klamt Imad: 1123B1Qgc08C005194 Trn: 3032161327Es | 4,153.69 |
| 11/24 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:112421 CO Entry Descr:Usataxpymtsec:CCD  Trace#:061036010481347 Eed:211124  Ind ID:270172831877371     Ind Name:Pdg Prestige Inc Trn: 3280481347Tc | 1,906.65 |
| 11/24 | Orig CO Name:Irs     Orig ID:3387702000 Desc Date:112421 CO Entry Descr:Usataxpymtsec:CCD  Trace#:061036010481350 Eed:211124  Ind ID:270172893058465     Ind Name:Pdg Prestige Inc Trn: 3280481350Tc | 9.24 |
| 11/24 | 11/24 Online Transfer To Chk ...1709 Transaction#: 18085235118 | 1,400.00 |
| 11/24 | 11/24 Online Domestic Wire Transfer Via: Pioneer Bank/312270463 A/C: Jennifer Martinez Las Cruces NM 88011 US Imad: 1124B1Qgc08C035867 Trn: 3484711328Es | 735.00 |
| 11/26 | Orig CO Name:Intuit     Orig ID:0000756346 Desc Date:211125 CO Entry Descr:Quickbookssec:CCD  Trace#:021000025429534 Eed:211126  Ind ID:5112203 Ind Name:Pdg Prestige *IN | 404.83 |
| **Total Electronic Withdrawals** | | **$47,814.44** |

# OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01 | 11/01 Withdrawal | $2,400.00 |
| **Total Other Withdrawals** | | **$2,400.00** |