**The relief described hereinbelow is SO ORDERED.**

**Signed January 24, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PDG PRESTIGE, INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING MOTION TO WITHDRAW OBJECTION TO CLAIM, DOCKET NO. 103**

On this day came on for consideration the *Motion to Withdraw Objection to Claim, Docket No. 103* filed herein on January 24, 2022 by PDG-Prestige, Inc., Debtor and Debtor in Possession herein. The Court finds and concludes that the Motion should be granted.

**IT IS THEREFORE ORDERED THAT** the objection to claim at Docket No. 103 regarding Proof of Claim No. 9 filed by City Bay Capital, LLC is hereby withdrawn without prejudice.

### END OF ORDER ###

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30107-hcm |
| PDG Prestige, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 24, 2022 | Form ID: pdfintp | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PDG Prestige, Inc., 154 N Festival Dr., Ste. D, El Paso, TX 79912-6265 |
| cr | + | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205-1588 |
| cr | + | City bank, c/o Brad Odell, Mullin Hoard & Brown, LLP, P. O. Box 2585, Lubbock, TX 79408-2585 |
| cr | + | Dennis Crimmins, c/o ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | HD Lending, LLC, P.O. Box 1977, El Paso, TX 79999-1977 |
| cr | + | New Mexico Real Estate Advisors, Inc. d/b/a Collie, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste,. 1700, El Paso, TX 79901-1401 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jcarruth@wkpz.com | Jan 24 2022 22:02:00 | Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., 3030 Matlock Rd. Suite 201, Arlington, TX 76015-2936 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 26, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Creditor City bank bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |

21-30107-hcm Doc#125 Filed 01/26/22 Entered 01/26/22 23:21:07 Imaged Certificate of Notice Pg 3 of 3

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 24, 2022 | Form ID: pdfintp | Total Noticed: 7 |

Casey Scott Stevenson
    on behalf of Plaintiff Dennis Crimmins cste@scotthulse.com cmac@scotthulse.com

Casey Scott Stevenson
    on behalf of Plaintiff Crimmins Family Limited Partnership cste@scotthulse.com cmac@scotthulse.com

Casey Scott Stevenson
    on behalf of Creditor Dennis Crimmins cste@scotthulse.com cmac@scotthulse.com

Casey Scott Stevenson
    on behalf of Plaintiff White Sands Construction Inc. cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson
    on behalf of Plaintiff MDDC Investments LLC cste@scotthulse.com, cmac@scotthulse.com

Clyde A. Pine, Jr.
    on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com

David W. Parham
    on behalf of Creditor City Bay Capital LLC david.parham@akerman.com
    esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com

Donald P. Stecker
    on behalf of Creditor City Of El Paso don.stecker@lgbs.com

Harrel L. Davis, III
    on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille
    on behalf of Plaintiff White Sands Construction Inc. jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille
    on behalf of Plaintiff Dennis Crimmins jfeu@scotthulse.com tmar@scotthulse.com

James Michael Feuille
    on behalf of Creditor Dennis Crimmins jfeu@scotthulse.com tmar@scotthulse.com

James Michael Feuille
    on behalf of Plaintiff MDDC Investments LLC jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille
    on behalf of Plaintiff Crimmins Family Limited Partnership jfeu@scotthulse.com tmar@scotthulse.com

James W Rose, Jr
    on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov
    carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

James W. Brewer
    on behalf of Creditor New Mexico Real Estate Advisors Inc. d/b/a Colliers International jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth
    on behalf of Debtor PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Michael R. Nevarez
    on behalf of Interested Party Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com

United States Trustee - EP12
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 20