**Reset hearing shall be held on 3/30/2022 at 02:00 PM in us-courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Movant is responsible for notice.**

**Debtor shall remain current on MORs and UST fees.**



**The relief described hereinbelow is SO ORDERED.**

**Signed February 18, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PDG PRESTIGE, INC., | § § | Case No. 21-30107 |
| Debtor. | § § § | |

**ORDER GRANTING EMERGENCY MOTION TO CONTINUE CONFIRMATION HEARING (RE: DOCKET NOS. 119, 133)**

On this day came on for consideration the *Emergency Motion to Continue Confirmation Hearing* (Docket No. 133) (the "Motion") filed herein on February 18, 2022 by PDG Prestige, Inc., Debtor and Debtor in Possession. The Court finds and concludes that the sufficient cause exists to grant the Motion.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The hearing to consider the Chapter 11 plan of the Debtor (Docket No. 110) set for February 23, 2022 at 1:30 p.m. pursuant to the prior Order of the Court (Docket No. 119) is rescheduled to the date, time, and location set forth above at the top of this Order. The Debtor is responsible for notice.

4. The February 21, 2022 deadline set in the prior order of the Court (Docket No. 119) for the Debtor to file certain items prior to the confirmation hearing is extended through and until the date that is ***seven (7) days*** prior to the re-set hearing date.

5. The Debtor shall remain current in the filing of monthly operating reports and the payment of quarterly fees to the United States Trustee.

### END OF ORDER ###