# UNITED STATES BANKRUPTCY COURT

WESTERN  DISTRICT OF  TEXAS

EL PASO DIVISION

Clear All Fields

In Re. PDG Prestige, INC

§
§
§
§

Debtor(s)

Case No.  21-30107

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 2/28/2022

Petition Date: 02/02/2021

Months Pending: 13

Industry Classification: | 2 | 3 | 6 | 2 |

Reporting Method:  Accrual Basis ⦿  Cash Basis ○

Debtor's Full-Time Employees (current):          3

Debtor's Full-Time Employees (as of date of order for relief):          1

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

x   /s/ Michael Dixson

Signature of Responsible Party

03/14/2022

Date

Michael Dixson

Printed Name of Responsible Party

154 N Festival Suite D, El Paso, TX 79912

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                    1

Debtor's Name  PDG Prestige, INC                                    Case No.  21-30107

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $5,195.23 | |
| b. | Total receipts (net of transfers between accounts) | $14,500 | $6,580,728 |
| c. | Total disbursements (net of transfers between accounts) | $19,693 | $6,530,496 |
| d. | Cash balance end of month (a+b-c) | $1.18 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $19,693 | $6,530,496 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $12,540 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. | Inventory      (Book ◯    Market ◯    Other ⦿   (attach explanation)) | $582,751 |
| d | Total current assets | $1,671,262 |
| e. | Total assets | $6,183,077 |
| f. | Postpetition payables (excluding taxes) | $5,316,559 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $5,316,559 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $923,865 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,330,423 |
| o. | Ending equity/net worth (e-n) | $-147,346 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $1,300 | |
| e. | General and administrative expenses | $17,757 | |
| f. | Other expenses | $48,961 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-68,019 | $-319,324 |

UST Form 11-MOR (06/07/2021)                          2

Debtor's Name  PDG Prestige, INC

Case No.  21-30107

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | Weyecer Kaplan Pulaski & Zub | Lead Counsel | $0 | $48,500 | $0 | $48,500 |
| Delete | ii | | | | | $0 | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $32,492 | $76,638 | $10,461 | $86,638 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | Ainsa Hutson Hester & Crews | Other | $0 | $26,683 | $0 | $26,683 |
| Delete | ii | he law office of Michael Allis | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete | iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| Delete | iv | Arnold & Clifford | Other | $21,097 | $21,097 | $0 | $21,097 |
| Delete | v | FBFK | Other | $1,395 | $1,395 | $0 | $1,395 |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,705 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,705 | $41,879 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ◉   No ○

d. Are you current on postpetition tax return filings?   Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ◉   No ○

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ◉   No ○   N/A ○

Click "Generate PDF"
Remove Watermark

Debtor's Name PDG Prestige, INC                                    Case No.  21-30107

| | | | |
|---|---|---|---|
| i. | Do you have: | Worker's compensation insurance? | Yes ⦿  No ○ |
| | | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ⦿  No ○ |
| | | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| | | General liability insurance? | Yes ⦿  No ○ |
| | | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ⦿  No ○ |
| k. | Has a disclosure statement been filed with the court? | | Yes ⦿  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿  No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (06/07/2021)                    4

Debtor's Name  PDG Prestige, INC                                    Case No.  21-30107

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http:// www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

x  /s/ Michael Dixson                                              Michael Dixson
_____                    _____
Signature of Responsible Party                            Printed Name of Responsible Party

President                                                           03/15/2022
_____                    _____
Title                                                              Date

| Save | Generate PDF for Court Filing and Remove Watermark |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (06/07/2021)                          5

 **CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

February 01, 2022 through February 28, 2022

Account Number:                    )



00010231 DRE 201 210 06222 NNNNNNNNNNN  1 000000000 D2 0000
PDG PRESTIGE, INC
780 N RESLER DR STE B
EL PASO TX 79912

---

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,195.23** |
| Deposits and Additions | 4 | 14,500.00 |
| Checks Paid | 2 | -2,545.00 |
| ATM & Debit Card Withdrawals | 30 | -11,835.50 |
| Electronic Withdrawals | 10 | -5,313.55 |
| **Ending Balance** | **46** | **$1.18** |

