UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | Case No. 21-30071 |
| PDG PRESTIGE INC. | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## BALLOT SUMMARY

**TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:**

PDG PRESTIGE, INC. debtor and debtor in possession provides the following ballots and/or ballot summary with respect to the confirmation hearing set for March 30, 2022 and the second amended plan of the Debtor. Copies of the ballots are attached.

| Class | Accept # | Accept $ | Reject # | Reject $ | RESULT |
|---|---|---|---|---|---|
| 3 | 1 | 168,862.00 | 0 | 0 | ACCEPTS |
| 5 | 2 | 22,627.00 | 0 | 0 | ACCEPTS |

Dated: March 30, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: ___/s/ Jeff Carruth___
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail: jcarruth@wkpz.com

ATTORNEYS FOR PDG PRESTIGE, INC.,
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the date specified in the file stamp above by electronic notice to all ECF users who have appeared in this case to date.

_____/s/ Jeff Carruth_____
*Jeff Carruth*

**21-30107-hcm Notice will be electronically mailed to:**

Steven B. Bass on behalf of Creditor United States of America Internal Revenue Service
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

James W. Brewer on behalf of Creditor New Mexico Real Estate Advisors, Inc. d/b/a Colliers International
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com,
vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff Crimmins Family Limited Partnership
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff MDDC Investments, LLC
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff White Sands Construction, Inc.
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com

Fred Kennon on behalf of Creditor Dona Ana County Treasurer
fredk@donaanacounty.org

David P. Lutz on behalf of Defendant PDG Prestige, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant PDG, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant Michael J Dixson
dplutz@qwestoffice.net

Michael R. Nevarez on behalf of Interested Party Westar Investors Group, LLC
MNevarez@LawOfficesMRN.com,
MRN4Bankruptcy@gmail.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com,
memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

David W. Parham on behalf of Creditor City Bay Capital LLC
david.parham@akerman.com,
esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdonald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

James W Rose, Jr on behalf of U.S. Trustee United States Trustee - EP12
james.rose@usdoj.gov,
carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

Don Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

Casey Scott Stevenson on behalf of Creditor Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff Crimmins Family Limited Partnership
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff MDDC Investments, LLC
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff White Sands Construction, Inc.
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-30071 |
| PDG PRESTIGE INC. | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**BALLOT REGARDING FIRST AMENDED PLAN OF REORGANIZATION OF PDG PRESTIGE INC. DATED JANUARY 17, 2022**

TO ALL CREDITORS:

You may vote on the *First Amended Plan of Reorganization of PDG Prestige Inc. Dated January 17, 2022* (Docket No. 110) (the "***Plan***") by completing and returning this Ballot as set forth below. This Ballot accompanies the (i) Plan, (iii) the *First Amended Disclosure Statement in Support of the First Amended Plan of Reorganization of PDG Prestige Inc. Dated January 17, 2022* (Docket No. 111) (the "***Disclosure Statement***"), (iv) *Order to (I) Approve First Amended Disclosure Statement In Support of First Amended Plan of Reorganization of PDG Prestige, Inc. Dated January 17, 2022 (II) Establish Plan Related Deadlines, and (III) Set Confirmation Hearing, and Notice of Deadlines and Hearing to Consider Chapter 11 Plan, and Addressing Related Dates and Deadlines (Re: Docket Nos. 110, 111)* (Docket No. 116) (the "***Disclosure Statement Order***"), enclosed with this Ballot. In order to have your vote count you must return this Ballot. This Ballot should be returned to:

> Jeff Carruth
> **WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
> 3030 Matlock Rd., Suite 201
> Arlington, TX 76015
> 713-341-1158, fax (866) 666-5322
> jcarruth@wkpz.com

on or before **February 18, 2022** (the "***Ballot Deadline***"), the date and time set forth in the Disclosure Statement Order.

Ballots must be received by the Voting Deadline in order to be counted. You should review the Disclosure Statement and the Plan before you vote.

