# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−30107−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **PDG Prestige, Inc.** , Debtor(s)

## NOTICE OF ORDER CONFIRMING PLAN

Notice is hereby given of entry of the following order of this Court on 3/31/22

148 − 145   Order Confirming Second Amended Chapter 11 Plan of Reorganization PDG Prestige, Inc. Dated March 29, 2022 as Modified (related document(s): 145 Second Amended Chapter 11 Plan filed by Jeff Carruth for Debtor PDG Prestige, Inc..) Application for Final Decree due by 9/27/2022 (Order entered on 3/31/2022) (Cardenas, Rachel)

Dated:  3/31/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Order Confirming Plan Notice] [Ntcocp11apac]