**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | Case No. 21-30107 |
| PDG PRESTIGE INC. § | (Chapter 11) |
| § | |
| Debtor. § | |

**NOTICE OF EFFECTIVE DATE OF CONFIRMED CHAPTER 11 PLAN OF REORGANIZATION (RE: DOCKET NO. 145, 148)**

On April 1, 2022, the United States Bankruptcy Court for the Western District of Texas entered the *Order Confirming Second Amended Plan Of Reorganization PDG Prestige, Inc. Dated March 29, 2022 as Modified* (Re: Docket No. 148) (the "Confirmation Order") which Confirmation Order confirmed and approved the *Second Amended Plan of Reorganization of PDG Prestige, Inc. Dated March 29, 2022, as Modified* (Docket No. 145) (the "Plan") filed by PDG Prestige, Inc., former debtor and debtor in possession and now the reorganized debtor under the Plan.

Pursuant to Paragraph No. 21 of the Confirmation Order, the Effective date of the Plan is set at **April 1, 2022**.

Accordingly, the EFFECTIVE DATE OF THE PLAN IS AND HAS OCCURRED ON **April 1, 2022**.

DATED: April 1, 2022

Notice provided by:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
JEFF CARRUTH
State Bar No. 24001846
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
Phone: (713) 341-1158
Facsimile: (866) 666-5322
jcarruth@wkpz.com

ATTORNEYS FOR THE
PDG PRESTIGE, INC.,
REORGANIZED DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the date specified in the file stamp above by electronic notice to all ECF users who have appeared in this case to date and by regular mail as shown in the attached service list..

_____/s/ Jeff Carruth_____
Jeff Carruth

**21-30107-hcm Notice will be electronically mailed to:**

Steven B. Bass on behalf of Creditor United States of America Internal Revenue Service
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

James W. Brewer on behalf of Creditor New Mexico Real Estate Advisors, Inc. d/b/a Colliers International
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com,
vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff Crimmins Family Limited Partnership
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff MDDC Investments, LLC
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff White Sands Construction, Inc.
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com

Fred Kennon on behalf of Creditor Dona Ana County Treasurer
fredk@donaanacounty.org

David P. Lutz on behalf of Defendant PDG Prestige, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant PDG, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant Michael J Dixson
dplutz@qwestoffice.net

Michael R. Nevarez on behalf of Interested Party Westar Investors Group, LLC
MNevarez@LawOfficesMRN.com,
MRN4Bankruptcy@gmail.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com,
memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

David W. Parham on behalf of Creditor City Bay Capital LLC
david.parham@akerman.com,
esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

James W Rose, Jr on behalf of U.S. Trustee United States Trustee - EP12
james.rose@usdoj.gov,
carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

Don Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

Casey Scott Stevenson on behalf of Creditor Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff Crimmins Family Limited Partnership
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff MDDC Investments, LLC
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff White Sands Construction, Inc.
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

