# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 21−30107−hcm

Chapter No.: 11

Judge: H. Christopher Mott

IN RE: **PDG Prestige, Inc.** , Debtor(s)

## NOTICE OF ORDER CONFIRMING PLAN

Notice is hereby given of entry of the following order of this Court on 3/31/22

148 − 145    Order Confirming Second Amended Chapter 11 Plan of Reorganization PDG Prestige, Inc. Dated March 29, 2022 as Modified (related document(s): 145 Second Amended Chapter 11 Plan filed by Jeff Carruth for Debtor PDG Prestige, Inc..) Application for Final Decree due by 9/27/2022 (Order entered on 3/31/2022) (Cardenas, Rachel)

Dated: 3/31/22

                                                               Barry D. Knight
                                                     Clerk, U. S. Bankruptcy Court

**[Order Confirming Plan Notice]** [Ntcocp11apac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-30107-hcm |
| PDG Prestige, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0542-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2022 | Form ID: 146 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PDG Prestige, Inc., 154 N Festival Dr., Ste. D, El Paso, TX 79912-6265 |
| aty | + | Fred Kennon, Dona Ana County Attorney's Office, 845 N. Motel Blvd., Box #17, Suite 2-147, Las Cruces, NM 88007-8100 |
| cr | + | City bank, c/o Brad Odell, Mullin Hoard & Brown, LLP, P. O. Box 2585, Lubbock, TX 79408-2585 |
| cr | + | Dennis Crimmins, c/o ScottHulse PC, PO Box 99123, El Paso, TX 79999-9123 |
| cr | + | Dona Ana County Treasurer, Treasurer's Office, 845 N. Motel Blvd., Suite 2-148, Box #17, Las Cruces, NM 88007-8100 |
| cr | + | HD Lending, LLC, P.O. Box 1977, El Paso, TX 79999-1977 |
| cr | + | New Mexico Real Estate Advisors, Inc. d/b/a Collie, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste,. 1700, El Paso, TX 79901-1401 |
| 18140498 | + | City Bank, c/o Brad W. Odell, Mullin Hoard and Brown, LLP, P.O. Box 2585, Lubbock, Texas 79408-2585 |
| 18190202 | + | City Bay Capital LLC, Benjamin Joelson, Esq., Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, NY 10020-1104 |
| 18140478 | + | CityBank, c/o Brad O'Dell, Mullin Hoard Brown, 1500 Broadway St #700, Lubbock, TX 79401-3169 |
| 18170893 | | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 18167751 | | DENNIS CRIMMINS, c/o CASEY S STEVENSON & JAMES M FEUILLE, SCOTTHULSE PC, PO BOX 99123, EL PASO TX 79999-9123 |
| 18140479 | + | Dennis Crimmins, c/o Casey S. Stevenson, Scott Hulse, 201 East Main Drive #1100, El Paso, TX 79901-1340 |
| 18140480 | + | Dona Ana County Treasurer, 845 N Motel Blvd., Las Cruces, TX 88007-8100 |
| 18150895 | + | Gallardo, 2701 W Picacho Ave, Ste 6, Las Cruces, NM 88007-4732 |
| 18147564 | + | HD Lending, LLC, c/o Clyde A. Pine, Jr., Mounce, Green, Myers, P.O. Box 1977, El Paso, Texas 79999-1977 |
| 18140482 | + | Michael Dixson, 780 N. Resler Drive Suite B, El Paso, TX 79912-7196 |
| 18150896 | + | New Mexico Real Estate Advisors Inc d/b/, 5051 Journal Center Boulevard NE, Suite 200, Albuquerque, NM 87109-5914 |
| 18152268 | + | New Mexico Real Estate Advisors, Inc., d/b/a Colliers International, c/o Kemp Smith LLP, Attn: James W. Brewer, 221 N. Kansas, Ste. 1700 El Paso, TX 79901-1401 |
| 18150897 | + | PDG Inc., 780 N. Resler Drive Suite B, El Paso, TX 79912-7196 |
| 18140483 | + | Springer Management, c/o Tom Springer, 500 S. Telshor Blvd., Las Cruces, TX 88011-4613 |
| 18164605 | | Suresh Kumar, c/o Harrel L. Davis, P.O. Box 1322, El Paso, TX 79947-1322 |
| 18167698 | | Suresh Kumar, c/o Harrel Davis, 4695 North Mesa, El Paso, TX 79912-6150 |
| 18146641 | + | TEXAS WORKFORCE COMMISSION, OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co, PO BOX 12548 - MC-008, AUSTIN, TX 78711-2548 |
| 18197788 | | Westar Investors Group LLC, c/o Michael R. Nevarez, The Nevarez Law Firm, P.C., P.O. Box 12247, El Paso, TX 79913-0247 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jcarruth@wkpz.com | Mar 31 2022 22:10:00 | Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., 3030 Matlock Rd. Suite 201, Arlington, TX 76015-2936 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 31 2022 22:09:00 | City Of El Paso, Weston Centre, 112 E. Pecan St, Suite 2200, San Antonio, TX 78205 |
| 18140481 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 31 2022 22:09:00 | Internal Revenue Service, Special Procedures Staff - Insolvency, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 18143284 | | Email/Text: sanantonio.bankruptcy@publicans.com | Mar 31 2022 22:09:00 | City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |

