Exhibit B-3 to Appendix 5005: *If filing schedules/statements subsequent to petition date or amendments of petition, matrix, schedules or statements.*

# United States Bankruptcy Court
## Western District of Texas

In re  **PDG Prestige, Inc.**  
Debtor(s)

Case No.  **21-30107**  
Chapter  **11**

## DECLARATION FOR ELECTRONIC FILING OF ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, *I hereby declare under penalty of perjury* that I have read

[✓]  the **AMENDED SCHEDULE AB (DOCKET NO. 143)**

[ ]  the voluntary petition as amended on the date indicated below and to be filed electronically in this case

[ ]  the statements and schedules as amended on the date indicated below and to be filed electronically in this case

[ ]  the **master mailing list (matrix) as amended** on the date indicated below and to be filed electronically in this case

[ ]  the **Twenty Largest list** on the date indicated below and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statements and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

[✓]  I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date: **March 30, 2022**    /s/ Michael Dixson  
**Michael Dixson**, President

Adopted: December 1, 2004  
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy