**The relief described hereinbelow is SO ORDERED.**

**Signed May 27, 2022.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30107 |
| PDG PRESTIGE INC., | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING THIRD AND FINAL FEE APPLICATION OF WEYCER, KAPLAN, PULASKI & ZUBER, P.C. AS COUNSEL TO DEBTOR AND DEBTOR IN POSSESSION (RE: DOCKET NO. 154)**

On this day came on for consideration the *Third and Final Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. as Counsel to Debtor and Debtor in Possession* (Docket No. 154) (the "WKPZ Fee Application") filed herein on May 2, 2022 by Weycer, Kaplan, Pulaski & Zuber, P.C. ("WKPZ"), attorneys for the Debtor and Debtor in Possession. The Court finds and concludes that the WKPZ Fee Application contains the necessary notices under the Local Bankruptcy Rules, and no further notice is necessary, and that cause exists to grant the relief requested in the WKPZ Fee Application to the extent set forth below.

**IT IS THEREFORE ORDERED THAT:**

1. The WKPZ Fee Application is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the WKPZ Fee Application, unless otherwise defined herein.

3. The amounts previously awarded by the Order (Docket No. 56) of the prior *First Interim Fee Application* of WKPZ (Docket No. 51) are approved on a final basis, provided, however, the amounts awarded below are cumulative for the entire representation and include the amounts of the fees and expenses previously awarded on an interim basis.

4. The amounts previously awarded by the Order (Docket No. 99) of the prior *First Interim Fee Application* of WKPZ (Docket No. 91) are approved on a final basis, provided, however, the amounts awarded below are cumulative for the entire representation and include the amounts of the fees and expenses previously awarded on an interim basis.

5. WKPZ is awarded on an **FINAL** basis fees in the total amount of **$90,469.00** and expenses in the total amount of **$2,254.97** for the representation of PDGP by WKPZ during the Application Period,.

### END OF ORDER ###