**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30107-hcm |
| PDG PRESTIGE INC., | § | Chapter 11 |
| | § | |
| | § | |
| Debtor. | § | |

## NOTICE OF ADDITIONAL COPIES OF MONTHLY OPERATING REPORTS FILED

PDG Prestige, Inc. ("PDG"), reorganized debtor, files this *Notice of Additional Copies of Monthly Operating Reports Filed* to address potential technical issues that may have prevented some parties from seeing the recently filed MORs and/or the data therein.  Attached are scans of the recently filed MORs that the undersigned firm has downloaded and scanned back in and combined into one PDF for reference.

| Docket # | Date of MOR |
|---|---|
| 171 | March 2022 |
| 172 | April 2022 |
| 173 | May 2022 |
| 174 | June 2022 |
| 175 | July 2022 |
| 176 | August 2022 |

Dated:  October 11, 2022          Respectfully submitted,

                                  WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                  By: _/s/ Jeff Carruth_____
                                      JEFF CARRUTH
                                      State Bar No. 24001846
                                      3030 Matlock Rd., Suite 201
                                      Arlington, Texas 76015
                                      Phone: (817) 795-5046
                                      Facsimile: (866) 666-5322
                                      jcarruth@wkpz.com


                                  ATTORNEYS FOR
                                  PDG PRESTIGE, INC.
                                  REORGANIZED DEBTOR


                          **<u>CERTIFICATE OF SERVICE</u>**

        The undersigned hereby certifies that a true and correct copy of the foregoing was served
on October 11, 2022 by electronic notice to all ECF users who have appeared in this case to date
(listed below).

                          _____/s/ Jeff Carruth_____
                          JEFF CARRUTH

**21-30107-hcm Notice will be electronically mailed to:**

Steven B. Bass on behalf of Creditor United States of America Internal Revenue Service
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

James W. Brewer on behalf of Creditor New Mexico Real Estate Advisors, Inc. d/b/a Colliers International
jbrewer@kempsmith.com, tschoemer@kempsmith.com

Jeff Carruth on behalf of Debtor PDG Prestige, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Creditor Suresh Kumar
hdavis@eplawyers.com,
vrust@eplawyers.com;vpena@eplawyers.com

James Michael Feuille on behalf of Creditor Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff Crimmins Family Limited Partnership
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff MDDC Investments, LLC
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff White Sands Construction, Inc.
jfeu@scotthulse.com, tmar@scotthulse.com

James Michael Feuille on behalf of Plaintiff Dennis Crimmins
jfeu@scotthulse.com, tmar@scotthulse.com

Fred Kennon on behalf of Creditor Dona Ana County Treasurer
fredk@donaanacounty.org

David P. Lutz on behalf of Defendant PDG Prestige, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant PDG, Inc.
dplutz@qwestoffice.net

David P. Lutz on behalf of Defendant Michael J Dixson
dplutz@qwestoffice.net

Michael R. Nevarez on behalf of Interested Party Westar Investors Group, LLC
MNevarez@LawOfficesMRN.com,

MRN4Bankruptcy@gmail.com

Brad W. Odell on behalf of Creditor City bank
bodell@mhba.com,
memert@mhba.com;mreynolds@mhba.com;bwodellscvtxw@ecf.axosfs.com

David W. Parham on behalf of Creditor City Bay Capital LLC
david.parham@akerman.com,
esther.mckean@akerman.com;david.clark@akerman.com;kristen.mcdanald@akerman.com;rick.boepple@akerman.com;teresa.barrera@akerman.com

Clyde A. Pine, Jr. on behalf of Creditor HD Lending, LLC
pine@mgmsg.com, clyde.pine@gmail.com

James W Rose, Jr on behalf of U.S. Trustee United States Trustee - EP12
james.rose@usdoj.gov,
carey.a.tompkins@usdoj.gov;Roxana.peterson@usdoj.gov;aubrey.thomas@usdoj.gov;omar.e.jones@usdoj.gov

Don Stecker on behalf of Creditor City Of El Paso
don.stecker@lgbs.com

Casey Scott Stevenson on behalf of Creditor Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff Crimmins Family Limited Partnership
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff MDDC Investments, LLC
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff White Sands Construction, Inc.
cste@scotthulse.com, cmac@scotthulse.com

Casey Scott Stevenson on behalf of Plaintiff Dennis Crimmins
cste@scotthulse.com, cmac@scotthulse.com

