IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

1.

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PDG PRESTIGE INC., | § | Case No. 21-30107 |
| | § | |
| Debtor. | § | |

**ORDER (I) GRANTING IN PART AND DENYING IN PART MOTION OF LEGALIST DIP GP, LLC FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(B) (RE: DOCKET NO. 161) AND (II) GRANTING JOINT MOTION TO SEAL STIPULATION BETWEEN DEBTOR AND LEGALIST (DOCKET NO. ___)**

On October 13, 2022, the Court conducted a hearing regarding (i) the Motion of Legalist DIP GP, LLC for Order Converting Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) (Docket No. 161) (the "***Motion to Convert***") filed herein on September 20, 2022 by Legalist DIP GP, LLC, on behalf of Legalist DIP Fund I, LP and Legalist DIP SPV II, LP (collectively, "***Legalist***") and (ii) the *Joint Motion to Seal Stipulation Between Debtor and Legalist* (Docket No.

**ORDER (I) GRANTING IN PART AND DENYING IN PART MOTION OF LEGALIST DIP GP, LLC FOR ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(B) (RE: DOCKET NO. 161) AND (II) GRANTING JOINT MOTION TO SEAL STIPULATION BETWEEN DEBTOR AND LEGALIST (DOCKET NO. ___) — Page 1**                                                                                2237578.DOCX

___) (the "***Motion to Seal***") filed herein on October 12, 2022 by Legalist and PDG Prestige Inc. ("***PDPG***" or the "***Debtor***").

In light of the agreement of Legalist and PDPG as represented on the record and in the Stipulation (attached hereto as Exhibit PDPG901, but under seal), and the review by the Court of the Stipulation upon which review the Court finds and concludes that grounds exist to seal the Stipulation as provided herein, the Court is of the opinion that the following Order should be entered.

**IT IS THEREFORE ORDERED THAT:**

1. Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to such terms in the Motion to Convert and/or the Motion to Seal, as applicable.

2. The Motion to Convert is granted in part and carried in part as set forth in the Stipulation.

3. The Stipulation, which is attached to and/or incorporated into this Order, is hereby filed under seal and the Clerk of Court is instructed that the Stipulation remain under seal for only ninety (90) days from the date of this Order provided, however, Legalist may disclose the Stipulation in order to enforce the Stipulation.

4. Pursuant to L. Rule 9018(a)(3)(B), the only entities permitted to review documents or transcripts of proceedings placed under seal are those entities specified in the order, except that the following entities shall also have access to matters placed under seal unless the Court specifically rules otherwise: (1) the judge presiding over the case, (2) the law clerk to whom the matter is assigned internally by the presiding judge, (3) the Courtroom Deputy responsible for the matter, (4) the Clerk of the Court, and (5) the presiding judge and staff of any appellate tribunal.

5. The Stipulation is hereby approved in all respects and is fully enforceable upon entry of this Order.

### END OF ORDER ###