Your Chase Platinum Business Checking account provides:
    No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
    500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
    $25,000 in cash deposits per statement cycle
    Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account
Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Online Transfer From Chk ...1990 Transaction#: 13589173192 | $4,500.00 |
| 02/04 | Online Transfer From Chk ...1990 Transaction#: 13601459759 | 2,500.00 |
| 02/08 | Online Transfer From Chk ...1990 Transaction#: 13627417869 | 5,000.00 |
| 02/16 | Online Transfer From Chk ...1990 Transaction#: 13680623655 | 2,500.00 |
| **Total Deposits and Additions** | | **$14,500.00** |

**CHASE** ⬡

February 01, 2022 through February 28, 2022

Account Number:                    )



|  |  |
|---|---:|
| Total Card Deposits & Credits | $0.00 |
| **Michael J Dixson  Card 5154** | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $22.89 |
| Total Card Deposits & Credits | $0.00 |
| **Michael J Dixson  Card 5616** | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $9,657.88 |
| Total Card Deposits & Credits | $0.00 |
| **ATM & Debit Card Totals** | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $11,835.50 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/02 | Orig CO Name:833-830-9255      Orig ID:0000756346 Desc Date:220202 CO Entry Descr:Quickbookssec:Tel  Trace#:021000025029571 Eed:220202  Ind ID:8355769 Ind Name:Pdg Prestige Inc | $323.47 |
| 02/04 | Orig CO Name:Charter Communic      Orig ID:5330903620 Desc Date:220203 CO Entry Descr:Return Feesec:PPD   Trace#:091000010216182 Eed:220204  Ind ID: Ind Name:Account Trn: 0350216182Tc | 25.00 |
| 02/08 | Orig CO Name:Koshsolutions      Orig ID:3383693141 Desc Date:220207 CO Entry Descr:Webpaymentsec:Web  Trace#:091000013335493 Eed:220208  Ind ID: Ind Name:Prestige Development G | 742.00 |
| 02/11 | 02/11 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/107002192 Albuquerque NM 87103-1830 US Ben: Jasmine Esnayder Las Cruces NM 88005 US Ref:/Time/14:33 Imad: 0211B1Qgc04C009345 Trn: 3383092042Es | 1,305.86 |
| 02/14 | 02/14 Online Transfer To Chk ...6935 Transaction#: 13669175966 | 280.00 |
| 02/15 | 02/15 Online Transfer To Chk ...6935 Transaction#: 13677648386 | 200.00 |
| 02/16 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:021622 CO Entry Descr:Usataxpymtsec:CCD  Trace#:061036011215354 Eed:220216  Ind ID:270244722435847      Ind Name:Pdg Prestige Inc Trn: 0471215354Tc | 1,893.74 |
| 02/16 | Orig CO Name:Irs      Orig ID:3387702000 Desc Date:021622 CO Entry Descr:Usataxpymtsec:CCD  Trace#:061036011215353 Eed:220216  Ind ID:270244715591435      Ind Name:Pdg Prestige Inc Trn: 0471215353Tc | 18.48 |
| 02/16 | 02/16 Online Transfer To Chk ...5586 Transaction#: 13680626397 | 300.00 |
| 02/24 | Orig CO Name:NM Secretary of      Orig ID:2856000565 Desc Date:A22054 CO Entry Descr:NM Public Sec:PPD   Trace#:091000016327423 Eed:220224  Ind ID: Ind Name:Michael Dixson Trn: 0556327423Tc | 225.00 |
| **Total Electronic Withdrawals** | | **$5,313.55** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|---|---:|
| 02/01 | $5,134.00 | 02/08 | 2,117.74 | 02/16 | 314.01 |
| 02/02 | 487.41 | 02/10 | 1,812.09 | 02/22 | 249.07 |
| 02/03 | 4,975.51 | 02/11 | 506.23 | 02/24 | 24.07 |
| 02/04 | 3,716.77 | 02/14 | 226.23 | 02/28 | 1.18 |
| 02/07 | 359.74 | 02/15 | 26.23 | | |

 **CHASE** ⬡

February 01, 2022 through February 28, 2022
Account Number:                          )

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
    Your name and account number
    The dollar amount of the suspected error
    A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**