**Your ballot must be signed in order to be counted.**

*{CONTINUED ON FOLLOWING PAGE}*

**BALLOT REGARDING PLAN OF REORGANIZATION OF PDG PRESTIGE INC. — Page 1 of 2**

| | |
|---|---|
| **CLASS 1 — City of Dona Ana County**<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | |
| **CLASS 2 — Legalist**<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | **CLASS 3 — New Mexico Real Estate Advisors, Inc. d/b/a Collier's International (NMREA)**<br><br>For: __XX__   Against: _____<br><br>Amount of Claim: **$168,862.68** |
| **CLASS 4 — Crimmins**<br><br>NOT APPLICABLE – NO CLAIM | **CLASS 5 — General Unsecured**<br><br>For: _____   Against: _____<br><br>Amount of Claim: $ _____ |
| **CLASS 6 — Equity Interest**<br>For: _____   Against: _____<br><br>Amount of Claim: $ _____ | |

**SIGNATURE FOR BALLOT:**          *Your ballot must be signed in order to be counted.*

NAME OF CREDITOR: **New Mexico Real Estate Advisors, Inc. d/b/a Collier's International (NMREA)**

Signature: */s/ James W. Brewer* *

By [Print Name]: James W. Brewer

Title: Attorneys for Creditor

Date: Feb. 18, 2022 / March 29, 2022

*** *Signature by permission by /s/ Jeff Carruth***

**BALLOT REGARDING PLAN OF REORGANIZATION OF PDG PRESTIGE INC. — Page 2 of 2**



**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-30071 |
| PDG PRESTIGE INC. | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**BALLOT REGARDING FIRST AMENDED PLAN OF REORGANIZATION OF PDG PRESTIGE INC. DATED JANUARY 17, 2022**

TO ALL CREDITORS:

You may vote on the *First Amended Plan of Reorganization of PDG Prestige Inc. Dated January 17, 2022* (Docket No. 110) (the "***Plan***") by completing and returning this Ballot as set forth below. This Ballot accompanies the (i) Plan, (iii) the *First Amended Disclosure Statement in Support of the First Amended Plan of Reorganization of PDG Prestige Inc. Dated January 17, 2022* (Docket No. 111) (the "***Disclosure Statement***"), (iv) *Order to (I) Approve First Amended Disclosure Statement In Support of First Amended Plan of Reorganization of PDG Prestige, Inc. Dated January 17, 2022 (II) Establish Plan Related Deadlines, and (III) Set Confirmation Hearing, and Notice of Deadlines and Hearing to Consider Chapter 11 Plan, and Addressing Related Dates and Deadlines (Re: Docket Nos. 110, 111)* (Docket No. 116) (the "***Disclosure Statement Order***"), enclosed with this Ballot. In order to have your vote count you must return this Ballot. This Ballot should be returned to:

> Jeff Carruth
> **WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
> 3030 Matlock Rd., Suite 201
> Arlington, TX 76015
> 713-341-1158, fax (866) 666-5322
> jcarruth@wkpz.com

on or before **February 18, 2022** (the "***Ballot Deadline***"), the date and time set forth in the Disclosure Statement Order.

Ballots must be received by the Voting Deadline in order to be counted. You should review the Disclosure Statement and the Plan before you vote.

**Your ballot must be signed in order to be counted.**

*{CONTINUED ON FOLLOWING PAGE}*

**BALLOT REGARDING PLAN OF REORGANIZATION OF PDG PRESTIGE INC. — Page 1 of 2**

| | |
|---|---|
| **CLASS 1 — City of Dona Ana County**<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | |
| **CLASS 2 — Legalist**<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | **CLASS 3 — New Mexico Real Estate Advisors, Inc. d/b/a Collier's International (NMREA)**<br><br>For: _____   Against: _____<br><br>Amount of Claim: $ _____ |
| **CLASS 4 — Crimmins**<br><br>NOT APPLICABLE – NO CLAIM | **CLASS 5 — General Unsecured**<br><br>For: <mark>XX</mark>   Against: _____<br><br>Amount of Claim: <mark>**$20,000**</mark> |
| **CLASS 6 — Equity Interest**<br>For: _____   Against: _____<br><br>Amount of Claim: $ _____ | |