### PDG PRESTIGE, INC. -- MODIFIED SERVICE LIST January 1, 2022

| Address1 | Address2 | Address3 | Address4 | Address5 | METHOD OF SERVICE |
|---|---|---|---|---|---|
| PDG Prestige, Inc. | 154 N Festival Dr., Ste. D | El Paso, TX 79912-6265 | | | Omit |
| U.S. BANKRUPTCY COURT | 511 E. San Antonio Ave., Rm. 444 | EL PASO, TX 79901-2417 | | | Omit |
| City Bank | c/o Brad W. Odell | Mullin Hoard and Brown, LLP | P.O. Box 2585 | Lubbock, Texas 79408-2585 | Omit / ECF |
| City Bay Capital LLC | Benjamin Joelson, Esq. | Akerman LLP | 1251 Avenue of the Americas, 37th Flo | New York, NY 10020-1104 | ECF + Regular Mail |
| City of El Paso | c/o Don Stecker | 112 E. Pecan St. Suite 2200 | San Antonio, TX 78205-1588 | | ECF + Regular Mail |
| CityBank | c/o Brad O'Dell | Mullin Hoard Brown | 1500 Broadway St #700 | Lubbock, TX 79401-3169 | Omit / ECF |
| Comptroller of Public Accounts | C/O Office of the Attorney General | Bankruptcy - Collections Division MC-0 | PO Box 12548 | Austin TX 78711-2548 | ECF + Regular Mail |
| DENNIS CRIMMINS | c/o CASEY S STEVENSON & JAMES M FE | SCOTTHULSE PC | PO BOX 99123 | EL PASO TX 79999-9123 | Omit / ECF |
| Dennis Crimmins | c/o Casey S. Stevenson | Scott Hulse | 201 East Main Drive #1100 | El Paso, TX 79901-1340 | Omit / ECF |
| Dona Ana County Treasurer | 845 N Motel Blvd. | Las Cruces, TX 88007-8100 | | | Regular Mail |
| Gallardo | 2701 W Picacho Ave, Ste 6 | Las Cruces, NM 88007-4732 | | | Regular Mail |
| HD Lending, LLC | c/o Clyde A. Pine, Jr. | Mounce, Green, Myers | P.O. Box 1977 | El Paso, Texas 79999-1977 | Omit / ECF |
| Internal Revenue Service | Special Procedures Staff - Insolvency | P. O. Box 7346 | Philadelphia, PA 19101-7346 | | Regular Mail |
| Michael Dixson | 780 N. Resler Drive Suite B | El Paso, TX 79912-7196 | | | Direect email |
| New Mexico Real Estate Advisors Inc d/ | 5051 Journal Center Boulevard NE | Suite 200 | Albuquerque, NM 87109-5914 | | Omit / ECF |
| New Mexico Real Estate Advisors, Inc. | d/b/a Colliers International | c/o Kemp Smith LLP | Attn: James W. Brewer | 221 N. Kansas, Ste. 1700 | Regular Mail |
| PDG Inc. | 780 N. Resler Drive Suite B | El Paso, TX 79912-7196 | | | Omit / ECF |
| Springer Management | c/o Tom Springer | 500 S. Telshor Blvd. | Las Cruces, TX 88011-4613 | | Omit / ECF |
| Suresh Kumar | c/o Harrel Davis | 4695 North Mesa | El Paso, TX 79912-6150 | | Omit / ECF |
| Suresh Kumar | c/o Harrel L. Davis | P.O. Box 1322 | El Paso, TX 79947-1322 | | Omit / ECF |
| TEXAS WORKFORCE COMMISSION | OFFICE OF ATTORNEY GENERAL-Bankru | PO BOX 12548 - MC-008 | AUSTIN, TX 78711-2548 | | Regular Mail |
| TEXAS WORKFORCE COMMISSION | OFFICE OF ATTORNEY GENERAL-Bankru | PO BOX 12548 - MC-008 | AUSTIN, TX 78711-2548 | | Omit Duplicate |
| United States Trustee - EP12 | U.S. Trustee's Office | 615 E. Houston, Suite 533 | P.O. Box 1539 | San Antonio, TX 78295-1539 | Omit / ECF |
| Westar Investors Group LLC | c/o Michael R. Nevarez | The Nevarez Law Firm, P.C. | P.O. Box 12247 | El Paso, TX 79913-0247 | Omit / ECF |
| Jeff Carruth | Weycer Kaplan Pulaski & Zuber, P.C. | 24 Greenway Plaza, #2050 | Houston, TX 77046-2445 | | Omit / ECF |
| Jeff Carruth | Weycer, Kaplan, Pulaski & Zuber, P.C. | 3030 Matlock Rd. Suite 201 | Arlington, TX 76015-2936 | | Omit / ECF |

2090000.XLSX, Sheet1     Page 1 of 1     1/25/2022, 10:25 AM