| District/off: 0542-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2022 | Form ID: 146 | Total Noticed: 29 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18143285 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, City of El Paso, c/o Don Stecker, 112 E. Pecan St. Suite 2200, San Antonio, TX 78205 |
| 18150898 | *+ | TEXAS WORKFORCE COMMISSION, OFFICE OF ATTORNEY GENERAL-Bankruptcy&Co, PO BOX 12548 - MC-008, AUSTIN, TX 78711-2548 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad W. Odell | on behalf of Creditor City bank bodell@mhba.com memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com |
| Casey Scott Stevenson | on behalf of Plaintiff Dennis Crimmins cste@scotthulse.com cmac@scotthulse.com |
| Casey Scott Stevenson | on behalf of Plaintiff Crimmins Family Limited Partnership cste@scotthulse.com cmac@scotthulse.com |
| Casey Scott Stevenson | on behalf of Creditor Dennis Crimmins cste@scotthulse.com cmac@scotthulse.com |
| Casey Scott Stevenson | on behalf of Plaintiff White Sands Construction Inc. cste@scotthulse.com, cmac@scotthulse.com |
| Casey Scott Stevenson | on behalf of Plaintiff MDDC Investments LLC cste@scotthulse.com, cmac@scotthulse.com |
| Clyde A. Pine, Jr. | on behalf of Creditor HD Lending LLC pine@mgmsg.com, clyde.pine@gmail.com |
| David W. Parham | on behalf of Creditor City Bay Capital LLC david.parham@akerman.com esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdonald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com |
| Don Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Fred Kennon | on behalf of Creditor Dona Ana County Treasurer fredk@donaanacounty.org |
| Harrel L. Davis, III | on behalf of Creditor Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| James Michael Feuille | on behalf of Plaintiff MDDC Investments LLC jfeu@scotthulse.com, tmar@scotthulse.com |

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2022 | Form ID: 146 | Total Noticed: 29 |

| | |
|---|---|
| James Michael Feuille | on behalf of Plaintiff Crimmins Family Limited Partnership jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Plaintiff White Sands Construction Inc. jfeu@scotthulse.com, tmar@scotthulse.com |
| James Michael Feuille | on behalf of Plaintiff Dennis Crimmins jfeu@scotthulse.com tmar@scotthulse.com |
| James Michael Feuille | on behalf of Creditor Dennis Crimmins jfeu@scotthulse.com tmar@scotthulse.com |
| James W Rose, Jr | on behalf of U.S. Trustee United States Trustee - EP12 james.rose@usdoj.gov carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov |
| James W. Brewer | on behalf of Creditor New Mexico Real Estate Advisors Inc. d/b/a Colliers International jbrewer@kempsmith.com, tschoemer@kempsmith.com |
| Jeff Carruth | on behalf of Debtor PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Michael R. Nevarez | on behalf of Interested Party Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com |
| Steven B. Bass | on behalf of Creditor United States of America Internal Revenue Service Steven.Bass@usdoj.gov tina.travieso@usdoj.gov |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 22