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

---

PDG
# 171

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF TEXAS

### EL PASO DIVISION

Clear All Fields

Save

In Re. PDG Prestige, INC

§
§
§
§

Debtor(s)

Case No. 21-30107

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2022

Petition Date: 02/02/2021

Months Pending: 14

Industry Classification: | 2 | 3 | 6 | 2 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                    2

Debtor's Full-Time Employees (as of date of order for relief):   1

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Dixson

Signature of Responsible Party

09/22/2022

Date

Michael Dixson

Printed Name of Responsible Party

154 N Festival Dr Ste D El Paso, TX 79912

Address

Click "Generate PDF"
to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                    1

Debtor's Name  PDG Prestige, INC

| Save |

Case No.  21-30107

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-14,020 | |
| b. Total receipts (net of transfers between accounts) | $200,934 | $6,478,563 |
| c. Total disbursements (net of transfers between accounts) | $138,987 | $6,427,127 |
| d. Cash balance end of month (a+b-c) | $47,927 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $138,987 | $6,427,127 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. Inventory  (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $582,751 |
| d. Total current assets | $1,671,262 |
| e. Total assets | $6,161,253 |
| f. Postpetition payables (excluding taxes) | $5,296,559 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,296,559 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $923,865 |
| n. Total liabilities (debt) (j+k+l+m) | $6,220,424 |
| o. Ending equity/net worth (e-n) | $-59,171 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $1,300 | |
| e. General and administrative expenses | $17,757 | |
| f. Other expenses | $48,961 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-68,019 | $-319,324 |

UST Form 11-MOR (12/01/2021) - Mac

2

Debtor's Name PDG Prestige, INC

| Save |

Case No. 21-30107

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Weycer, Kaplan Pulaski & Zu | Lead Counsel | $0 | $48,500 | $0 | $48,500 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $32,492 | $76,638 | $10,461 | $86,638 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Ainsa Hutson Hester & Crew | Other | $0 | $26,683 | $0 | $26,683 |
| Delete ii | The Law Office of Michael A | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| Delete iv | Arnold & Clifford | Other | $21,097 | $21,097 | $0 | $21,097 |
| Delete v | FBFK | Other | $1,395 | $1,395 | $0 | $1,395 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,705 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,705 | $41,879 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions)  Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)  Yes ○  No ●

c. Were any payments made to or on behalf of insiders?  Yes ●  No ○

d. Are you current on postpetition tax return filings?  Yes ●  No ○

e. Are you current on postpetition estimated tax payments?  Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ●  No ○  N/A ○

"Generated PDF" to Remove Watermark

Debtor's Name PDG Prestige, INC          [ Save ]          Case No. 21-30107

| i. | Do you have: | Worker's compensation insurance? | Yes ◉  No ○ |
| | | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ◉  No ○ |
| | | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | | General liability insurance? | Yes ◉  No ○ |
| | | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ◉  No ○ |
| k. | Has a disclosure statement been filed with the court? | | Yes ◉  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ◉  No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

Click "Generate PDF" to Remove Watermark

Debtor's Name PDG Prestige, INC      Save      Case No. 21-30107

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Michael Dixson
_____
Signature of Responsible Party

**President**
_____
Title

Michael Dixson
_____
Printed Name of Responsible Party

**09/22/2022**
_____
Date

     Save     

Generate PDF for Court Filing
and Remove Watermark

Click "Generate PDF"
to Remove Watermark

UST Form 11-MOR (12/01/2021) - Mac      5

PDG
#172

# UNITED STATES BANKRUPTCY COURT

### WESTERN DISTRICT OF TEXAS

### EL PASO DIVISION

| | | |
|---|---|---|
| Clear All Fields | | |
| Save | | |

In Re. PDG Prestige, INC

§
§
§
§

Debtor(s)