**SIGNATURE FOR BALLOT:**         *Your ballot must be signed in order to be counted.*


NAME OF CREDITOR: City Bay Capital LLC

Signature: */s/ Benjamin R. Joelson / Mark Lichtenstein* *

By [Print Name]: Benjamin R. Joelson / Mark Lichtenstein

Title: Attorneys for Creditor

Date: Feb. 18, 2022 / March 29, 2022


*\* Signature by permission by /s/ Jeff Carruth*

**BALLOT REGARDING PLAN OF REORGANIZATION OF PDG PRESTIGE INC. — Page 2 of 2**



**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 21-30071 |
| PDG PRESTIGE INC. | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**BALLOT REGARDING FIRST AMENDED PLAN OF REORGANIZATION OF PDG PRESTIGE INC. DATED JANUARY 17, 2022**

TO ALL CREDITORS:

You may vote on the *First Amended Plan of Reorganization of PDG Prestige Inc. Dated January 17, 2022* (Docket No. 110) (the "***Plan***") by completing and returning this Ballot as set forth below. This Ballot accompanies the (i) Plan, (iii) the *First Amended Disclosure Statement in Support of the First Amended Plan of Reorganization of PDG Prestige Inc. Dated January 17, 2022* (Docket No. 111) (the "***Disclosure Statement***"), (iv) *Order to (I) Approve First Amended Disclosure Statement In Support of First Amended Plan of Reorganization of PDG Prestige, Inc. Dated January 17, 2022 (II) Establish Plan Related Deadlines, and (III) Set Confirmation Hearing, and Notice of Deadlines and Hearing to Consider Chapter 11 Plan, and Addressing Related Dates and Deadlines (Re: Docket Nos. 110, 111)* (Docket No. 116) (the "***Disclosure Statement Order***"), enclosed with this Ballot. In order to have your vote count you must return this Ballot. This Ballot should be returned to:

> Jeff Carruth
> **WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
> 3030 Matlock Rd., Suite 201
> Arlington, TX 76015
> 713-341-1158, fax (866) 666-5322
> jcarruth@wkpz.com

on or before **February 18, 2022** (the "***Ballot Deadline***"), the date and time set forth in the Disclosure Statement Order.

Ballots must be received by the Voting Deadline in order to be counted. You should review the Disclosure Statement and the Plan before you vote.

**Your ballot must be signed in order to be counted.**

*{CONTINUED ON FOLLOWING PAGE}*

| | |
|---|---|
| **CLASS 1 — City of Dona Ana County**<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | |
| **CLASS 2 — Legalist**<br><br>UNIMPAIRED – NOT ENTITLED TO VOTE | **CLASS 3 — New Mexico Real Estate Advisors, Inc. d/b/a Collier's International (NMREA)**<br><br>For: _____ Against: _____<br><br>Amount of Claim: $_____ |
| **CLASS 4 — Crimmins**<br><br>NOT APPLICABLE – NO CLAIM | **CLASS 5 — General Unsecured**<br><br>For: **XX** Against: _____<br><br>Amount of Claim: **$2,627.64** |
| **CLASS 6 — Equity Interest**<br>For: _____ Against: _____<br><br>Amount of Claim: $_____ | |

**SIGNATURE FOR BALLOT:** *Your ballot must be signed in order to be counted.*

NAME OF CREDITOR: **INTERNAL REVENUE SERVICE**

Signature: */s/ Steven Bass \**

By [Print Name]: Steven Bass

Title: Attorney for Creditor

Date: March 29, 2022

*\* Signature by permission by /s/ Jeff Carruth*

**BALLOT REGARDING PLAN OF REORGANIZATION OF PDG PRESTIGE INC. — Page 2 of 2**



Jeff, ballot ok to submit. Thanks. steven

**From:** Jeff Carruth <jcarruth@wkpz.com>
**Sent:** Tuesday, March 29, 2022 11:51 AM
**To:** Bass, Steven (USATXW) <SBass1@usa.doj.gov>
**Subject:** RE: [EXTERNAL] PDGP - IRS 2k unsecured

Thank you – here is ballot in wdx and pdf
I have set it up for me to /s/ for you in the event that you approve