Case No. 21-30107

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2022

Petition Date: 02/02/2021

Months Pending: 15

Industry Classification: 2 3 6 2

Reporting Method:  Accrual Basis ⦿   Cash Basis ◯

Debtor's Full-Time Employees (current): 2

Debtor's Full-Time Employees (as of date of order for relief): 1

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Dixson

Signature of Responsible Party

Michael Dixson

Printed Name of Responsible Party

09/22/2022

Date

154 N Festival Dr Ste D El Paso, TX 79912

Address

Click "Generate PDF" to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac

1

Debtor's Name  PDG Prestige, INC  | Save |  Case No. 21-30107

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-14,020 | |
| b. Total receipts (net of transfers between accounts) | $200,934 | $6,478,563 |
| c. Total disbursements (net of transfers between accounts) | $138,987 | $6,427,127 |
| d. Cash balance end of month (a+b-c) | $47,927 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $138,987 | $6,427,127 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. Inventory   (Book ○   Market ○   Other ⦿   (attach explanation)) | $582,751 |
| d. Total current assets | $1,671,262 |
| e. Total assets | $6,161,253 |
| f. Postpetition payables (excluding taxes) | $5,296,559 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,296,559 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $923,865 |
| n. Total liabilities (debt) (j+k+l+m) | $6,220,424 |
| o. Ending equity/net worth (e-n) | $-59,171 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $1,300 | |
| e. General and administrative expenses | $17,757 | |
| f. Other expenses | $48,961 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-68,019 | $-319,324 |

Debtor's Name  PDG Prestige, INC          | Save |          Case No.  21-30107

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Weycer, Kaplan Pulaski & Zu | Lead Counsel | $0 | $48,500 | $0 | $48,500 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $32,492 | $76,638 | $10,461 | $86,638 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Ainsa Hutson Hester & Crews | Other | $0 | $26,683 | $0 | $26,683 |
| Delete ii | The Law Office of Michael A | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| Delete iv | Arnold & Clifford | Other | $21,097 | $21,097 | $0 | $21,097 |
| Delete v | FBFK | Other | $1,395 | $1,395 | $0 | $1,395 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,705 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,705 | $41,879 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire – During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○ | No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉ | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ◉ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉ | No ○  N/A ○ |

Debtor's Name  PDG Prestige, INC                            [ Save ]          Case No.  21-30107

| i. | Do you have: | Worker's compensation insurance? | Yes ◉  No ○ | | |
|---|---|---|---|---|---|
| | | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) | | |
| | | Casualty/property insurance? | Yes ◉  No ○ | | |
| | | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) | | |
| | | General liability insurance? | Yes ◉  No ○ | | |
| | | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) | | |

j. Has a plan of reorganization been filed with the court?          Yes ◉  No ○

k. Has a disclosure statement been filed with the court?            Yes ◉  No ○

l. Are you current with quarterly U.S. Trustee fees as             Yes ◉  No ○
set forth under 28 U.S.C. § 1930?

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11       Yes ○  No ◉
U.S.C § 101(14A)?

m. If yes, have you made all Domestic Support Obligation payments?          Yes ○  No ○  N/A ◉

Click "Generate PDF" to Remove Watermark

Debtor's Name PDG Prestige, INC

| Save |

Case No. 21-30107

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Michael Dixson

Signature of Responsible Party

President

Title

Michael Dixson

Printed Name of Responsible Party

09/22/2022

Date

| Save |

| Generate PDF for Court Filing and Remove Watermark |

Click "Generate PDF" to Remove Watermark

PDG
#173

# UNITED STATES BANKRUPTCY COURT

### WESTERN  DISTRICT OF  TEXAS

### EL PASO DIVISION

| | Clear All Fields |
|---|---|
| | Save |

In Re. PDG Prestige, INC     §
                             §          Case No.  21-30107
_____      §
            Debtor(s)        §
                             §          ☐ Jointly Administered

## Monthly Operating Report                                Chapter 11

Reporting Period Ended: 05/31/2022          Petition Date: 02/02/2021

Months Pending: 16                          Industry Classification: 2 3 6 2

Reporting Method:          Accrual Basis ⦿       Cash Basis ◯

Debtor's Full-Time Employees (current):            2

Debtor's Full-Time Employees (as of date of order for relief):    1

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Dixson                          Michael Dixson
Signature of Responsible Party              Printed Name of Responsible Party

09/22/2022
Date                                        154 N Festival Dr Ste D El Paso, TX 79912
                                            Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                   1

Debtor's Name PDG Prestige, INC          | Save |          Case No. 21-30107

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-14,020 | |
| b. Total receipts (net of transfers between accounts) | $200,934 | $6,478,563 |
| c. Total disbursements (net of transfers between accounts) | $138,987 | $6,427,127 |
| d. Cash balance end of month (a+b-c) | $47,927 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $138,987 | $6,427,127 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. Inventory     (Book ◯   Market ◯   Other ◉   (attach explanation)) | $582,751 |
| d. Total current assets | $1,671,262 |
| e. Total assets | $6,161,253 |
| f. Postpetition payables (excluding taxes) | $5,296,559 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,296,559 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $923,865 |
| n. Total liabilities (debt) (j+k+l+m) | $6,220,424 |
| o. Ending equity/net worth (e-n) | $-59,171 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $1,300 | |
| e. General and administrative expenses | $17,757 | |
| f. Other expenses | $48,961 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-68,019 | $-319,324 |

UST Form 11-MOR (12/01/2021) - Mac                    2

Debtor's Name PDG Prestige, INC    | Save |    Case No. 21-30107

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Weycer, Kaplan Pulaski & Zu | Lead Counsel | $0 | $48,500 | $0 | $48,500 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $32,492 | $76,638 | $10,461 | $86,638 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Ainsa Hutson Hester & Crew | Other | $0 | $26,683 | $0 | $26,683 |
| Delete ii | The Law Office of Michael A | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| Delete iv | Arnold & Clifford | Other | $21,097 | $21,097 | $0 | $21,097 |
| Delete v | FBFK | Other | $1,395 | $1,395 | $0 | $1,395 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,705 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,705 | $41,879 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire – During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ⦿ | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿ | No ○  N/A ○ |

Debtor's Name  PDG Prestige, INC          | Save |     Case No.  21-30107

| i. | Do you have: | Worker's compensation insurance? | Yes ⦿  No ○ |
|---|---|---|---|
| | | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ⦿  No ○ |
| | | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| | | General liability insurance? | Yes ⦿  No ○ |
| | | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ⦿  No ○ |
| k. | Has a disclosure statement been filed with the court? | | Yes ⦿  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿  No ○ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ⦿ |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (12/01/2021) - Mac                    4

Debtor's Name PDG Prestige, INC

Save

Case No. 21-30107

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Michael Dixson

Signature of Responsible Party

President

Title

Michael Dixson

Printed Name of Responsible Party

09/22/2022

Date

Save

Generate PDF for Court Filing and Remove Watermark

Click "Generate PDF" to Remove Watermark

PDG
#174

# UNITED STATES BANKRUPTCY COURT

## WESTERN  DISTRICT OF  TEXAS

### EL PASO DIVISION

| Clear All Fields |
|---|
| Save |

In Re. PDG Prestige, INC

§
§
§
§

Debtor(s)

Case No.  21-30107

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2022

Petition Date: 02/02/2021

Months Pending: 17

Industry Classification:  2  3  6  2

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                    2

Debtor's Full-Time Employees (as of date of order for relief):      1

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Dixson

Signature of Responsible Party

09/22/2022

Date

Michael Dixson

Printed Name of Responsible Party

154 N Festival Dr Ste D El Paso, TX 79912

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac          1

Debtor's Name  PDG Prestige, INC

Save

Case No. 21-30107

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-14,020 | |
| b. Total receipts (net of transfers between accounts) | $200,934 | $6,478,563 |
| c. Total disbursements (net of transfers between accounts) | $138,987 | $6,427,127 |
| d. Cash balance end of month (a+b-c) | $47,927 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $138,987 | $6,427,127 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $582,751 |
| d. Total current assets | $1,671,262 |
| e. Total assets | $6,161,253 |
| f. Postpetition payables (excluding taxes) | $5,296,559 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,296,559 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $923,865 |
| n. Total liabilities (debt) (j+k+l+m) | $6,220,424 |
| o. Ending equity/net worth (e-n) | $-59,171 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $1,300 | |
| e. General and administrative expenses | $17,757 | |
| f. Other expenses | $48,961 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-68,019 | $-319,324 |

UST Form 11-MOR (12/01/2021) - Mac                   2

Debtor's Name PDG Prestige, INC       | Save |       Case No. 21-30107

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Weycer, Kaplan Pulaski & Zu | Lead Counsel | $0 | $48,500 | $0 | $48,500 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $32,492 | $76,638 | $10,461 | $86,638 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Ainsa Hutson Hester & Crew | Other | $0 | $26,683 | $0 | $26,683 |
| Delete ii | The Law Office of Michael A | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| Delete iv | Arnold & Clifford | Other | $21,097 | $21,097 | $0 | $21,097 |
| Delete v | FBFK | Other | $1,395 | $1,395 | $0 | $1,395 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,705 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,705 | $41,879 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○ | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● | No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○   N/A ○ |

Debtor's Name PDG Prestige, INC

| Save |
|---|

Case No. 21-30107

| i. | Do you have: | Worker's compensation insurance? | Yes ● | No ○ | | |
|---|---|---|---|---|---|---|
| | | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ● | No ○ | | |
| | | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| | | General liability insurance? | Yes ● | No ○ | | |
| | | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ● | No ○ | | |
| k. | Has a disclosure statement been filed with the court? | | Yes ● | No ○ | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ● | No ○ | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| a. | Gross income (receipts) from salary and wages | $0 |
|---|---|---|
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● | |
|---|---|---|---|
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● | |

Click "Generate PDF" to Remove Watermark

Debtor's Name PDG Prestige, INC                    Case No. 21-30107

| Save |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Michael Dixson                               Michael Dixson
Signature of Responsible Party                  Printed Name of Responsible Party

President                                       09/22/2022
Title                                           Date

| Save |          | Generate PDF for Court Filing and Remove Watermark |

Click "Generate PDF" to Remove Watermark

PDG
#175

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF TEXAS

### EL PASO DIVISION

| Clear All Fields |
| Save |

In Re. PDG Prestige, INC

§
§
§
§
§

Debtor(s)

Case No. 21-30107

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2022

Petition Date: 02/02/2021

Months Pending: 18

Industry Classification: | 2 | 3 | 6 | 2 |

Reporting Method:         Accrual Basis ⦿         Cash Basis ◯

Debtor's Full-Time Employees (current):                    2

Debtor's Full-Time Employees (as of date of order for relief):    1

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☐   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Dixson
Signature of Responsible Party

Michael Dixson
Printed Name of Responsible Party

09/22/2022
Date

154 N Festival Dr Ste D El Paso, TX 79912
Address

Click "Generate PDF" to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                    1

Debtor's Name  PDG Prestige, INC

Save

Case No.  21-30107

| Part 1:  Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-14,020 | |
| b. Total receipts (net of transfers between accounts) | $200,934 | $6,478,563 |
| c. Total disbursements (net of transfers between accounts) | $138,987 | $6,427,127 |
| d. Cash balance end of month (a+b-c) | $47,927 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $138,987 | $6,427,127 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. Inventory   (Book ○   Market ○   Other ⦿   (attach explanation)) | $582,751 |
| d. Total current assets | $1,671,262 |
| e. Total assets | $6,161,253 |
| f. Postpetition payables (excluding taxes) | $5,296,559 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,296,559 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $923,865 |
| n. Total liabilities (debt) (j+k+l+m) | $6,220,424 |
| o. Ending equity/net worth (e-n) | $-59,171 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $1,300 | |
| e. General and administrative expenses | $17,757 | |
| f. Other expenses | $48,961 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-68,019 | $-319,324 |

Debtor's Name PDG Prestige, INC          | Save |          Case No. 21-30107

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | Weycer, Kaplan Pulaski & Zu | Lead Counsel | $0 | $48,500 | $0 | $48,500 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $32,492 | $76,638 | $10,461 | $86,638 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | Ainsa Hutson Hester & Crew | Other | $0 | $26,683 | $0 | $26,683 |
| Delete | ii | The Law Office of Michael A | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete | iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| Delete | iv | Arnold & Clifford | Other | $21,097 | $21,097 | $0 | $21,097 |
| Delete | v | FBFK | Other | $1,395 | $1,395 | $0 | $1,395 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,705 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,705 | $41,879 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉  No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉  No ○  N/A ○ | |

Debtor's Name PDG Prestige, INC                    [ Save ]        Case No. 21-30107

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| i. | Do you have: | Worker's compensation insurance? | Yes ⦿ | No ○ | | | |
| | | If yes, are your premiums current? | Yes ⦿ | No ○ | N/A ○ | (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ⦿ | No ○ | | | |
| | | If yes, are your premiums current? | Yes ⦿ | No ○ | N/A ○ | (if no, see Instructions) |
| | | General liability insurance? | Yes ⦿ | No ○ | | | |
| | | If yes, are your premiums current? | Yes ⦿ | No ○ | N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ⦿ | No ○ | | | |
| k. | Has a disclosure statement been filed with the court? | | Yes ⦿ | No ○ | | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ⦿ | No ○ | | | |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ⦿ |

Click "Generate PDF" to Remove Watermark

UST Form 11-MOR (12/01/2021) - Mac                    4

Debtor's Name PDG Prestige, INC          | Save |          Case No. 21-30107

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Michael Dixson
Signature of Responsible Party

Michael Dixson
Printed Name of Responsible Party

President
Title

09/22/2022
Date

|                    Save                    |

| Generate PDF for Court Filing and Remove Watermark |

Click "Generate PDF" to Remove Watermark

PDG
#176

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF TEXAS

### EL PASO DIVISION

Clear All Fields

Save

In Re. PDG Prestige, INC

§
§
§
§

Debtor(s)

Case No. 21-30107

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2022

Petition Date: 02/02/2021

Months Pending: 19

Industry Classification: | 2 | 3 | 6 | 2 |

Reporting Method:   Accrual Basis ⦿   Cash Basis ○

Debtor's Full-Time Employees (current):   2

Debtor's Full-Time Employees (as of date of order for relief):   1

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Dixson

Signature of Responsible Party

09/22/2022

Date

Michael Dixson

Printed Name of Responsible Party

154 N Festival Dr Ste D El Paso, TX 79912

Address

Click to Generate PDF to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac

1

Debtor's Name  PDG Prestige, INC                    Save            Case No.  21-30107

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-14,020 | |
| b. Total receipts (net of transfers between accounts) | $200,934 | $6,478,563 |
| c. Total disbursements (net of transfers between accounts) | $138,987 | $6,427,127 |
| d. Cash balance end of month (a+b-c) | $47,927 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $138,987 | $6,427,127 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $617,062 |
| c. Inventory    (Book ◯    Market ◯    Other ⦿    (attach explanation)) | $582,751 |
| d. Total current assets | $1,671,262 |
| e. Total assets | $6,161,253 |
| f. Postpetition payables (excluding taxes) | $5,296,559 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $5,296,559 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $923,865 |
| n. Total liabilities (debt) (j+k+l+m) | $6,220,424 |
| o. Ending equity/net worth (e-n) | $-59,171 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $1,300 | |
| e. General and administrative expenses | $17,757 | |
| f. Other expenses | $48,961 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-68,019 | $-319,324 |

UST Form 11-MOR (12/01/2021) - Mac                    2

Debtor's Name PDG Prestige, INC          [ Save ]          Case No. 21-30107

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $48,500 | $0 | $48,500 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Weycer, Kaplan Pulaski & Zu | Lead Counsel | $0 | $48,500 | $0 | $48,500 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $32,492 | $76,638 | $10,461 | $86,638 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Ainsa Hutson Hester & Crews | Other | $0 | $26,683 | $0 | $26,683 |
| Delete ii | The Law Office of Michael A | Other | $10,000 | $17,002 | $0 | $27,002 |
| Delete iii | New Mexico Legal Group | Other | $0 | $10,461 | $10,461 | $10,461 |
| Delete iv | Arnold & Clifford | Other | $21,097 | $21,097 | $0 | $21,097 |
| Delete v | FBFK | Other | $1,395 | $1,395 | $0 | $1,395 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $3,705 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,705 | $41,879 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?   Yes ◉  No ○

d. Are you current on postpetition tax return filings?   Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ◉  No ○  N/A ○

Debtor's Name PDG Prestige, INC | Save | Case No. 21-30107

i. Do you have: Worker's compensation insurance? Yes ⊙ No ○
     If yes, are your premiums current? Yes ⊙ No ○ N/A ○ (if no, see Instructions)
     Casualty/property insurance? Yes ⊙ No ○
     If yes, are your premiums current? Yes ⊙ No ○ N/A ○ (if no, see Instructions)
     General liability insurance? Yes ⊙ No ○
     If yes, are your premiums current? Yes ⊙ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? Yes ⊙ No ○
k. Has a disclosure statement been filed with the court? Yes ⊙ No ○
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ⊙ No ○

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? Yes ○ No ⊙
m. If yes, have you made all Domestic Support Obligation payments? Yes ○ No ○ N/A ⊙

Click "Generate PDF" to Remove Watermark

Debtor's Name PDG Prestige, INC | Save | Case No. 21-30107

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Michael Dixson

Signature of Responsible Party

President

Title

Michael Dixson

Printed Name of Responsible Party

09/22/2022

Date

Save

Generate PDF for Court Filing and Remove Watermark

UST Form 11-MOR (12/01/2021) - Mac      5